UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS,<br><br>    Plaintiff,<br><br>and<br><br>FONTAINE INC., ET AL.,<br><br>    Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>FONTAINE INC., ET AL.,<br><br>    Defendant-Intervenors. | Before: Mark A. Barnett, Judge<br>Consol. Court No. 19-00122 |

## **JUDGMENT**

These consolidated cases having been duly submitted for decision, and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

**ORDERED** that the U.S. Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand (ECF No. 173-1) are **SUSTAINED**; it is further

**ORDERED** that 19 C.F.R. § 351.214(k) is **VACATED**; it is further

**ORDERED** that the Commerce determination styled as *Certain Softwood Lumber Products From Canada*, 84 Fed. Reg. 32,121 (Dep't Commerce July 5, 2019) (final results of CVD expedited review) ("*Final Results of Expedited Review*") (ECF No. 99-5), is **VACATED**; it is further

**ORDERED** that Commerce must issue a *Timken*-like Notice rescinding the *Final Results of Expedited Review,* consistent with the requirements set forth in 19 U.S.C. § 1516a(c)(1); reinstate the excluded companies in the *CVD Order* prospectively; and, for all companies that were covered by the *Final Results of Expedited Review*, impose a cash deposit requirement based on the all-others rate from the investigation or the company-specific rate determined in the most recently completed administrative review in which the company was reviewed; it is further

**ORDERED** that Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record (ECF Nos. 101, 102) is **GRANTED IN PART**, **DENIED IN PART**, and **DENIED IN PART AS MOOT**; it is further

**ORDERED** that the Motion for Judgment Upon the Agency Record Under Rule 56.2 of Consolidated Plaintiff Mobilier Rustique (Beauce) Inc. (ECF No. 100) is **DENIED AS MOOT**; it is further

**ORDERED** that the Rule 56.2 Motion of Fontaine, Inc. for Judgment on the Agency Record (ECF No. 103) is **DENIED AS MOOT**; it is further

**ORDERED** that Consolidated Plaintiff Government of Canada's Rule 56.2 Motion for Judgment on the Agency Record (ECF No. 105) is **DENIED AS MOOT**; and it is further

**ORDERED** that Consolidated Plaintiff's Government of Québec's Rule 56.2 Motion for Judgment on the Agency Record (ECF No. 106) is **DENIED AS MOOT**.

/s/      Mark A. Barnett
Mark A. Barnett, Judge

Dated: August 18, 2021
            New York, New York