UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS,<br><br>    Plaintiff, and<br><br>FONTAINE INC., ET AL.,<br><br>    Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant, and<br><br>FONTAINE INC., ET AL.,<br><br>    Defendant-Intervenors. | Consol. Case No. 19-122 |

NOTICE OF APPEAL

Notice is hereby given that the following party/parties*, Fontaine Inc., consolidated plaintiff and defendant-intervenor in the above-named consolidated case (including court nos. 19-122, 19-154, 19-164, 19-168, and 19-170) hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order enter in this action on August 18, 2021.

Date: October 15, 2021

Signature: /s/ Mark B. Lehnardt
Name: Mark B. Lehnardt
Address: 1025 Connecticut Ave., N.W., Suite 1000
         Washington, D.C. 20036
Phone Number: 202-264-4850
Email Address: MarkLehnardt@DLSimon.com