UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS<br><br>      Plaintiff,<br><br>and<br><br>FONTAINE INC., ET AL.,<br><br>      Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant,<br><br>and<br><br>FONTAINE INC. ET AL.,<br><br>      Defendant-Intervenors | Before: Mark A. Barnett, Chief Judge<br>Consol. Court No. 19-00122 |

## NOTICE OF APPEAL

Notice is hereby given that the following parties: the Government of Canada, the Government of New Brunswick, the Government of Québec, Les Produits Forestiers D&G Ltée, Marcel Lauzon Inc., Mobilier Rustique (Beauce) Inc., North American Forest Products Ltd. and its cross-owned affiliates, Parent-Violette Gestion Ltée and Le Groupe Parent Ltée, and Scierie Alexandre Lemay & Fils Inc., in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit the final judgment entered in this action on August 18, 2021.

Date: October 18, 2021

/s/ Joanne Osendarp
Joanne Osendarp
Lynn G. Kamarck
Alan Kashdan
Tim Hruby

McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
Tel: (202) 756-8349
Email: josendarp@mwe.com
*Counsel for Government of Canada*

/s/ Stephan E. Becker
Stephan E. Becker
Aaron R. Hutman
Moushami P. Joshi

Pillsbury Winthrop Shaw Pittman LLP
1200 17th Street, NW
Washington, DC 20036
Tel: (202) 663-8277
Email: stephan.becker@pillsburylaw.com
*Counsel for Government of New Brunswick*

/s/ Matthew J. Clark
Matthew J. Clark
Nancy A. Noonan
Aman Kakar

Arent Fox LLP
1717 K Street, N.W.
Washington, DC 20006
Tel: (202) 857-6000
Email: matthew.clark@arentfox.com
*Counsel for Government of Québec*

/s/ Edward M. Lebow
Edward M. Lebow
Angela Oliver

Haynes and Boone, LLP
800 17th Street, NW, Suite 500
Washington, DC 20006
Tel: (202) 654-4514
Email: ed.lebow@haynesboone.com
*Counsel for Les Produits Forestiers D&G Ltée* and *Marcel Lauzon Inc.*

/s/ John R. Magnus
John R. Magnus

TradeWins LLC
1330 Connecticut Ave. NW
Washington, DC 20036
Tel: (202) 744-0386
Email: jmagnus@tradewinsllc.net
*Counsel for Mobilier Rustique (Beauce) Inc.*

/s/ Richard L.A. Weiner
Richard L.A. Weiner
Rajib Pal

Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8075
Email: rweiner@sidley.com
*Counsel for North American Forest Products Ltd.*

/s/ Yohai Baisburd
Yohai Baisburd
Jonathan M. Zielinski
James E. Ransdell

Cassidy Levy Kent (USA) LLP
900 19th Street, NW, Suite 400
Washington, DC 20006
Tel: (202) 567-2319
Email: ybaisburd@cassidylevy.com
*Counsel for Scierie Alexandre Lemay & Fils Inc.*