# United States Court of Appeals for the Federal Circuit

---

**COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS,**
*Plaintiff-Appellee*

**FONTAINE INC., GOVERNMENT OF CANADA, MARCEL LAUZON INC., LES PRODUITS FORESTIERS D&G LTEE, NORTH AMERICAN FOREST PRODUCTS LTD., PARENT-VIOLETTE GESTION LTEE, LE GROUPE PARENT LTEE, SCIERIE ALEXANDRE LEMAY & FILS INC., GOVERNMENT OF QUEBEC, MOBILIER RUSTIQUE (BEAUCE) INC., GOVERNMENT OF THE PROVINCE OF NEW BRUNSWICK,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant*

---

2022-1021, 2022-1068, 2022-1078

---

Appeals from the United States Court of International Trade in Nos. 1:19-cv-00122-MAB, 1:19-cv-00164-MAB, 1:19-cv-00168-MAB, 1:19-cv-00170-MAB, Chief Judge Mark A. Barnett.

---

**MANDATE**

_____

    In accordance with the judgment of this Court, entered April 25, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

                                        FOR THE COURT

<u>June 16, 2023</u>                     <u>/s/ Jarrett B. Perlow</u>
    Date                           Jarrett B. Perlow
                                      Acting Clerk of Court