## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT

| | |
|---|---|
| Committee Overseeing Action for Lumber International Trade Investigations or Negotiation<br><br>v.<br><br>United States | Court No. 19-00122 |

## NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to Rule 75 of the Rules of the United States Court of International Trade, Moushami P. Joshi who has entered an appearance on behalf of the plaintiff mentioned in the schedule will be leaving the employment of Pillsbury Winthrop Shaw Pittman LLP and is no longer involved in the underlying case listed in the attached schedule.

Pillsbury Winthrop Shaw Pittman remains as counsel to plaintiff listed in the attached schedule in this case and Stephan E. Becker will continue as the lead attorney.

Dated: December 30, 2024

/s/ Stephan E. Becker
Stephan E. Becker
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036-3006
202-663-8277
Stephan.becker@pillsburylaw.com

## Schedule of Cases for Attorney Withdrawal

| Court Number | Case name | Party or Parties Represented | Attorney Responsible for the Litigation |
|---|---|---|---|
| **1:19-cv-00122** | *Committee Overseeing Action for Lumber International Trade Investigations or Negotiations v. United States* | Government of the Province of New Brunswick | Stephan E. Becker |