

**CHAMBERS OF
MARK A. BARNETT
CHIEF JUDGE**

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

January 21, 2025

Via CM/ECF

    Re: *Committee Overseeing Action for Lumber International Trade
Investigations or Negotiations v. United States*
Consol. Court No. 19-00122

Dear Counsel:

    It is my intention to issue the opinion in the above-captioned case as a redacted public document. The opinion contains confidential information, which is enclosed within double square brackets in footnotes, and will be redacted prior to the issuance of the public opinion. I do not believe that the opinion contains confidential information in the body text. I ask that you please review the opinion and inform the court by January 28, via ECF, whether any information in this opinion not designated as confidential should be redacted in the public version. Please also state the basis for your belief. Additionally, please review the information the court has designated as confidential and inform the court if such information can be released in the public opinion.

                          Very truly yours,

                          /s/     Mark A. Barnett
                        Mark A. Barnett, Chief Judge

CC: Attorneys in Sealed Group