**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, | ) ) ) ) |
| *Plaintiff,* | ) ) |
| FONTAINE INC., ET AL., | ) ) |
| *Consolidated Plaintiffs,* | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| *Defendant,* | ) ) |
| and | ) ) |
| FONTAINE INC., ET AL., | ) ) |
| *Defendant-Intervenors.* | ) ) ) |

Consol. Court No. 19-00122

## JOINT STATUS REPORT

Pursuant to the Paperless Order of the U.S. Court of International Trade dated January 17, 2025 (ECF No. 285), Defendant-Intervenors Scierie Alexandre Lemay & Fils Inc. ("Lemay"), Marcel Lauzon Inc. ("MLI"), Les Produits Forestiers D&G Ltee ("D&G"), and North American Forest Products Ltd. with its cross-owned affiliates Parent-Violette Gestion Ltée and Le Groupe Parent Ltée (collectively, "NAFP") (together collectively, the "Originally Excluded Parties") respectfully submit this report regarding the status of the pending motion, summarizing the Originally Excluded Parties' intentions in attempting to identify a mutually acceptable path forward during court-ordered discussions and, given the lack of success, reaffirming the Originally Excluded Parties' motion for refunds (ECF Docs. 262, 280) (**Section**

**I**).  The Originally Excluded Parties also provide documentation requested by the Court (**Section II**).

On March 3, 2025, the Originally Excluded Parties were notified by Steve Tosini, counsel to Defendant, United States, of Defendant's view that mediation is not warranted in this matter.  That same day, the Originally Excluded Parties circulated a draft joint status report to Mr. Tosini for review.

**I.    THE ORIGINALLY EXCLUDED PARTIES REAFFIRM THEIR MOTION TO OBTAIN REFUNDS OF CVD CASH DEPOSITS, BUT REMAIN OPEN TO EQUITABLE APPROACHES**

The Court instructed the parties to "discuss resolution of the motion" and ordered that movants prepare a joint status report "regarding the status of the pending motion" to be submitted "unless the motion is withdrawn."  ECF No. 285.  As the Originally Excluded Parties have not withdrawn their motion, the status of the pending motion is addressed below.

**A.    Current Status of Originally Excluded Parties' Request**

In the Originally Excluded Parties' understanding, the Originally Excluded Parties and United States agree, at minimum, that: (1) the Originally Excluded Parties are ultimately entitled to receive refunds of their CVD cash deposits, with interest; and (2) U.S. Customs and Border Protection ("CBP") has authority to issue refunds prior to liquidation.  As such, the Originally Excluded Parties view the current dispute as essentially limited to the practical question of how the Originally Excluded Parties might obtain as much of the money due as quickly as possible.  This is as simple as instructing the U.S. Department of the Treasury to issue a check to each of the Originally Excluded Parties in an amount equal to the cash deposits reflected in CBP's Automated Commercial Environment ("ACE") system.

Consistent with the Government's response to the Originally Excluded Parties' Motion, the primary obstacle to this approach appears unrelated to calculating meaningful amounts to be

refunded or issuing pre-liquidation refunds.  Rather, CBP appears to be concerned about how it might memorialize refunds for each entry.  Notwithstanding this difference in focus, the Originally Excluded Parties reiterate their openness to engaging in mediation to devise a solution that results in refunds as quickly as possible, while also protecting the United States' revenue. The Originally Excluded Parties submit that this would serve the Court's interest in the "just, speedy, and inexpensive" resolution of disputes, per Rule 1 of the Rules of the U.S. Court of International Trade.  If, however, mediation is not feasible, then the Originally Excluded Parties reaffirm their earlier Motion to Explicitly State Obligation to Refund Countervailing Duty Cash Deposits Established by Slip Op 23-163 (ECF Doc. 262) and proposed reply in support of the same (ECF Doc. 280).

### B.   Summary of Discussions Following the Court's January 17, 2025, Status Conference

As explained in the Originally Excluded Parties' motion for extension of time to submit this joint status report, counsel for the Originally Excluded Parties and the United States engaged in several rounds of discussion aimed at exploring possible pathways for addressing the Originally Excluded Parties' request for refunds.  During these conversations, the Originally Excluded Parties offered several potential compromise solutions.  For example, these included limiting pre-liquidation refunds to the amount of the cash deposit principal; utilizing existing ACE reconciliation functions to automatically process refunds; and assisting in financing and developing *ad hoc* software or contractors that could expedite the process.  Although the United States proposed other approaches, those would not have yielded commercially meaningful refunds.

Counsel to the Originally Excluded Parties proposed mediation on February 11, 2025, followed up with counsel to the United States several times over the following weeks, and

ultimately received a response on March 3, 2025, that the United States did not view mediation as warranted. Given this belated response, the Parties were unable to engage in further discussions between February 11, 2025, and the due date for this joint status report.

## II. DOCUMENTATION REQUESTED BY THE COURT

The Court instructed the parties to provide "a document listing all legal bases for suspension of liquidation for the relevant entries covering the time period August 28, 2021, through November 20, 2023, for both the antidumping and countervailing duty proceedings." The requested document is provided in Exhibit 1, which addresses all asserted bases for suspension of liquidation under the relevant antidumping order. As concerns the countervailing duty proceeding, pursuant to the Court's order that the U.S. Department of Commerce ("Commerce") again exclude the Originally Excluded Parties from the countervailing duty order and instruct CBP to discontinue the suspension of liquidation on all Originally Excluded Parties' shipments on or after August 28, 2021, Slip Op. 23-163 (Nov. 20, 2023) at 12-13, Commerce instructed CBP to discontinue suspension of liquidation of imports of shipments from the Originally Excluded Parties, CBP Instruction No. 4018411 (Jan. 18, 2024) at ¶2; *see also* CBP Instruction No. 4018402 (Jan. 18, 2024) at ¶3 (instructing CBP not to suspend liquidation of such imports). As such, there is no legal basis for suspending liquidation of the Originally Excluded Parties' entries under the countervailing duty order.

The Court further instructed the parties to provide "relevant Federal Register notices, Customs messages, or other documents relevant to the liquidation status of the entries." As summarized in the Table of Exhibits below, documents referenced in Exhibit 1 and the CBP Instructions discussed above have been attached as Exhibits to this joint status report.

*         *         *

**TABLE OF EXHIBITS**

| Exhibit No. | Associated POR | Document Description |
|---|---|---|
| 1 | All (AD) | Table Requested by Court |
| 2 | 2021 | CBP Instruction No. 3325401 |
| 3 | 2021 | CBP Instruction No. 4054405 |
| 4 | 2021 | CBP Instruction No. 4054406 |
| 5 | 2021 | CIT Ct. No. 23-187, Statutory Injunction (ECF Doc. 103) |
| 6 | 2021 | CIT Ct. No. 23-187, Statutory Injunction (ECF Doc. 104) |
| 7 | 2021 | CIT Ct. No. 23-206, Statutory Injunction (ECF Doc. 19) |
| 8 | 2021 | Final Results of Antidumping Administrative Review (Corrected) |
| 9 | 2021 | Final Results of Antidumping Administrative Review |
| 10 | 2022 | CBP Instructions No. 5041402 |
| 11 | 2022 | Final Results of Antidumping Administrative Review |
| 12 | 2022 | Final Results of Antidumping Administrative Review (Amended) |
| 13 | 2023 | Commerce Department Tolling Memorandum |
| 14 | 2023 | CBP Instruction No. 4101404 |
| 15 | 2023 | Preliminary Results of Antidumping Administrative Review (Unpublished) |
| 16 | All (CVD) | CBP Instruction No. 4018411 |
| 17 | All (CVD) | CBP Instruction No. 4018402 |

\*      \*      \*

Respectfully submitted,

/s/ Yohai Baisburd

Yohai Baisburd
Jonathan M. Zielinski
James E. Ransdell

CASSIDY LEVY KENT
(USA) LLP
900 19th Street, N.W.
Suite 400
Washington, D.C. 20006
(202) 567-2300 (phone)
(202) 567-2301 (fax)
ybaisburd@cassidylevy.com

*Counsel to Scierie Alexandre
Lemay & Fils Inc.*


/s/ Rajib Pal

Rajib Pal
James Mendenhall

SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000 (phone)
(202) 736-8711 (fax)
rpal@sidley.com

*Counsel to North American
Forest Products Ltd.*


/s/ Edward M. Lebow

Edward M. Lebow

HAYNES AND BOONE, LLP
800 17th Street, N.W.
Suite 500
Washington, DC 20006
(202) 654-4514 (phone)
(202) 654-4244 (fax)
ed.lebow@haynesboone.com

*Counsel to Marcel Lauzon Inc.
and Les Produits Forestiers
D&G Ltée*

March 4, 2025

# EXHIBIT 1

Softwood Lumber from Canada AD (A-122-857)

| | POR Begin Date | POR End Date | Final FR Notice | Basis for Suspension of Liquidation | Relevant Documents | Status | Originally Excluded Parties Involved |
|---|---|---|---|---|---|---|---|
| AR4 | 1/1/2021 | 12/31/2021 | 88 FR 50106; 90 FR 8115 (Correction) | CIT Appeal: Government of Canada v. United States, Consol. Ct. No. 23-00187 | Statutory Injunctions: Ct. No. 23-187 ECF Docs. 103 (2/23/24), 104 (2/23/24); Ct. No. 23-206 ECF Doc. 19 (11/17/23) Customs Messages: Nos. 3325401 (11/21/23), 4054405 (2/23/24), 4054406 (2/23/24) | Supplemental Briefing completed Feb. 2025, awaiting decision on initial round of merits briefing | Scierie Alexandre Lemay & Fils, Inc. (ECF Doc. 103 (Ct. No. 23-187); CSMS 4054405); Marcel Lauzon Inc. (ECF Doc. 19 (Ct. No. 23-206), CSMS 3325401); Les Produits Forestiers D&G Ltee (ECF Doc. 19 (Ct. No. 23-206), CSMS 3325401); and North American Forest Products Ltd. (ECF Doc. 104 (Ct. No. 23-187), CSMS 4054406) |
| AR5 | 1/1/2022 | 12/31/2022 | 89 FR 67067; 89 FR 77826 (Amended) | USMCA Appeal: USA-CDA-2024-10.12-04 | Customs Message No. 5041402 (2/10/25) | Active Appeal; Panel Requested 9/18/2024 | Scierie Alexandre Lemay & Fils, Inc.; Marcel Lauzon Inc.; Les Produits Forestiers D&G Ltee; and North American Forest Products Ltd. |
| AR6 | 1/1/2023 | 12/31/2023 | Preliminary Results (Unpublished) Released 3/3/25 | Ongoing administrative review | Customs Message No. 4101404 (4/10/24) | Final Results due 8/30/25 (Extended)[1] | Scierie Alexandre Lemay & Fils, Inc.; Marcel Lauzon Inc.; Les Produits Forestiers D&G Ltee; and North American Forest Products Ltd. |

[1] On December 9, 2024, Commerce issued a memorandum tolling statutory deadlines for issuing preliminary and final results in AR6 by 90 days.  As a result, the AR6 preliminary results were issued after the extended statutory deadline of 1/30/25.  It is unclear whether Commerce may rely on this tolling memorandum to also issue the AR6 final results after the extended statutory deadline, perhaps as late as October or November 2025

# EXHIBIT 2

| | | | |
|---|---|---|---|
| **MESSAGE NO.** | 3325401 | **MESSAGE DATE** | 11/21/2023 |
| **STATUS** | Active | **INACTIVATED DATE** | |
| **TYPE** | INJ/TRO-Stat Injunction/ TRO | **FR CITE** | 88 FR 50106 |
| **SUB-TYPE** | ADMIN RVW-Administrative Rvw | **FR DATE** | 08/01/2023 |
| **CATEGORY ACCESS** | AD | **EFFECTIVE DATE** | 11/17/2023 |
| **TYPE** | Public ☑  Non-Public ☐ | **POI/POR DATE** | 01/01/2021 - 12/31/2021 |
| **Notice of lifting of Suspension Date** | | **PERIOD COVERED** | - |

**SHORT CASE NAME**

Certain Softwood Lumber

**COURT CASE #s**

23-00206

**REF MESSAGE #s**

**PRINCIPAL CASE #s**

A122857

**3rd Country CASE #s**

**RE:** Statutory injunction on certain softwood lumber products from Canada for the parties specified below for the period 01/01/2021 through 12/31/2021 (A-122-857), court number 23-00206

1. On 11/17/2023, 2023, the U.S. Court of International Trade issued a statutory injunction (SI) enjoining liquidation of entries identified in paragraph 2 which are subject to the antidumping duty order on certain softwood lumber products from Canada (A-122-857) for the period 01/01/2021 through 12/31/2021.  This SI was issued in connection with court number 23-00206.

2. This SI enjoins liquidation of entries of certain softwood lumber products from Canada

(1) that were:

X produced and/or exported by Resolute FP Canada Inc., Resolute Growth Canada Inc., Forest Products Mauricie LP, Societe en Commandite Scierie Opitciwan, Resolute-LP Engineered Wood Larouche Inc., or Resolute-LP Engineered Wood St-Prime Limited Partnership
X produced and/or exported by 9224-5737 Quebec Inc. (aka A.G. Bois)
X produced and/or exported by Arbec Lumber Inc. (aka Arbec Bois D'oeuvre Inc.)
X produced and/or exported by B.B. Pallets Inc. (aka Les Palettes B.B. Inc.)
X produced and/or exported by BarretteWood Inc.
X produced and/or exported by Barrette-Chapais Ltee
X produced and/or exported by Blanchette & Blanchette Inc.
X produced and/or exported by Benoît & Dionne Produits Forestiers Ltee (aka Benoît & Dionne Forest Products Ltd.)
X produced and/or exported by Blanchet Multi Concept Inc.
X produced and/or exported by Bois Aise de Montreal Inc.
X produced and/or exported by Bois Bonsaï Inc.
X produced and/or exported by Bois Daaquam Inc. (aka Daaquam Lumber Inc.)
X produced and/or exported by Bois D'Oeuvre Cedrico Inc. (aka Cedrico Lumber Inc.)
X produced and/or exported by Bois et Solutions Marketing SPEC, Inc. (aka SPEC Wood & Marketing Solution or SPEC Wood and Marketing Solutions Inc.)
X produced and/or exported by Boisaco Inc.
X produced and/or exported by Boscus Canada Inc.
X produced and/or exported by Busque & Laflamme Inc.
X produced and/or exported by Carrier & Begin Inc.
X produced and/or exported by Clermond Hamel Ltee
X produced and/or exported by CWP - Industriel Inc.
X produced and/or exported by CWP - Montreal Inc.
X produced and/or exported by EACOM Timber Corporation
X produced and/or exported by Goodfellow Inc.
X produced and/or exported by Groupe Crete Chertsey Inc.
X produced and/or exported by Groupe Crete division St-Faustin Inc.
X produced and/or exported by Groupe Lebel Inc.
X produced and/or exported by Groupe Lignarex Inc.
X produced and/or exported by Jan Woodlands (2001) Inc.

X produced and/or exported by Kebois Ltee/Ltd.

X produced and/or exported by Lafontaine Lumber Inc.

X produced and/or exported by Les Bois d'oeuvre Beaudoin Gauthier inc.

X produced and/or exported by Les Bois Martek Lumber

X produced and/or exported by Les Chantiers de Chibougamau Ltd./Ltee

X produced and/or exported by Les Industries P.F. Inc.

X produced and/or exported by Les Produits Forestiers D & G Ltee
(aka D&G Forest Products Ltd.)

X produced and/or exported by Les Produits Forestiers Sitka Inc. (aka Sitka Forest
Products Inc.)

X produced and/or exported by Lulumco Inc.

X produced and/or exported by Maibec Inc.

X produced and/or exported by Marcel Lauzon Inc.

X produced and/or exported by Materiaux Blanchet Inc.

X produced and/or exported by Mobilier Rustique (Beauce) Inc.

X produced and/or exported by Portbec Forest Products Ltd. (aka Les Produits Forestiers
Portbec Ltee)

X produced and/or exported by Produits Forestiers Petit Paris

X produced and/or exported by Temrex Forest Products LP; Produits Forestiers Temrex S.E.C.

X produced and/or exported by Produits Matra Inc.

X produced and/or exported by Promobois G.D.S. Inc.

X produced and/or exported by Rene Bernard Inc.

X produced and/or exported by Scierie St-Michel Inc.

X produced and/or exported by Scierie West Brome Inc.

X produced and/or exported by Sechoirs de Beauce Inc.

X produced and/or exported by Usine Sartigan Inc.

X produced and/or exported by Manitou Forest Products Ltd.

X produced and/or exported by Lecours Lumber Co. Limited

X produced and/or exported by Nakina Lumber Inc.

X produced and/or exported by Hornepayne Lumber LP

X produced and/or exported by White River Forest Products L.P.

X produced and/or exported by Midway Lumber Mills Ltd.

(2) That were the subject of the United States Department of Commerce's final determination in Certain Softwood Lumber Products From Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021, 88 Fed. Reg. 50,106 (Dep't Commerce Aug. 1, 2023), as amended by Certain Softwood Lumber Products from Canada: Amended Final Results of Antidumping Duty Administrative Review in Part; 2021, 88 Fed. Reg. 61511 (Dept' Commerce Sept. 7, 2023);

(3) That were entered, or withdrawn from warehouse, for consumption, during the period January 1, 2021 through December 31, 2021.

3. Effective 11/17/2023, no liquidation may be made for entries referred to in paragraph 2 which remain unliquidated as of 11/17/2023. Any such entries that are set for liquidation must be unset immediately. Continue to suspend liquidation of these entries until liquidation instructions are issued.

4. Effective immediately, CBP is instructed to follow the terms of the SI.

5. Liquidation instructions for entries affected by this SI have not yet been issued.

6. If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984. CBP ports should submit their inquiries through authorized CBP channels only. (This message was generated by OIV:JDP.)

7. There are no restrictions on the release of this information.

Alexander Amdur

# EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| **MESSAGE NO.** | 3325401 | | **MESSAGE DATE** | 11/21/2023 |
| **STATUS** | Active | | **INACTIVATED DATE** | |
| **TYPE** | INJ/TRO-Stat Injunction/ TRO | | **FR CITE** | 88 FR 50106 |
| **SUB-TYPE** | ADMIN RVW-Administrative Rvw | | **FR DATE** | 08/01/2023 |
| **CATEGORY ACCESS** | AD | | **EFFECTIVE DATE** | 11/17/2023 |
| **TYPE** | Public [✓]  Non-Public [ ] | | **POI/POR DATE** | 01/01/2021 - 12/31/2021 |
| **Notice of lifting of Suspension Date** | | | **PERIOD COVERED** | - |

**SHORT CASE NAME**

Certain Softwood Lumber

**COURT CASE #s**

23-00206

**REF MESSAGE #s**

**PRINCIPAL CASE #s**

A122857

**3rd Country CASE #s**

**RE:** Statutory injunction on certain softwood lumber products from Canada for the parties specified below for the period 01/01/2021 through 12/31/2021 (A-122-857), court number 23-00206

1. On 02/23/2024, the U.S. Court of International Trade issued a statutory injunction (SI) enjoining liquidation of entries identified in paragraph 2 which are subject to the antidumping duty order on certain softwood lumber products from Canada (A-122-857) for the period 01/01/2021 through 12/31/2021.  This SI was issued in connection with court number 23-00187.

2. This SI enjoins liquidation of entries of certain softwood lumber products from Canada

(1) that were:  produced and/or exported by AJ Forest Products Ltd., ER Probyn Export Ltd., Rayonier A.M. Canada GP, or Scierie Alexandre Lemay & Fils Inc.;

(2) That were the subject of the United States Department of Commerce's final determination in Certain Softwood Lumber Products From Canada:  Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021, 88 Fed. Reg. 50,106 (Dep't Commerce Aug. 1, 2023), as amended by Certain Softwood Lumber Products from Canada:  Amended Final Results of Antidumping Duty Administrative Review in Part; 2021, 88 Fed. Reg. 61511 (Dept' Commerce Sept. 7, 2023);

(3) That were entered, or withdrawn from warehouse, for consumption, during the period January 1, 2021 through December 31, 2021.

3. Effective 02/23/2024, no liquidation may be made for entries referred to in paragraph 2 which remain unliquidated as of 02/23/2024.  Any such entries that are set for liquidation must be unset immediately.  Continue to suspend liquidation of these entries until liquidation instructions are issued.

4. Effective immediately, CBP is instructed to follow the terms of the SI.

5. Liquidation instructions for entries affected by this SI have not yet been issued.

6. If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984. CBP ports should submit their inquiries through authorized CBP channels only.  (This message was generated by OIV:JDP.)

7. There are no restrictions on the release of this information.

Alexander Amdur

# EXHIBIT 4

| | | | |
|---|---|---|---|
| **MESSAGE NO.** | 3325401 | **MESSAGE DATE** | 11/21/2023 |
| **STATUS** | Active | **INACTIVATED DATE** | |
| **TYPE** | INJ/TRO-Stat Injunction/ TRO | **FR CITE** | 88 FR 50106 |
| **SUB-TYPE** | ADMIN RVW-Administrative Rvw | **FR DATE** | 08/01/2023 |
| **CATEGORY ACCESS** | AD | **EFFECTIVE DATE** | 11/17/2023 |
| **TYPE** | Public [✓]  Non-Public [ ] | **POI/POR DATE** | 01/01/2021 - 12/31/2021 |
| **Notice of lifting of Suspension Date** | | **PERIOD COVERED** | - |

**SHORT CASE NAME**

Certain Softwood Lumber

**COURT CASE #s**

23-00206

**REF MESSAGE #s**



**PRINCIPAL CASE #s**

A122857

**3rd Country CASE #s**

**RE:** Statutory injunction on certain softwood lumber products from Canada for the parties specified below for the period 01/01/2021 through 12/31/2021 (A-122-857), court number 23-00206

1. On 02/23/2024, the U.S. Court of International Trade issued a statutory injunction (SI) enjoining liquidation of entries identified in paragraph 2 which are subject to the antidumping duty order on certain softwood lumber products from Canada (A-122-857) for the period 01/01/2021 through 12/31/2021.  This SI was issued in connection with court number 23-00187.

2. This SI enjoins liquidation of entries of certain softwood lumber products from Canada

(1) that were:

X produced and/or exported by Chaleur Forest Products Inc.

X produced and/or exported by Chaleur Forest Products LP

X produced and/or exported by Delco Forest Products Ltd.

X produced and/or exported by Devon Lumber Co., Ltd.

X produced and/or exported by H.J. Crabbe & Sons Ltd.

X produced and/or exported by J.D. Irving, Limited

X produced and/or exported by Langevin Forest Products Inc.

X produced and/or exported by Marwood Ltd.

X produced and/or exported by North American Forest Products Ltd. (located in Saint-Quentin, New Brunswick)

X produced and/or exported by Twin Rivers Paper Co. Inc.

(2) That were the subject of the United States Department of Commerce's final determination in Certain Softwood Lumber Products From Canada:  Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021, 88 Fed. Reg. 50,106 (Dep't Commerce Aug. 1, 2023), as amended by Certain Softwood Lumber Products from Canada:  Amended Final Results of Antidumping Duty Administrative Review in Part; 2021, 88 Fed. Reg. 61511 (Dept' Commerce Sept. 7, 2023);

(3) That were entered, or withdrawn from warehouse, for consumption, during the period January 1, 2021 through December 31, 2021.

3. Effective 02/23/2024, no liquidation may be made for entries referred to in paragraph 2 which remain unliquidated as of 02/23/2024.  Any such entries that are set for liquidation must be unset immediately. Continue to suspend liquidation of these entries until liquidation instructions are issued.

4. Effective immediately, CBP is instructed to follow the terms of the SI.

5. Liquidation instructions for entries affected by this SI have not yet been issued.

6. If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984. CBP ports should submit their inquiries through authorized CBP channels only.  (This message was generated by OIV:JDP.)

7. There are no restrictions on the release of this information.

Alexander Amdur

# EXHIBIT 5

FORM 24

## UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| Government of Canada, Government of Alberta, Government of Quebec, British Columbia Lumber Trade Council, Fontaine, Inc., Interfor Corp., and Interfor Sales and Marketing Ltd., | ) ) ) ) ) |
| *Plaintiffs*, | ) ) |
| and | ) ) |
| Canfor Corp., Canadian Forest Products, Ltd., Canfor Wood Products Marketing Ltd., Committee Overseeing Action for Lumber International Trade Investigations or Negotiations, Tolko Industries Ltd., Tolko Marketing & Sales Ltd., Gilbert Smith Forest Products Ltd., Resolute FP Canada Inc., Conseil de l'Industrie Forestiere du Quebec, and The Ontario Forest Industries Association, | ) ) ) ) ) ) ) ) ) ) |
| *Consolidated Plaintiffs*, | ) ) |
| and | ) ) |
| Canfor Corp., Canadian Forest Products, Ltd., Canfor Wood Products Marketing Ltd., Government of Ontario, Carrier Forest Products Ltd., Carrier Lumber Ltd., Olympic Industries Inc., Olympic Industries ULC, West Fraser Mills Ltd., Chaleur Forest Products Inc., Chaleur Forest Products L.P., Delco Forest Products Inc., Devon Lumber Co. Ltd., H.J. Crabbe & Sons Ltd., J.D. Irving, Ltd., Langevin Forest Products Inc., Marwood Ltd., North American Forest Products Ltd., Twin Rivers Paper Co. Inc., AJ Forest Products Ltd., ER Probyn Export Ltd., Rayonier A.M. Canada G.P., and Scierie Alexandre Lemay & Fils Inc., | ) ) ) ) ) ) Consol. Court. No. 23-00187 ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff-Intervenors*, | ) ) |
| v. | ) |
| United States, | ) ) |
| *Defendant*, | ) ) |
| and | ) ) |
| Committee Overseeing Action for Lumber International Trade Investigations or Negotiations and Sierra Pacific Industries, | ) ) ) ) |
| *Defendant-Intervenors*. | ) ) |

FORM 24

## <u>ORDER FOR STATUTORY INJUNCTION UPON CONSENT</u>

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below:

Counsel for AJ Forest Products Ltd., ER Probyn Export Limited, Rayonier A.M. Canada G.P., and Scierie Alexandre Lemay & Fils Inc., certifies that they have conferred with all other parties to the action, including Stephen C. Tosini, counsel to the United States, and all parties to this action conveyed consent to the contents of this form.

\*     \*     \*

Respectfully submitted,

By: <u>/s/ Myles S. Getlan</u>
    Myles S. Getlan

Attorney for AJ Forest Products Ltd., ER Probyn Export Limited, Rayonier A.M. Canada G.P., and Scierie Alexandre Lemay & Fils Inc.

CASSIDY LEVY KENT (USA) LLP
900 19th Street, NW, Suite 400
Washington, D.C. 20006
Phone:  (202) 567-2304
Fax:  (202) 567-2301
Email: mgetlan@cassidylevy.com

Dated: February 22, 2024

Form 24-2

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Certain Softwood Lumber Products _____ ;
[insert Product]

from Canada _____ ;
[insert Country]

(1)   That were: (Add additional lines as needed)

☐ produced by _____
[Company Name]

☐ exported by _____
[Company Name]

☐ produced by _____ and
[Company Name]

exported by _____
[Company Name]

☐ produced and exported by _____
[Company Name]

☑ produced and/or exported by AJ Forest Products Ltd., ER Probyn Export Ltd., Rayonier A.M. Canada GP, or Scierie Alexandre Lemay & Fils Inc. _____
[Company Name]

☐ produced by _____ and
[Company Name]

imported by _____ ;
[Company Name]

(2)   That were the subject of the United States Department of Commerce's final determination in: *Certain Softwood Lumber Products From Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021*, 88 Fed. Reg. 50,106 (Aug. 1, 2023), as amended by *Amended Final Results of Antidumping Duty Administrative Review in Part; 2021*, 88 Fed. Reg. 61,511 (Sept. 7, 2023).

[insert title, volume, page and date of FR Notice]

(3)   That were entered, or withdrawn from warehouse, for consumption, during the period January 1, 2021 _____ through December 31, 2021 _____ ;
[Date]                                    [Date]

and it is further

 **ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

 **ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED:  February 23, 2024       /s/ Jennifer Choe-Groves
    New York, New York         Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019; Dec. 13, 2022, eff. Jan. 23, 2023.)

# EXHIBIT 6

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

**FORM 24**

| | |
|---|---|
| THE GOVERNMENT OF CANADA, THE GOVERNMENT OF ALBERTA, THE GOVERNMENT OF QUÉBEC, THE BRITISH COLUMBIA LUMBER TRADE COUNCIL, FONTAINE, INC., INTERFOR CORPORATION, and INTERFOR SALES & MARKETING LTD., | |
| Plaintiffs, | |
| and | |
| CANFOR CORPORATION, CANADIAN FOREST PRODUCTS, LTD., CANFOR WOOD PRODUCTS MARKETING LTD, COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, TOLKO INDUSTRIES LTD., TOLKO MARKETING & SALES LTD., GILBERT SMITH FOREST PRODUCTS LTD., RESOLUTE FP CANADA INC., THE CONSEIL DE L'INDUSTRIE FORESTIERE DU QUEBEC, and THE ONTARIO FOREST INDUSTRIES ASSOCIATION, | Consol. Court No. 23-00187 |
| Consolidated Plaintiffs, | |
| and | |
| CANFOR CORPORATION, CANADIAN FOREST PRODUCTS, LTD., CANFOR WOOD PRODUCTS MARKETING LTD, GOVERNMENT OF ONTARIO, CARRIER LUMBER LTD., CARRIER FOREST PRODUCTS LTD., OLYMPIC INDUSTRIES INC., OLYMPIC INDUSTRIES ULC, and WEST FRASER MILLS LTD., and DELCO FOREST PRODUCTS LTD., DEVON LUMBER CO. LTD., H.J. CRABBE & SONS LTD., LANGEVIN FOREST PRODUCTS INC., MARWOOD LTD., NORTH AMERICAN FOREST PRODUCTS LTD., and TWIN RIVERS PAPER CO. INC., and CHALEUR FOREST PRODUCTS INC., and CHALEUR FOREST PRODUCTS LP, and J.D. IRVING, LIMITED, and AJ FOREST PRODUCTS, LTD., ER PROBYN | |

EXPORT, LIMITED, RAYONIER A.M.
CANADA G.P., and SCIERIE ALEXANDRE
LEMAY & FILS, INC.,

                     Plaintiff-Intervenors,

        v.

UNITED STATES,

                     Defendant,

and

COMMITTEE OVERSEEING ACTION FOR
LUMBER INTERNATIONAL TRADE
INVESTIGATIONS OR NEGOTIATIONS and
SIERRA PACIFIC INDUSTRIES,

                     Defendant-Intervenor.

## ORDER FOR STATUTORY INJUNCTION UPON CONSENT

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below:

The undersigned counsel certifies that they have conferred with all other parties to the action, including Stephen Carl Tosini, counsel to the United States, and all parties to this action conveyed consent to the contents of this form.

Respectfully submitted,

By: <u>Rajib Pal</u>
Attorney for <u>Delco Forest Products Ltd., Devon Lumber Co. Ltd., H.J. Crabbe & Sons Ltd., Langevin Forest Products Inc., Marwood Ltd., North American Forest Products Ltd., and Twin Rivers Paper Co. Inc</u>

Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8329

By: <u>Jay C. Campbell</u>
Attorney for <u>J.D. Irving, Limited</u>

White & Case LLP
701 13th Street, N.W.
Washington, DC 20005
(202) 626-3632

By: <u>Diana Dimitriuc-Quaia</u>
Attorney for <u>Chaleur Forest Products Inc. and Chaleur Forest Products L.P.</u>

ArentFox Schiff LLP
1717 K Street, N.W.
Washington, DC 20006
(202) 857-6291

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Certain Softwood Lumber Products                                              ;
<span style="font-size:small">[insert Product]</span>

from Canada                                              ;
<span style="font-size:small">[insert Country]</span>

(1)     That were:

      **X** produced and/or exported by Chaleur Forest Products Inc.

      **X** produced and/or exported by Chaleur Forest Products LP

      **X** produced and/or exported by Delco Forest Products Ltd.

      **X** produced and/or exported by Devon Lumber Co., Ltd.

      **X** produced and/or exported by H.J. Crabbe & Sons Ltd.

      **X** produced and/or exported by J.D. Irving, Limited

      **X** produced and/or exported by Langevin Forest Products Inc.

      **X** produced and/or exported by Marwood Ltd.

      **X** produced and/or exported by North American Forest Products Ltd. (located in Saint-Quentin, New Brunswick)

      **X** produced and/or exported by Twin Rivers Paper Co. Inc.

(2)     That were the subject of the United States Department of Commerce's final determination in Certain Softwood Lumber Products from Canada: Final Results of Antidumping  Duty Administrative Review and Final Determination of No Shipments; 2021, 88. Fed. Reg. 50,106 (Dep't of Commerce Aug. 1, 2023) and Certain Softwood Lumber Products from Canada: Amended Final Results of Antidumping Duty Administrative Review in Part; 2021, 88 Fed. Reg. 61,511 (Dep't of Commerce Sept. 7, 2023)                    ;

(3)     That were entered, or withdrawn from warehouse, for consumption, during the period January 1, 2021                    through December 31, 2021                    ;
<span style="font-size:small">                [Date]                                                    [Date]</span>

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED:  February 23, 2024                                    /s/ Jennifer Choe-Groves
        New York, New York                                              Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019; Dec. 13, 2022, eff. Jan. 23, 2023.)

# EXHIBIT 7

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 24**

RESOLUTE FP CANADA INC., THE
CONSEIL DE L'INDUSTRIE FORESTIERE
DU QUEBEC, AND THE ONTARIO
FOREST INDUSTRIES ASSOCIATION,

        **Plaintiffs,**

    **v.**

UNITED STATES,

        **Defendant,**

   **and**

COMMITTEE OVERSEEING ACTION FOR
LUMBER INTERNATIONAL TRADE
INVESTIGATIONS OR NEGOTIATIONS,

        **Defendant-Intervenor.**

**Court No. 23-00206**

## ORDER FOR STATUTORY INJUNCTION UPON CONSENT

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all

entries of merchandise identified below:

Plaintiffs' counsel certifies that they have conferred with all other parties to the action,

including Stephen Carl Tosini, counsel to the United States, and all parties of this action

conveyed consent to the contents of this form.

               Respectfully submitted,

               By: /s/ Elliot J. Feldman
                   Attorney for Plaintiffs

               BAKER & HOSTETLER LLP
               1050 Connecticut Avenue N.W.
               Suite 1100
               Washington, D.C.  20036
               (202) 861-1679

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of <u>Softwood Lumber</u> from <u>Canada.</u>

(1)   That were:

> **X** produced and/or exported by Resolute FP Canada Inc., Resolute Growth Canada Inc., Forest Products Mauricie LP, Société en Commandite Scierie Opitciwan, Resolute-LP Engineered Wood Larouche Inc., or Resolute-LP Engineered Wood St-Prime Limited Partnership
>
> **X** produced and/or exported by 9224-5737 Québec Inc. (aka A.G. Bois)
>
> **X** produced and/or exported by Arbec Lumber Inc. (aka Arbec Bois D'oeuvre Inc.)
>
> **X** produced and/or exported by B.B. Pallets Inc. (aka Les Palettes B.B. Inc.)
>
> **X** produced and/or exported by BarretteWood Inc.
>
> **X** produced and/or exported by Barrette-Chapais Ltee
>
> **X** produced and/or exported by Blanchette & Blanchette Inc.
>
> **X** produced and/or exported by Benoît & Dionne Produits Forestiers Ltée (aka Benoît & Dionne Forest Products Ltd.)
>
> **X** produced and/or exported by Blanchet Multi Concept Inc.
>
> **X** produced and/or exported by Bois Aisé de Montréal Inc.
>
> **X** produced and/or exported by Bois Bonsaï Inc.
>
> **X** produced and/or exported by Bois Daaquam Inc. (aka Daaquam Lumber Inc.)
>
> **X** produced and/or exported by Bois D'Oeuvre Cedrico Inc. (aka Cedrico Lumber Inc.)
>
> **X** produced and/or exported by Bois et Solutions Marketing SPEC, Inc. (aka SPEC Wood & Marketing Solution or SPEC Wood and Marketing Solutions Inc.)
>
> **X** produced and/or exported by Boisaco Inc.
>
> **X** produced and/or exported by Boscus Canada Inc.
>
> **X** produced and/or exported by Busque & Laflamme Inc.

2

**X** produced and/or exported by Carrier & Bégin Inc.

**X** produced and/or exported by Clermond Hamel Ltée

**X** produced and/or exported by CWP - Industriel Inc.

**X** produced and/or exported by CWP - Montreal Inc.

**X** produced and/or exported by EACOM Timber Corporation

**X** produced and/or exported by Goodfellow Inc.

**X** produced and/or exported by Groupe Crête Chertsey Inc.

**X** produced and/or exported by Groupe Crête division St-Faustin Inc.

**X** produced and/or exported by Groupe Lebel Inc.

**X** produced and/or exported by Groupe Lignarex Inc.

**X** produced and/or exported by Jan Woodlands (2001) Inc.

**X** produced and/or exported by Kebois Ltée/Ltd.

**X** produced and/or exported by Lafontaine Lumber Inc.

**X** produced and/or exported by Les Bois d'oeuvre Beaudoin Gauthier inc.

**X** produced and/or exported by Les Bois Martek Lumber

**X** produced and/or exported by Les Chantiers de Chibougamau Ltd./Ltée

**X** produced and/or exported by Les Industries P.F. Inc.

**X** produced and/or exported by Les Produits Forestiers D & G Ltée
 (aka D&G Forest Products Ltd.)

**X** produced and/or exported by Les Produits Forestiers Sitka Inc. (aka Sitka Forest Products Inc.)

**X** produced and/or exported by Lulumco Inc.

**X** produced and/or exported by Maibec Inc.

**X** produced and/or exported by Marcel Lauzon Inc.

**X** produced and/or exported by Matériaux Blanchet Inc.

**X** produced and/or exported by Mobilier Rustique (Beauce) Inc.

**X** produced and/or exported by Portbec Forest Products Ltd. (aka Les Produits Forestiers Portbec Ltée)

**X** produced and/or exported by Produits Forestiers Petit Paris

**X** produced and/or exported by Temrex Forest Products LP; Produits Forestiers Temrex S.E.C.

**X** produced and/or exported by Produits Matra Inc.

**X** produced and/or exported by Promobois G.D.S. Inc.

**X** produced and/or exported by René Bernard Inc.

**X** produced and/or exported by Scierie St-Michel Inc.

**X** produced and/or exported by Scierie West Brome Inc.

**X** produced and/or exported by Séchoirs de Beauce Inc.

**X** produced and/or exported by Usine Sartigan Inc.

**X** produced and/or exported by Manitou Forest Products Ltd.

**X** produced and/or exported by Lecours Lumber Co. Limited

**X** produced and/or exported by Nakina Lumber Inc.

**X** produced and/or exported by Hornepayne Lumber LP

**X** produced and/or exported by White River Forest Products L.P.

**X** produced and/or exported by Midway Lumber Mills Ltd.

(2)     That were the subject of the United States Department of Commerce's final determination in *Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021*, 88 Fed. Reg. 50,106 (Dep't of Commerce Aug. 1, 2023), as amended by *Certain Softwood Lumber Products from Canada: Amended Final Results of Antidumping Duty Administrative Review in Part; 2021*, 88 Fed. Reg. 61,511 (Dep't of Commerce Sept. 7, 2023).

(3)     That were entered, or withdrawn from warehouse, for consumption, during the period January 1, 2021 through December 31, 2021; and it is further

      **ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

      **ORDERED** that any entries inadvertently liquidated after this order is signed but

before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: _____November 17, 2023_____          _____/s/ Jennifer Choe-Groves_____
               New York, New York                                            Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019; Dec. 13, 2022, eff. Jan. 23, 2023.)

# EXHIBIT 8


# Notices

Federal Register

Vol. 90, No. 15

Friday, January 24, 2025

---

This section of the FEDERAL REGISTER contains documents other than rules or proposed rules that are applicable to the public. Notices of hearings and investigations, committee meetings, agency decisions and rulings, delegations of authority, filing of petitions and applications and agency statements of organization and functions are examples of documents appearing in this section.

---

## CIVIL RIGHTS COLD CASE RECORDS REVIEW BOARD

[Agency Docket Number: CRCCRRB–2025–0007–N]

### Notice of Formal Determination on Records Release

**AGENCY:** Civil Rights Cold Case Records Review Board.

**ACTION:** Notice.

**SUMMARY:** The Civil Rights Cold Case Records Review Board received 632 pages of records from the National Archives and Records Administration (NARA) related to eight civil rights cold case incidents to which the Review Board assigned the unique identifiers 2024–003–009, 2024–003–015, 2024–003–024, 2024–003–030, 2024–003–033, 2024–003–034, 2024–003–043, and 2024–003–058. NARA did not propose any postponements of disclosure. On January 10 and 17, 2025, the Review Board determined that the records should be publicly disclosed in the Civil Rights Cold Case Records Collection. By issuing this notice, the Review Board complies with section 7(c)(4) of the Civil Rights Cold Case Records Collection Act of 2018 that requires the Review Board to publish in the **Federal Register** its determinations on the disclosure or postponement of records in the Collection no more than 14 days after the date of its decision.

**FOR FURTHER INFORMATION CONTACT:** Stephannie Oriabure, Chief of Staff, Civil Rights Cold Case Records Review Board, 1800 F Street NW, Washington, DC 20405, (771) 221–0014, *info@coldcaserecords.gov*.

*Authority:* Pub. L. 115–426, 132 Stat. 5489 (44 U.S.C. 2107).

Dated: January 21, 2025.

**Stephannie Oriabure,**

*Chief of Staff.*

[FR Doc. 2025–01696 Filed 1–23–25; 8:45 am]

**BILLING CODE 6820–SY–P**

---

## COMMISSION ON CIVIL RIGHTS

### Notice of Public Meeting of the District of Columbia Advisory Committee to the U.S. Commission on Civil Rights

**AGENCY:** U.S. Commission on Civil Rights.

**ACTION:** Notice of virtual business meeting.

**SUMMARY:** Notice is hereby given, pursuant to the provisions of the rules and regulations of the U.S. Commission on Civil Rights (Commission) and the Federal Advisory Committee Act, that the District of Columbia Advisory Committee (Committee) to the U.S. Commission on Civil Rights will hold a public meeting via Zoom. The purpose of the meeting is to discuss post-report activities on the committee's topic of accessibility and provision of special education for students with disabilities in DC public schools.

**DATES:** Wednesday, February 5, 2025, from 12 p.m.–1 p.m. eastern time.

**ADDRESSES:** The meeting will be held via Zoom.

*Registration Link (Audio/Visual): https://tinyurl.com/yys87mk9.*

*Join by Phone (Audio Only):* 1–833–435–1820 USA Toll Free; Webinar ID: 160 866 0417#.

**FOR FURTHER INFORMATION CONTACT:** Melissa Wojnaroski, DFO, at *mwojnaroski@usccr.gov* or 1–202–618–4158.

**SUPPLEMENTARY INFORMATION:** This Committee meeting is available to the public through the registration link above. Any interested member of the public may attend this meeting. An open comment period will be provided to allow members of the public to make oral statements as time allows. Pursuant to the Federal Advisory Committee Act, public minutes of the meeting will include a list of persons who are present at the meeting. If joining via phone, callers can expect to incur regular charges for calls they initiate over wireless lines, according to their wireless plan. The Commission will not refund any incurred charges. Callers will incur no charge for calls they initiate over land-line connections to the toll-free telephone number. Closed captioning is available by selecting "CC" in the meeting platform. To request additional accommodations,

please email *ebohor@usccr.gov* at least 10 business days prior to the meeting.

Members of the public are entitled to submit written comments; the comments must be received in the regional office within 30 days following the scheduled meeting. Written comments may be emailed to Evelyn Bohor at *ebohor@usccr.gov*. Persons who desire additional information may contact the Regional Programs Coordination Unit at 1–202–809–9618.

Records generated from this meeting may be inspected and reproduced at the Regional Programs Coordination Unit Office, as they become available, both before and after the meeting. Records of the meetings will be available via *www.facadatabase.gov* under the Commission on Civil Rights, District of Columbia Advisory Committee link. Persons interested in the work of this Committee are directed to the Commission's website, *http://www.usccr.gov*, or may contact the Regional Programs Coordination Unit at *ebohor@usccr.gov*.

Agenda

I. Welcome and Roll Call
II. Approval of Minutes
III. Post-Report Discussion
IV. Public Comment
V. Next Steps
VI. Adjournment

Dated: January 17, 2025.

**David Mussatt,**

*Supervisory Chief, Regional Programs Unit.*

[FR Doc. 2025–01667 Filed 1–23–25; 8:45 am]

**BILLING CODE P**

---

## DEPARTMENT OF COMMERCE

### International Trade Administration

[A–122–857]

### Certain Softwood Lumber Products From Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021; Correction

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**ACTION:** Notice; correction.

**SUMMARY:** The U.S. Department of Commerce (Commerce) published notice in the **Federal Register** on August 1, 2023 in which Commerce announced

**8116**    **Federal Register** / Vol. 90, No. 15 / Friday, January 24, 2025 / Notices

the final results of the 2021 administrative review of the antidumping duty (AD) order on softwood lumber from Canada. That notice incorrectly stated the all-others rate established in the less than fair value investigation to be 6.58 percent. The correct all-others rate established in the less than fair value investigation is 6.04 percent.

**FOR FURTHER INFORMATION CONTACT:** Jeff Pedersen, AD/CVD Operations, Office IV, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–2769.

**SUPPLEMENTARY INFORMATION:**

**Background**

On August 1, 2023, Commerce published in the **Federal Register** the final results of the 2021 administrative review of the AD order on softwood lumber from Canada.[1] Commerce incorrectly stated the all-others rate established in the less than fair value investigation to be 6.58 percent. The correct all-others rate established in the less than fair value investigation is 6.04 percent.

**Correction**

In the **Federal Register** of August 1, 2023, in FR Doc 2023–16298, on page 50108, in the second column, replace the all-others rate of "6.58" percent with "6.04" percent.

**Notification to Interested Parties**

This notice is issued and published in accordance with sections 751(a)(1) and 777(i)(1) of the Tariff Act of 1930, as amended, and 19 CFR 351.213.

Dated: January 17, 2025.

**Abdelali Elouaradia,**

*Deputy Assistant Secretary for Enforcement and Compliance.*

[FR Doc. 2025–01690 Filed 1–23–25; 8:45 am]

**BILLING CODE 3510–DS–P**

---

[1] *See Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021,* 88 FR 50107 (August 1, 2023).

---

**DEPARTMENT OF COMMERCE**

**International Trade Administration**

**[A–357–818]**

**Lemon Juice From Argentina: Amendment to the Agreement Suspending the Antidumping Duty Investigation**

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The U.S. Department of Commerce (Commerce) and a representative of the signatory lemon juice producers/exporters accounting for substantially all imports of lemon juice from Argentina have signed an amendment to the Agreement Suspending the Antidumping Duty Investigation on Lemon Juice from Argentina (2016 Agreement) (collectively, amended 2016 Agreement). The amendment to the 2016 Agreement revises the reference prices and provides for enhanced monitoring and enforcement mechanisms.

**DATES:** Applicable January 17, 2025.

**FOR FURTHER INFORMATION CONTACT:** Sally C. Gannon or Jill Buckles at (202) 482–0162 or (202) 482–6230, respectively; Bilateral Agreements Unit, Office of Policy, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230.

**SUPPLEMENTARY INFORMATION:**

**Background**

On September 10, 2007, Commerce entered into an agreement to suspend the antidumping duty investigation on lemon juice from Argentina.[1] On October 20, 2016, Commerce and producers/exporters accounting for substantially all imports of lemon juice from Argentina signed the 2016 Agreement.[2]

On May 22, 2024, Commerce formally opened consultations with the signatory producers/exporters with respect to possible revisions to the 2016 Agreement.[3] On December 20, 2024, Commerce released a draft initialed agreement and invited comments from

---

[1] *See* Suspension of Antidumping Duty Investigation: Lemon Juice From Argentina, 72 FR 53991 (September 21, 2007) (2007 Agreement).

[2] *See Lemon Juice from Argentina: Continuation of Suspension of Antidumping Investigation,* 81 FR 74395 (October 26, 2016).

[3] *See* Commerce's Letter, "Consultations on Potential Amendment to the 2016 Agreement Suspending the Antidumping Duty Investigation on Lemon Juice from Argentina," dated May 22, 2024.

---

interested parties.[4] On January 2, 2025, Commerce released its draft statutory assessment memorandum pursuant to the draft amendment and invited interested party comments.[5] We received comments on the draft amendment from the following parties: Ventura Coastal, LLC (petitioner); Latin Lemon S.A. and Cooperativa de Productores Citricolas de Tafi Viejo (collectively, Latin Lemon and COTA); the Government of Argentina (GOA); and S.A. San Miguel A.G.I.C.I. y F, La Moraleja S.A., Citromax S.A.C.I., Vicente Trapani S.A., Citrusvil S.A., Pablo Padilla, Ledesma S.A.A.I., Ramón Tuma S.A., Argenti Lemon S.A., FGF Trapani S.A., Acheral, Litoral Citrus, Veracruz, Los Pempa Agroganadera S.A., and Inducítrica S.A (collectively, Argentine Exporters). In addition, Commerce received comments on the draft statutory assessment memorandum from the GOA.

**Amendment to the 2016 Agreement**

On January 17, 2025, after consideration of the interested party and other comments received, Commerce and a representative of the signatory producers/exporters accounting for substantially all imports of lemon juice from Argentina signed a finalized amendment to the 2016 Agreement.[6] In accordance with section 734(c) of the Act, we have determined that extraordinary circumstances, as defined by section 734(c)(2)(A) of the Act, exist with respect to the amended 2016 Agreement. We have also determined that the amended 2016 Agreement will eliminate completely the injurious effect of exports to the United States of the subject merchandise and prevent the suppression or undercutting of price levels of domestic lemon juice by imports of that merchandise from Argentina, as required by section 734(c)(1) of the Act. We have also determined that the amended 2016 Agreement is in the public interest and can be monitored effectively, as required under section 734(d) of the Act. For these reasons, we find that the amended 2016 Agreement meets the criteria of section 734(c) and (d) of the Act. The text of the amendment to the

---

[4] *See* Commerce's Letter, "Draft Amendment to the Agreement Suspending the Antidumping Duty Investigation on Lemon Juice from Argentina," dated December 20, 2024.

[5] *See* Commerce's Letter, "Draft Amendment to the Agreement Suspending the Antidumping Duty Investigation on Lemon Juice from Argentina: Draft Assessment of Statutory Requirements Memorandum," dated January 2, 2025.

[6] *See* Memorandum, "Amendment to the Agreement Suspending the Antidumping Duty Investigation on Lemon Juice from Argentina," dated January 17, 2025.

# EXHIBIT 9

**50106**    **Federal Register** / Vol. 88, No. 146 / Tuesday, August 1, 2023 / Notices

52. Columbia River Shake & Shingle Ltd.; Teal Cedar Products Ltd., dba The Teal Jones Group.
53. Commonwealth Plywood Co. Ltd.
54. Coniflex Fibre Marketing Inc.
55. Cowichan Lumber Ltd.
56. CS Manufacturing Inc., dba Cedarshed.
57. CWP—Industriel Inc.
58. Dakeryn Industries Ltd.
59. Decker Lake Forest Products Ltd.
60. Deep Cove Forest Products, Inc.
61. Delco Forest Products Ltd.
62. Delta Cedar Specialties Ltd.
63. Devon Lumber Co. Ltd.
64. DH Manufacturing Inc.
65. Doubletree Forest Products Ltd.
66. Downie Timber Ltd.
67. Dunkley Lumber Ltd.
68. EACOM Timber Corporation.
69. East Fraser Fiber Co. Ltd.
70. Edgewood Forest Products Inc.
71. ER Probyn Export Ltd.
72. Falcon Lumber Ltd.
73. Fontaine Inc.
74. Foothills Forest Products Inc.
75. Fraser Specialty Products Ltd.
76. FraserWood Industries Ltd.
77. Furtado Forest Products Ltd.
78. Gilbert Smith Forest Products Ltd.
79. Glandell Enterprises Inc.
80. Goldwood Industries Ltd.
81. Goodfellow Inc.
82. Gorman Bros. Lumber Ltd.
83. Greendale Industries Inc.
84. GreenFirst Forest Products (QC) Inc.
85. Greenwell Resources Inc.
86. Griff Building Supplies Ltd.
87. Groupe Crete Chertsey Inc.
88. Groupe Crete Division St-Faustin Inc.
89. Groupe Lebel Inc.
90. H.J. Crabbe & Sons Ltd.
91. Haida Forest Products Ltd.
92. Halo Sawmill Manufacturing Limited Partnership.
93. Hornepayne Lumber LP.
94. Hudson Mitchell & Sons Lumber Inc.
95. Interfor Corporation.
96. Interfor Sales & Marketing Ltd.
97. Ivor Forest Products Ltd.
98. J&G Log Works Ltd.
99. J.H. Huscroft Ltd.
100. Jan Woodlands (2001) Inc.
101. Jasco Forest Products Ltd.
102. Jhajj Lumber Corporation.
103. Kalesnikoff Lumber Co. Ltd.
104. Kebois Ltee/Ltd.
105. Kelfor Industries Ltd.
106. Kermode Forest Products Ltd.
107. Keystone Timber Ltd.
108. Lafontaine Lumber Inc.
109. Langevin Forest Products Inc.
110. Lecours Lumber Co. Limited.
111. Leisure Lumber Ltd.
112. Les Bois d'oeuvre Beaudoin Gauthier Inc.
113. Les Bois Martek Lumber.
114. Les Chantiers de Chibougamau Ltd./ Ltee.
115. Les Industries P.F. Inc.
116. Les Produits Forestiers D&G Ltee (aka D&G Forest Products Ltd.)
117. Les Produits Forestiers Sitka Inc. (aka Sitka Forest Products Inc.)
118. Leslie Forest Products Ltd.
119. Lignum Forest Products LLP.
120. Linwood Homes Ltd.
121. Lonestar Lumber Inc.
122. Lulumco inc.
123. Magnum Forest Products, Ltd.
124. Maibec Inc.
125. Mainland Sawmill, a division of Terminal Forest Products Ltd.
126. Manitou Forest Products Ltd.
127. Marcel Lauzon Inc.
128. Marwood Ltd.
129. Materiaux Blanchet Inc.
130. Metrie Canada Ltd.
131. Mid Valley Lumber Specialties Ltd.
132. Midway Lumber Mills Ltd.
133. Mill & Timber Products Ltd.
134. Millar Western Forest Products Ltd.
135. Mirax Lumber Products Ltd.
136. Mobilier Rustique (Beauce) Inc.
137. Monterra Lumber Mills Limited.
138. Morwood Forest Products Inc.
139. Multicedre ltee.
140. Murray Brothers Lumber Company Ltd.
141. Nakina Lumber Inc.
142. National Forest Products Ltd.
143. Nicholson and Cates Ltd.
144. NorSask Forest Products Limited Partnership.
145. North American Forest Products Ltd. (located in Abbotsford, British Columbia)
146. North Enderby Timber Ltd.
147. Northland Forest Products Ltd.
148. Olympic Industries, Inc.; Olympic Industries Inc-Reman Code; Olympic Industries ULC; Olympic Industries ULC Reman; Olympic Industries ULC-Reman Code.
149. Oregon Canadian Forest Products Inc., dba Oregon Canadian Forest Products.
150. Pacific Lumber Remanufacturing Inc.
151. Pacific Western Wood Works Ltd.
152. Parallel Wood Products Ltd.
153. Peak Industries (Cranbrook) Ltd.
154. Phoenix Forest Products Inc.
155. Pine Ideas Ltd.
156. Pioneer Pallet & Lumber Ltd.
157. Porcupine Wood Products Ltd.
158. Portbec Forest Products Ltd. (aka Les Produits Forestiers Portbec Ltee)
159. Power Wood Corp.
160. Precision Cedar Products Corp.
161. Produits Forestiers Petit Paris Inc.
162. Produits forestiers Temrex, s.e.c. (aka Temrex Forest Products LP)
163. Produits Matra Inc.; Sechoirs de Beauce Inc.
164. Promobois GDS Inc.
165. Rayonier A.M. Canada GP.
166. Rembos Inc.
167. Rene Bernard inc.
168. Resolute FP Canada Inc.
169. Rielly Industrial Lumber Inc.
170. River City Remanufacturing Inc.
171. S&R Sawmills Ltd.
172. San Group.
173. San Industries Ltd.
174. Sawarne Lumber Co. Ltd.
175. Scierie Alexandre Lemay & Fils Inc.
176. Scierie St-Michel Inc.
177. Scierie West Brome Inc.
178. Scott Lumber Sales Ltd.
179. Shakertown Corp.
180. Sigurdson Forest Products Ltd.
181. Sinclar Group Forest Products Ltd.
182. Skana Forest Products Ltd.
183. Skeena Sawmills Ltd.
184. South Beach Trading Inc.
185. South Coast Reman Ltd.
186. Southcoast Millwork Ltd.
187. Specialiste du Bardeau de Cedre Inc. (aka SBC)
188. Spruceland Millworks Inc.
189. Sundher Timber Products Inc.
190. Surrey Cedar Ltd.
191. Taan Forest Limited Partnership (aka Taan Forest Products)
192. Taiga Building Products Ltd.
193. Tall Tree Lumber Company
194. Tenryu Canada Corporation
195. Terminal Forest Products Ltd.
196. TG Wood Products.
197. The Wood Source Inc.
198. Tolko Industries Ltd.; Tolko Marketing and Sales Ltd.
199. Top Quality Lumber Ltd.
200. Trans-Pacific Trading Ltd.
201. Triad Forest Products Ltd.
202. Twin Rivers Paper Co. Inc.
203. Tyee Timber Products Ltd.
204. Usine Sartigan Inc.
205. Vaagen Fibre Canada, ULC.
206. Vancouver Specialty Cedar Products Ltd.
207. Vanderhoof Specialty Wood Products Ltd.
208. Visscher Lumber Inc.
209. W.I. Woodtone Industries Inc.
210. West Bay Forest Products Ltd.
211. Western Forest Products Inc.
212. Western Lumber Sales Limited.
213. Westminster Industries Ltd.
214. Weston Forest Products Inc.
215. Weyerhaeuser Co.
216. White River Forest Products L.P.
217. Woodline Forest Products Ltd.
218. Woodstock Forest Products.
219. Woodtone Specialties Inc.
[FR Doc. 2023–16297 Filed 7–31–23; 8:45 am]

BILLING CODE 3510–DS–P

## DEPARTMENT OF COMMERCE

### International Trade Administration

[A–122–857]

**Certain Softwood Lumber Products From Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021**

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The U.S. Department of Commerce (Commerce) determines that producers and/or exporters subject to this administrative review made sales of subject merchandise at less than normal value during the period of review (POR), January 1, 2021, through December 31, 2021.

**DATES:** Applicable August 1, 2023.

**FOR FURTHER INFORMATION CONTACT:** Jeff Pedersen (Canfor), Maisha Cryor (West Fraser), Zachary Shaykin (PMS Allegation) AD/CVD Operations, Office IV, Enforcement and Compliance, International Trade Administration,

U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–2769, (202) 482–5831, and (202) 482–2638, respectively.

**SUPPLEMENTARY INFORMATION:**

**Background**

Commerce published the *Preliminary Results* on January 27, 2023.[1] This review covers 291 producers/exporters of subject merchandise, including two mandatory respondents, Canfor [2] and West Fraser.[3] For events subsequent to the *Preliminary Results, see* the Issues and Decision Memorandum.[4] The final weighted-average dumping margins are listed below in the ''Final Results of Review'' section of this notice. Commerce conducted this administrative review in accordance with section 751(a) of the Tariff Act of 1930, as amended (the Act).

**Scope of the Order**

The product covered by this review is softwood lumber from Canada. For a full description of the scope, *see* the Issues and Decision Memorandum.

**Analysis of Comments Received**

All issues raised in the case briefs filed in this administrative review are addressed in the Issues and Decision Memorandum. A list of the topics discussed in the Issues and Decision Memorandum is included in Appendix I of this notice. The Issues and Decision Memorandum is a public document and is available electronically via Enforcement and Compliance's Antidumping and Countervailing Duty Centralized Electronic Services System (ACCESS). ACCESS is available to registered users at *https://access.trade.gov*. In addition, a complete version of the Issues and Decision Memorandum is also accessible on the internet at *https://access.trade.gov/public/FRNoticesListLayout.aspx.*

**Changes Since the Preliminary Results**

Based on our review of the record and comments received from interested parties, we made the following changes to the *Preliminary Results:*
• Corrected an error with our calculation of West Fraser's byproduct offset;
• Adjusted West Fraser's cost of manufacturing to account for inputs obtained from affiliated parties;

• Adjusted West Fraser's general and administrative expenses to account for underlying producer ratios of the collapsed entity.
• Removed certain freight expenses from the calculation of West Fraser's home market prices.
• Adjusted Canfor's purchases of electricity from an affiliate.
• Revised the review-specific rate for non-selected respondents.

**Use of Adverse Facts Available**

Pursuant to sections 776(a) and (b) of the Act, and for the reasons explained in the Issues and Decision Memorandum, we applied certain changes to West Fraser's margin calculation based on the use of partial facts available with an adverse inference.

**Final Results of Review**

As a result of this administrative review, we are assigning the following weighted-average dumping margins to the manufacturers/exporters listed below for the POR, January 1, 2021, through December 31, 2021:

| Exporter/producer | Weighted-average dumping margin (percent) |
|---|---|
| Canfor Corporation/Canadian Forest Products Ltd./Canfor Wood Products Marketing Ltd ........... | 5.25 |
| West Fraser Mills Ltd., Blue Ridge Lumber Inc./Manning Forest Products Ltd./and Sundre Forest Products Inc ........ | 6.96 |
| Non-Selected Companies [5] ........... | 6.20 |

**Assessment Rates**

Pursuant to section 751(a)(2)(A) of the Act and 19 CFR 351.212(b)(1), Commerce shall determine, and U.S. Customs and Border Protection (CBP) shall assess, antidumping duties on all appropriate entries of subject merchandise in accordance with the final results of this review.

We intend to calculate importer- (or customer-) specific assessment rates on the basis of the ratio of the total amount of antidumping duties calculated for each importer's (or customer's) examined sales and the total entered value of the sales in accordance with 19 CFR 351.212(b)(1). Where an importer-

(or customer-) specific rate is zero or *de minimis* within the meaning of 19 CFR 351.106(c)(1), we will instruct CBP to liquidate the appropriate entries without regard to antidumping duties.

Generally, when calculating margins for non-selected respondents, Commerce looks to section 735(c)(5) of the Act for guidance, which provides instructions for calculating the all-others rate in an investigation. Section 735(c)(5)(A) of the Act provides that when calculating the all-others rate, Commerce will exclude any zero and *de minimis* weighted-average dumping margins, as well as any weighted-average dumping margins based on total

facts available. Accordingly, Commerce's usual practice has been to average the margins for selected respondents, excluding margins that are zero, *de minimis,* or based entirely on facts available.

In this review, we calculated a weighted-average dumping margin of 5.25 percent for Canfor and 6.96 percent for West Fraser. In accordance with section 735(c)(5)(A) of the Act, Commerce assigned the weighted-average of these two calculated weighted-average dumping margins to the non-selected companies in these final results, based on their publicly ranged sales data.[6] Accordingly, we

[1] *See Certain Softwood Lumber Products from Canada: Preliminary Results of Antidumping Duty Administrative Review,* 88 FR 5306 (January 27, 2023) (*Preliminary Results*), and accompanying Preliminary Decision Memorandum (PDM).

[2] As described in the *Preliminary Results* PDM, we have treated Canfor Corporation, Canadian Forest Products Ltd., and Canfor Wood Products Marketing Ltd. (collectively, Canfor) as a single entity. *See Preliminary Results* PDM at 5.

[3] As described in the *Preliminary Results* PDM, we have treated West Fraser Mills Ltd., Blue Ridge Lumber Inc., Manning Forest Products Ltd., and Sundre Forest Products Inc. (collectively, West Fraser) as a single entity. *See Preliminary Results* PDM at 5–6.

[4] *See* Memorandum, ''Issues and Decision Memorandum for the Final Results of the 2021 Administrative Review of the Antidumping Duty Order on Certain Softwood Lumber Products from

Canada,'' dated concurrently with, and hereby adopted by, this notice (Issues and Decision Memorandum).

[5] *See* Appendix II of this notice for a list of the non-selected respondent companies.

[6] *See* Memorandum, ''Calculation of the Rate for Non-Selected Respondents,'' dated concurrently with this notice. A list of the non-selected companies under review is included as Appendix II.

have applied a rate of 6.20 percent to the non-selected companies.[7] A list of all non-selected companies is included in Appendix II.

Commerce's "reseller policy" will apply to entries of subject merchandise during the POR produced by companies included in these final results of review for which the reviewed companies did not know that the merchandise they sold to the intermediary (*e.g.*, a reseller, trading company, or exporter) was destined for the United States. In such instances, we will instruct CBP to liquidate unreviewed entries at the all-others rate if there is no rate for the intermediate company(ies) involved in the transaction.[8]

The final results of this administrative review shall be the basis for the assessment of antidumping duties on entries of merchandise under review and for future cash deposits of estimated duties, where applicable. Commerce intends to issue assessment instructions to CBP no earlier than 41 days after the date of publication of the final results of this review in the **Federal Register**, in accordance with 19 CFR 356.8(a).

## Cash Deposit Requirements

The following cash deposit requirements will be effective for all shipments of subject merchandise entered, or withdrawn from warehouse, for consumption on or after the publication date of these final results, as provided by section 751(a)(2)(C) of the Act: (1) the cash deposit rate for the companies under review will be equal to the weighted-average dumping margin listed above in the "Final Results of Review" section; (2) for merchandise exported by producers or exporters not covered in this review but covered in a previously completed segment of this proceeding, the cash deposit rate will continue to be the company-specific rate published in the final results for the most recent period in which that producer or exporter participated; (3) if the exporter is not a firm covered in this review or in any previous segment of this proceeding, but the producer is, then the cash deposit rate will be that established for the producer of the merchandise in these final results of review or in the final results for the most recent period in which that producer participated; and (4) if neither the exporter nor the producer is a firm covered in this review or in any previously completed segment of this proceeding, then the

cash deposit rate will be 6.58 percent *ad valorem*, the all-others rate established in the less than fair value investigation.[9] These cash deposit requirements, when imposed, shall remain in effect until further notice.

## Notification to Importers

This notice serves as a final reminder to importers of their responsibility under 19 CFR 351.402(f)(2) to file a certificate regarding the reimbursement of antidumping duties prior to liquidation of the relevant entries during this POR. Failure to comply with this requirement could result in Commerce's presumption that reimbursement of antidumping duties occurred and the subsequent assessment of doubled antidumping duties.

## Notification Regarding Administrative Protective Order

This notice is the only reminder to parties subject to the administrative protective order (APO) of their responsibility concerning the return or destruction of proprietary information disclosed under the APO in accordance with 19 CFR 351.305(a)(3), which continues to govern business proprietary information in this segment of the proceeding. Timely written notification of the return or destruction of APO materials, or conversion to judicial protective order, is hereby requested. Failure to comply with the regulations and the terms of an APO is a violation subject to sanction.

## Notification to Interested Parties

We are issuing and publishing these final results and this notice in accordance with sections 751(a)(1) and 777(i)(1) of the Act, and 19 CFR 351.213(h).

Dated: July 26, 2023.

**Abdelali Elouaradia,**
*Deputy Assistant Secretary for Enforcement and Compliance.*

## Appendix I

### List of Topics Discussed in the Issues and Decision Memorandum

I. Summary
II. Background
III. Scope of the Order
IV. Discussion of the Issues
  Comment 1: Particular Market Situation (PMS) Allegation
  Comment 2: The Cohen's *d* Test Is Not Contrary to Law
  Comment 3: Whether Commerce Failed To Consider Qualitative Factors in

  Determining Whether Price Differences Were Significant in Differential Pricing Analysis
  Comment 4: Whether Commerce Erred in Finding a Pattern of U.S. Prices That Differ Significantly Among Purchasers, Regions, or Periods of Time
  Comment 5: Whether the A-to-A Method Accounts for the Identified Price Differences in Applying the "Meaningful Difference" Test
  Comment 6: Zeroing
  Comment 7: Whether the Cohen's d Test Results in Double Counting
  Comment 8: Whether It Was Proper Not To Have Adjusted U.S. Price by Countervailing Duties
  Comment 9: Whether Commerce Should Adjust West Fraser's General & Administrative (G&A) Expense Ratio
  Comment 10: Whether Commerce Should Make Certain Revisions to West Fraser's Byproduct Offset Calculation
  Comment 11: Whether Commerce Should Further Adjust West Fraser's COM to Account for Inputs Obtained From Affiliated Parties
  Comment 12: Whether Commerce Should Disallow West Fraser's Claimed Adjustment for "Other Freight Charges" Incurred in Canada
  Comment 13: Whether Commerce Used the Proper Market Price for Canfor's Wood Chip Sales
  Comment 14: Whether Commerce Should Adjust the Reported Cost of Electricity at Canfor's Prince George (PG) Sawmill
  Comment 15: Whether Commerce Properly Determined Canfor's G&A Expense Ratio
  Comment 16: Whether Commerce Should Correct the Rate Assigned to Non-Selected Respondents
V. Recommendation

## Appendix II

### Non-Selected Exporters/Producers

1. 0752615 B.C Ltd./752615 B.C Ltd./ Fraserview Remanufacturing Inc, DBA Fraserview Cedar Products
2. 10104704 Manitoba Ltd O/A Woodstock Forest Products
3. 1074712 BC Ltd./DBA Quadra Cedar
4. 5214875 Manitoba Ltd.
5. 54 Reman
6. 9224–5737 Quebec Inc. (aka A.G. Bois)
7. AA Trading Ltd.
8. Absolute Lumber Products Ltd.
9. Adwood Manufacturing Ltd.
10. AJ Forest Products Ltd.
11. Aler Forest Products Ltd.
12. All American Forest Products Inc.
13. Alpa Lumber Mills Inc.
14. Andersen Pacific Forest Products Ltd.
15. Anglo American Cedar Products Ltd.; Anglo-American Cedar Products Ltd.
16. Antrim Cedar Corporation
17. Aquila Cedar Products Ltd.
18. Arbec Lumber Inc. (aka Arbec Bois Doeuvre Inc.)
19. Aspen Planers Ltd.
20. B&L Forest Products Ltd.
21. B.B. Pallets Inc. (aka Les Palettes B.B. Inc.)
22. Babine Forest Products Limited

---

[7] *Id.*

[8] For a full discussion of this practice, *see Antidumping and Countervailing Duty Proceedings: Assessment of Antidumping Duties,* 68 FR 23954 (May 6, 2003).

[9] *See Certain Softwood Lumber Products from Canada: Final Affirmative Determination of Sales at Less Than Fair Value and Affirmative Final Determination of Critical Circumstances,* 82 FR 51806 (November 8, 2017).

**Federal Register**/Vol. 88, No. 146/Tuesday, August 1, 2023/Notices    **50109**

23. Bakerview Forest Products Inc.
24. Bardobec Inc.
25. Barrette-Chapais Ltee
26. BarretteWood Inc.
27. Benoît & Dionne Produits Forestiers Ltee (aka Benoît & Dionne Forest Products Ltd.)
28. Best Quality Cedar Products Ltd.
29. Blanchet Multi Concept Inc.
30. Blanchette & Blanchette Inc.
31. Bois Aise de Montreal Inc.
32. Bois Bonsaï Inc.
33. Bois Daaquam inc. (aka Daaquam Lumber Inc.)
34. Bois D'oeuvre Cedrico Inc. (aka Cedrico Lumber Inc.)
35. Bois et Solutions Marketing SPEC, Inc. (aka SPEC Wood & Marketing Solution or SPEC Wood and Marketing Solutions Inc.)
36. Boisaco Inc.
37. Boscus Canada Inc.
38. Boucher Bros. Lumber Ltd.
39. BPWood Ltd.
40. Bramwood Forest Inc.
41. Brink Forest Products Ltd.
42. Brunswick Valley Lumber Inc.
43. Burrows Lumber (CD) Ltd., Theo A. Burrows Lumber Company Limited
44. Busque & Laflamme Inc.
45. Campbell River Shake & Shingle Co. Ltd.
46. Canada Pallet Corp.
47. Canasia Forest Industries Ltd.
48. Canyon Lumber Company Ltd.
49. Careau Bois inc.
50. CarlWood Lumber Ltd.
51. Carrier & Begin inc.
52. Carrier Forest Products Ltd.
53. Carrier Lumber Ltd.
54. Carter Forest Products Inc.
55. Cedar Island Forest Products Ltd.
56. Cedar Valley Holdings Ltd.
57. Cedarcoast Lumber Products
58. Cedarland Forest Products Ltd.
59. Cedarline Industries Ltd.
60. Central Cedar Ltd.
61. Central Forest Products Inc.
62. Centurion Lumber Ltd.
63. Chaleur Forest Products Inc.
64. Chaleur Forest Products LP
65. Channel-ex Trading Corporation
66. CHAP Alliance Inc.[10]
67. Clair Industrial Development Corp. Ltd.
68. Clermond Hamel Ltee
69. CLG Enterprises Inc.
70. CNH Products Inc.
71. Coast Clear Wood Ltd.
72. Coast Mountain Cedar Products Ltd.
73. Columbia River Shake & Shingle Ltd./ Teal Cedar Products Ltd., DBA the Teal Jones Group.
74. Commonwealth Plywood Co. Ltd.
75. Comox Valley Shakes (2019) Ltd.
76. Conifex Fibre Marketing Inc.
77. Coulson Manufacturing Ltd.

78. Cowichan Lumber Ltd.
79. CS Manufacturing Inc. (dba Cedarshed)
80. CWP—Industriel Inc.
81. CWP—Montreal Inc.
82. D & D Pallets Ltd.
83. Dakeryn Industries Ltd.
84. Decker Lake Forest Products Ltd.
85. Deep Cove Forest Products, Inc.
86. Delco Forest Products Ltd.
87. Delta Cedar Specialties Ltd.
88. Devon Lumber Co. Ltd.
89. DH Manufacturing Inc.
90. Direct Cedar Supplies Ltd.
91. Distribution Rioux Inc.
92. Doubletree Forest Products Ltd.
93. Downie Timber Ltd.
94. Dunkley Lumber Ltd.
95. EACOM Timber Corporation
96. East Fraser Fiber Co. Ltd.
97. Edgewood Forest Products Inc.
98. Elrod Cartage Ltd.
99. ER Probyn Export Ltd.
100. Falcon Lumber Ltd.
101. Fontaine Inc.
102. Foothills Forest Products Inc.
103. Resolute Growth Canada Inc.; Forest Products Mauricie LP, Société en commandite Scierie Opitciwan; Resolute-LP Engineered Wood Larouche Inc.; Resolute-LP Engineered Wood St-Prime Limited Partnership; Resolute FP Canada Inc.
104. Fraser Specialty Products Ltd.
105. FraserWood Industries Ltd.
106. Furtado Forest Products Ltd.
107. Glandell Enterprises Inc.
108. Goldband Shake & Shingle Ltd.
109. Goldwood Industries Ltd.
110. Goodfellow Inc.
111. Gorman Bros. Lumber Ltd.
112. Greendale Industries Inc.
113. GreenFirst Forest Products (QC) Inc.
114. Greenwell Resources Inc.
115. Griff Building Supplies Ltd.
116. Groupe Crete Chertsey Inc.
117. Groupe Crete Division St-Faustin Inc.
118. Groupe Lebel Inc.
119. Groupe Lignarex Inc.
120. H.J. Crabbe & Sons Ltd.
121. Haida Forest Products Ltd.
122. Halo Sawmill, a division of Delta Cedar Specialties Ltd./Halo Sawmill Manufacturing Limited Partnership
123. Hampton Tree Farms, LLC (dba Hampton Lumber Sales Canada)
124. Hornepayne Lumber LP
125. Hudson Mitchell & Sons Lumber Inc.
126. Hy Mark Wood Products Inc.
127. Imperial Cedar Products Ltd.
128. Independent Building Materials Distribution Inc.
129. Interfor Corporation/Interfor Sales & Marketing Ltd.[11]

130. Intertran Holdings Ltd. (dba Richmond Terminal)
131. Island Cedar Products Ltd.
132. Ivor Forest Products Ltd.
133. J&G Log Works Ltd.
134. J.D. Irving, Limited
135. J.H. Huscroft Ltd.
136. Jan Woodlands (2001) Inc.
137. Jasco Forest Products Ltd.
138. Jazz Forest Products Ltd.
139. Jhajj Lumber Corporation
140. Kalesnikoff Lumber Co. Ltd.
141. Kan Wood Ltd.
142. Kebois Ltee; Kebois Ltd.
143. Kelfor Industries Ltd.
144. Kermode Forest Products Ltd.
145. Keystone Timber Ltd.
146. Lafontaine Lumber Inc.
147. Langevin Forest Products Inc.
148. Lecours Lumber Co. Limited
149. Leisure Lumber Ltd.
150. Les Bardeaux Lajoie Inc.
151. Les Bois d'oeuvre Beaudoin Gauthier inc.
152. Les Bois Martek Lumber
153. Les Bois Traites M.G. Inc.
154. Les Chantiers de Chibougamau Ltd.; Les Chantiers de Chibougamau Ltd.
155. Les Industries P.F. Inc.
156. Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.
157. Les Produits Forestiers Sitka Inc. (aka Sitka Forest Products Inc.)
158. Leslie Forest Products Ltd.
159. Lignum Forest Products LLP
160. Linwood Homes Ltd.
161. Lonestar Lumber Inc.
162. Lulumco Inc.
163. Magnum Forest Products Ltd.
164. Maibec Inc.
165. Mainland Sawmill, a division of Terminal Forest Products
166. Manitou Forest Products Ltd.
167. Marcel Lauzon Inc.
168. Marwood Ltd.
169. Materiaux Blanchet Inc.
170. Metrie Canada Ltd.
171. Mid Valley Lumber Specialties Ltd.
172. Midway Lumber Mills Ltd.
173. Mill & Timber Products Ltd.
174. Millar Western Forest Products Ltd.
175. Mirax Lumber Products Ltd.
176. Mobilier Rustique (Beauce) Inc.
177. Modern Terminal Ltd.
178. Monterra Lumber Mills Limited
179. Morwood Forest Products Inc.
180. Multicedre Ltee

---

[10] On August 26, 2021 Commerce published the final results of a changed circumstances review determining that CHAP Alliance, Inc. (CHAP) is the successor-in-interest to L'Atelier de Réadaptation au Travil de Beauce Inc. (L'Atelier). *See Certain Softwood Lumber Products from Canada: Notice of Final Results of Antidumping Duty Changed Circumstances Review,* 86 FR 47621 (August 26, 2021). We intend to liquidate all entries by L'Atelier based on the final results, but revise the cash deposit rate to apply to CHAP.

[11] In the previous review, in the ACE module Interfor Corporation and Interfor Sales & Marketing

Ltd. were set up with different company numbers, *i.e.,* A–122–857–118 and A–122–857–299. In the instant review, Interfor Corporation and Interfor Sales & Marketing Ltd. have stated that both Interfor Corporation and Interfor Sales & Marketing export lumber produced by Interfor Corporation. *See* Interfor Corporation and Interfor Sales & Marketing Ltd.'s Letter, ''Comments in Response to Commerce's Request for Clarification of the Review Requests,'' dated February 14, 2022. Therefore, for the final results, we will combine both company names under one company number.

181. Murray Brothers Lumber Company Ltd.
182. Nagaard Sawmill Ltd.
183. Nakina Lumber Inc.
184. National Forest Products Ltd.
185. Nicholson and Cates Ltd.
186. Nickel Lake Lumber
187. Norsask Forest Products Inc.
188. Norsask Forest Products Limited Partnership
189. North American Forest Products Ltd. (located in Abbotsford, British Columbia)
190. North American Forest Products Ltd. (located in Saint-Quentin, New Brunswick)
191. North Enderby Timber Ltd.
192. Northland Forest Products Ltd.
193. NSC Lumber Ltd.
194. Olympic Industries Inc.
195. Olympic Industries ULC
196. Oregon Canadian Forest Products; Oregon Canadian Forest Products Inc.
197. Pacific Coast Cedar Products Ltd.
198. Pacific Lumber Remanufacturing Inc.
199. Pacific Pallet Ltd.
200. Pacific Western Wood Works Ltd.
201. PalletSource Inc.
202. Parallel Wood Products Ltd.
203. Pat Power Forest Products Corporation
204. Peak Industries (Cranbrook) Ltd.
205. Phoenix Forest Products Inc.
206. Pine Ideas Ltd.
207. Pioneer Pallet & Lumber Ltd.
208. Porcupine Wood Products Ltd.
209. Portbec Forest Products Ltd (aka Les Produits Forestiers Portbec Ltée)
210. Power Wood Corp.
211. Precision Cedar Products Corp.
212. Prendiville Industries Ltd. (aka Kenora Forest Products)
213. Produits Forestiers Petit Paris Inc.
214. Produits Matra Inc.
215. Promobois G.D.S. Inc.
216. Rayonier A.M. Canada GP
217. Rembos Inc.
218. Rene Bernard Inc.
219. Rick Dubois
220. Rielly Industrial Lumber Inc.
221. River City Remanufacturing Inc.
222. S&R Sawmills Ltd.
223. S&W Forest Products Ltd.
224. San Group
225. San Industries Ltd.
226. Sapphire Lumber Company
227. Sawarne Lumber Co. Ltd.
228. Scierie Alexandre Lemay & Fils Inc.
229. Scierie St-Michel Inc.
230. Scierie West Brome Inc.
231. Scott Lumber Sales/Scott Lumber Sales Ltd.[12]

232. Sechoirs de Beauce Inc.
233. Shakertown Corp.
234. Sigurdson Forest Products Ltd.
235. Silvaris Corporation
236. Sinclar Group Forest Products Ltd.
237. Skana Forest Products Ltd.
238. Skeena Sawmills Ltd.
239. Sonora Logging Ltd.
240. Source Forest Products
241. South Beach Trading Inc.
242. South Coast Reman Ltd./Southcoast Millwork Ltd.[13]
243. South Fraser Container Terminals
244. Specialiste du Bardeau de Cedre Inc./Specialiste du Bardeau de Cedre Inc. (SBC)
245. Spruceland Millworks Inc.
246. Star Lumber Canada Ltd.
247. Suncoast Industries Inc.
248. Suncoh Custom Lumber Ltd.
249. Sundher Timber Products Inc.
250. Surplus G Rioux
251. Surrey Cedar Ltd.
252. Swiftwood Forest Products Ltd.
253. T&P Trucking Ltd.
254. Taan Forest Limited Partnership (aka Taan Forest Products)
255. Taiga Building Products Ltd.
256. Tall Tree Lumber Company
257. Temrex Forest Products LP; Produits Forestiers Temrex SEC.
258. Tenryu Canada Corporation
259. Terminal Forest Products Ltd.
260. TG Wood Products
261. The Wood Source Inc.
262. Tolko Industries Ltd.; Tolko Marketing and Sales Ltd.; Gilbert Smith Forest Products Ltd.
263. Top Quality Lumber Ltd.
264. Trans-Pacific Trading Ltd.
265. Triad Forest Products Ltd.
266. Twin Rivers Paper Co. Inc.
267. Tyee Timber Products Ltd.
268. Usine Sartigan Inc.
269. Vaagen Fibre Canada ULC
270. Valley Cedar 2 Inc.
271. Vancouver Specialty Cedar Products Ltd.
272. Vanderhoof Specialty Wood Products Ltd.
273. Visscher Lumber Inc.
274. W.I. Woodtone Industries Inc.
275. Waldun Forest Product Sales Ltd.
276. Watkins Sawmills Ltd.
277. West Bay Forest Products Ltd.
278. Western Forest Products Inc.
279. Western Lumber Sales Limited
280. Western Timber Products, Inc.

281. Westminster Industries Ltd.
282. Weston Forest Products Inc.
283. Weyerhaeuser Co.
284. White River Forest Products L.P.
285. Winton Homes Ltd.
286. Woodline Forest Products Ltd.
287. Woodstock Forest Products
288. Woodtone Specialties Inc.
289. WWW Timber Products Ltd.

[FR Doc. 2023–16298 Filed 7–31–23; 8:45 am]

**BILLING CODE 3510–DS–P**

# DEPARTMENT OF COMMERCE

## International Trade Administration

## Initiation of Five-Year (Sunset) Reviews

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** In accordance with the Tariff Act of 1930, as amended (the Act), the U.S. Department of Commerce (Commerce) is automatically initiating the five-year reviews (Sunset Reviews) of the antidumping duty and countervailing duty (AD/CVD) order(s) and suspended investigation(s) listed below. The U.S. International Trade Commission (ITC) is publishing concurrently with this notice its notice of *Institution of Five-Year Reviews* which covers the same order(s) and suspended investigation(s).

**DATES:** Applicable August 1, 2023.

**FOR FURTHER INFORMATION CONTACT:** Commerce official identified in the *Initiation of Review* section below at AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230. For information from the ITC, contact Mary Messer, Office of Investigations, U.S. International Trade Commission at (202) 205–3193.

**SUPPLEMENTARY INFORMATION:**

## Background

Commerce's procedures for the conduct of Sunset Reviews are set forth in its *Procedures for Conducting Five-Year (Sunset) Reviews of Antidumping and Countervailing Duty Orders,* 63 FR 13516 (March 20, 1998) and 70 FR 62061 (October 28, 2005). Guidance on methodological or analytical issues relevant to Commerce's conduct of Sunset Reviews is set forth in *Antidumping Proceedings: Calculation of the Weighted-Average Dumping Margin and Assessment Rate in Certain Antidumping Duty Proceedings; Final Modification,* 77 FR 8101 (February 14, 2012).

---

[12] *See* Scott Lumber Sales Letter, "Requests for Clarifications of Review Requests," dated February

10, 2022, in which Scott Lumber Sales confirmed that its complete name is Scott Lumber Sales Ltd.

[13] Patrick Lumber submitted information that South Coast Reman Ltd. and Southcoast Millwork Ltd. are the same company. *See* Patrick Lumber's Letter, "Patrick Lumber Company Response to Request for Request for Clarification of Review Request," dated February 14, 2022; *see also* Patrick Lumber's Letter, "Company Request for Administrative Review (1/1/2021–12/31/2021)," dated January 31, 2022. We have added Southcoast Millwork Ltd. to the ACE module for case number A–122–857–322.

# EXHIBIT 10

| | | | |
|---|---|---|---|
| **MESSAGE NO.** | 5041402 | **MESSAGE DATE** | 02/10/2025 |
| **STATUS** | Active | **INACTIVATED DATE** | |
| **TYPE** | INJ/TRO-Stat Injunction/ TRO | **FR CITE** | 89 FR 77826 |
| **SUB-TYPE** | ADMIN RVW-Administrative Rvw | **FR DATE** | 09/24/2024 |
| **CATEGORY ACCESS** | AD | **EFFECTIVE DATE** | 09/24/2024 |

**TYPE**  Public [✓]   Non-Public [ ]

**POI/POR DATE**  01/01/2022  -  12/31/2022

**Notice of lifting of Suspension Date**

**PERIOD COVERED**  -

**SHORT CASE NAME**

Certain Softwood Lumber

**COURT CASE #s**

**REF MESSAGE #s**

**PRINCIPAL CASE #s**

A122857

**3rd Country CASE #s**

**RE:** USMCA Binational Panel:  Continued Suspension of Liquidation for multiple companies - Certain Softwood Lumber Products from Canada (A-122-857)

1.   On 08/19/2024, Commerce published in the Federal Register its final results (89 FR 67067) of administrative review with respect to the antidumping duty order on certain softwood lumber products from Canada for the period 01/01/2022 through 12/31/2022. On 09/24/2024, Commerce published in the Federal Register its amended final results (89 FR 77826) of administrative review with respect to the antidumping duty order on certain softwood lumber products from Canada for the period 01/01/2022 through 12/31/2022.

2.   Commerce received notification of the convening of a Binational Panel (USMCA Secretariat File No.: USA-CDA-2024-10.12-04) to review the final results of the fifth administrative review covering the period 01/01/2022 through 12/31/2022. The following producers and/or exporters request continuation of suspension of liquidation of their entries of subject merchandise that are subject to the fourth administrative review pending final disposition of the Binational Panel proceeding.

3.   Accordingly, until further notice, do not liquidate entries of subject merchandise that were entered, or withdrawn from warehouse, for consumption during the period 01/01/2022 through 12/31/2022, for the companies listed below.

Producer and/or Exporter: Canfor Corporation/Canadian Forest Products Ltd./Canfor Wood Products Marketing Ltd./Canfor Fox Creek Ltd./Canfor Whitecourt Ltd.
Case Number: A-122-857-001

Producer and/or Exporter: Forest Products Mauricie LP; Societe en commandite Scierie Opitciwan; Resolute Growth Canada Inc.; Resolute FP Canada Inc.; Resolute-LP Engineered Wood Larouche Inc.; Resolute-LP Engineered Wood St-Prime Limited Partnership
Case Number: A-122-857-002

Producer and/or Exporter: Tolko Industries Ltd.; Tolko Marketing and Sales Ltd.; Gilbert Smith Forest Products Ltd.
Case Number: A-122-857-003

Producer and/or Exporter: West Fraser Mills Ltd./Blue Ridge Lumber Inc./Manning Forest Products Ltd./Sundre Forest Products Inc.
Case Number: A-122-857-004

Producer and/or Exporter: 1074712 BC Ltd.; Quadra Cedar
Case Number: A-122-857-005

Producer and/or Exporter: 0752615 B.C Ltd; Fraserview Remanufacturing Inc;  Fraserview Cedar Products.
Case Number: A-122-857-007

Producer and/or Exporter: Absolute Lumber Products Ltd.

Case Number: A-122-857-010

Producer and/or Exporter: AJ Forest Products Ltd.
Case Number: A-122-857-011

Producer and/or Exporter: Aler Forest Products Ltd.
Case Number: A-122-857-013

Producer and/or Exporter: Alpa Lumber Mills Inc.
Case Number: A-122-857-014

Producer and/or Exporter: Andersen Pacific Forest Products Ltd.
Case Number: A-122-857-017

Producer and/or Exporter: Aquila Cedar Products Ltd.
Case Number: A-122-857-021

Producer and/or Exporter: Arbec Lumber Inc.; Arbec Bois Doeuvre Inc.
Case Number: A-122-857-022

Producer and/or Exporter: Aspen Planers Ltd.
Case Number: A-122-857-023

Producer and/or Exporter: B&L Forest Products Ltd.
Case Number: A-122-857-024

Producer and/or Exporter: B.B. Pallets Inc.; Les Palettes B.B.Inc.
Case Number: A-122-857-025

Producer and/or Exporter: Babine Forest Products Limited
Case Number: A-122-857-026

Producer and/or Exporter: Bakerview Forest Products Inc.
Case Number: A-122-857-027

Producer and/or Exporter: Barrette-Chapais Ltee
Case Number: A-122-857-029

Producer and/or Exporter: BarretteWood Inc.
Case Number: A-122-857-030

Producer and/or Exporter: Benoît & Dionne Produits Forestiers Ltee; Benoît & Dionne Forest Products

Ltd.
Case Number: A-122-857-031

Producer and/or Exporter: Blanchet Multi Concept Inc.
Case Number: A-122-857-033

Producer and/or Exporter: Bois Aise de Montreal Inc.
Case Number: A-122-857-035

Producer and/or Exporter: Bois Bonsaï Inc.
Case Number: A-122-857-036

Producer and/or Exporter: Bois D'oeuvre Cedrico Inc.; Cedrico Lumber Inc.
Case Number: A-122-857-037

Producer and/or Exporter: Bois Daaquam Inc.; Daaquam Lumber Inc.
Case Number: A-122-857-038

Producer and/or Exporter: Bois et Solutions Marketing SPEC, Inc.; SPEC Wood & Marketing Solution;
SPEC Wood and Marketing Solutions Inc.
Case Number: A-122-857-039

Producer and/or Exporter: Boisaco Inc.
Case Number: A-122-857-040

Producer and/or Exporter: Boscus Canada Inc.
Case Number: A-122-857-041

Producer and/or Exporter: Boucher Bros. Lumber Ltd.
Case Number: A-122-857-042

Producer and/or Exporter: BPWood Ltd.
Case Number: A-122-857-043

Producer and/or Exporter: Bramwood Forest Inc.
Case Number: A-122-857-044

Producer and/or Exporter: Brunswick Valley Lumber Inc.
Case Number: A-122-857-045

Producer and/or Exporter: Busque & Laflamme Inc.
Case Number: A-122-857-046

Producer and/or Exporter: Canyon Lumber Company Ltd.
Case Number: A-122-857-053

Producer and/or Exporter: Carrier & Begin Inc.
Case Number: A-122-857-055

Producer and/or Exporter: Carrier Forest Products Ltd.
Case Number: A-122-857-056

Producer and/or Exporter: Carrier Lumber Ltd.
Case Number: A-122-857-057

Producer and/or Exporter: Cedarline Industries Ltd.
Case Number: A-122-857-059

Producer and/or Exporter: Central Cedar Ltd.
Case Number: A-122-857-060

Producer and/or Exporter: Centurion Lumber Ltd.
Case Number: A-122-857-061

Producer and/or Exporter: Chaleur Forest Products LP
Case Number: A-122-857-062

Producer and/or Exporter: Channel-ex Trading Corporation
Case Number: A-122-857-063

Producer and/or Exporter: Clermond Hamel Ltee
Case Number: A-122-857-065

Producer and/or Exporter: Conifex Fibre Marketing Inc.
Case Number: A-122-857-070

Producer and/or Exporter: Cowichan Lumber Ltd.
Case Number: A-122-857-071

Producer and/or Exporter: CS Manufacturing Inc.; Cedarshed
Case Number: A-122-857-072

Producer and/or Exporter: CWP - Industriel Inc.
Case Number: A-122-857-073

Producer and/or Exporter: D & D Pallets Ltd.
Case Number: A-122-857-075

Producer and/or Exporter: Dakeryn Industries Ltd.
Case Number: A-122-857-076

Producer and/or Exporter: Decker Lake Forest Products Ltd.
Case Number: A-122-857-077

Producer and/or Exporter: Delco Forest Products Ltd.
Case Number: A-122-857-078

Producer and/or Exporter: Delta Cedar Specialties Ltd.
Case Number: A-122-857-079

Producer and/or Exporter: Devon Lumber Co. Ltd.
Case Number: A-122-857-080

Producer and/or Exporter: Doubletree Forest Products Ltd.
Case Number: A-122-857-083

Producer and/or Exporter: Downie Timber Ltd.
Case Number: A-122-857-084

Producer and/or Exporter: Dunkley Lumber Ltd.
Case Number: A-122-857-085

Producer and/or Exporter: EACOM Timber Corporation
Case Number: A-122-857-086

Producer and/or Exporter: East Fraser Fiber Co. Ltd.
Case Number: A-122-857-087

Producer and/or Exporter: Edgewood Forest Products Inc.
Case Number: A-122-857-088

Producer and/or Exporter: ER Probyn Export Ltd.
Case Number: A-122-857-089

Producer and/or Exporter: Falcon Lumber Ltd.
Case Number: A-122-857-091

Producer and/or Exporter: Fontaine Inc.
Case Number: A-122-857-092

Producer and/or Exporter: Foothills Forest Products Inc.
Case Number: A-122-857-093

Producer and/or Exporter: Chaleur Forest Products Inc.
Case Number: A-122-857-094

Producer and/or Exporter: Fraser Specialty Products Ltd.
Case Number: A-122-857-095

Producer and/or Exporter: Furtado Forest Products Ltd.
Case Number: A-122-857-097

Producer and/or Exporter: Goodfellow Inc.
Case Number: A-122-857-105

Producer and/or Exporter: Gorman Bros. Lumber Ltd.
Case Number: A-122-857-106

Producer and/or Exporter: Groupe Crete Chertsey Inc.
Case Number: A-122-857-107

Producer and/or Exporter: Groupe Crete Division St-Faustin Inc.
Case Number: A-122-857-108

Producer and/or Exporter: Groupe Lebel Inc.
Case Number: A-122-857-109

Producer and/or Exporter: H.J. Crabbe & Sons Ltd.
Case Number: A-122-857-111

Producer and/or Exporter: Haida Forest Products Ltd.
Case Number: A-122-857-112

Producer and/or Exporter: Hornepayne Lumber LP
Case Number: A-122-857-114

Producer and/or Exporter: Independent Building Materials Distribution Inc.
Case Number: A-122-857-117

Producer and/or Exporter: Interfor Corporation; Interfor Sales & Marketing Ltd.
Case Number: A-122-857-118

Producer and/or Exporter: Ivor Forest Products Ltd.
Case Number: A-122-857-120

Producer and/or Exporter: J&G Log Works Ltd.
Case Number: A-122-857-121

Producer and/or Exporter: J.D. Irving, Limited
Case Number: A-122-857-122

Producer and/or Exporter: J.H. Huscroft Ltd.
Case Number: A-122-857-123

Producer and/or Exporter: Jan Woodlands (2001) Inc.
Case Number: A-122-857-124

Producer and/or Exporter: Jhajj Lumber Corporation
Case Number: A-122-857-125

Producer and/or Exporter: Kalesnikoff Lumber Co. Ltd.
Case Number: A-122-857-126

Producer and/or Exporter: Kan Wood Ltd.
Case Number: A-122-857-127

Producer and/or Exporter: Kebois Ltee; Kebois Ltd.
Case Number: A-122-857-128

Producer and/or Exporter: Lafontaine Lumber Inc.
Case Number: A-122-857-131

Producer and/or Exporter: Langevin Forest Products Inc.
Case Number: A-122-857-132

Producer and/or Exporter: Lecours Lumber Co. Limited
Case Number: A-122-857-133

Producer and/or Exporter: Leisure Lumber Ltd.
Case Number: A-122-857-135

Producer and/or Exporter: Les Bois d'oeuvre Beaudoin Gauthier Inc.
Case Number: A-122-857-136

Producer and/or Exporter: Les Bois Martek Lumber
Case Number: A-122-857-137

Producer and/or Exporter: Les Chantiers de Chibougamau Ltee; Les Chantiers de Chibougamau Ltd.
Case Number: A-122-857-139

Producer and/or Exporter: Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.
Case Number: A-122-857-140

Producer and/or Exporter: Leslie Forest Products Ltd.
Case Number: A-122-857-141

Producer and/or Exporter: Lignum Forest Products LLP
Case Number: A-122-857-142

Producer and/or Exporter: Lulumco Inc.
Case Number: A-122-857-145

Producer and/or Exporter: Magnum Forest Products Ltd.
Case Number: A-122-857-146

Producer and/or Exporter: Maibec Inc.
Case Number: A-122-857-147

Producer and/or Exporter: Manitou Forest Products Ltd.
Case Number: A-122-857-148

Producer and/or Exporter: Marcel Lauzon Inc.
Case Number: A-122-857-149

Producer and/or Exporter: Marwood Ltd.
Case Number: A-122-857-150

Producer and/or Exporter: Materiaux Blanchet Inc.
Case Number: A-122-857-151

Producer and/or Exporter: Mid Valley Lumber Specialties Ltd.
Case Number: A-122-857-154

Producer and/or Exporter: Midway Lumber Mills Ltd.
Case Number: A-122-857-155

Producer and/or Exporter: Mill & Timber Products Ltd.
Case Number: A-122-857-156

Producer and/or Exporter: Mobilier Rustique (Beauce) Inc.
Case Number: A-122-857-158

Producer and/or Exporter: Multicedre Ltee
Case Number: A-122-857-160

Producer and/or Exporter: Nakina Lumber Inc.
Case Number: A-122-857-161

Producer and/or Exporter: National Forest Products Ltd.
Case Number: A-122-857-162

Producer and/or Exporter: Nicholson and Cates Ltd.
Case Number: A-122-857-164

Producer and/or Exporter: Norsask Forest Products Limited Partnership
Case Number: A-122-857-165

Producer and/or Exporter: North American Forest Products Ltd. (located in Abbotsford, British Columbia)
Case Number: A-122-857-166

Producer and/or Exporter: North American Forest Products Ltd. (located in Saint-Quentin, New Brunswick)
Case Number: A-122-857-167

Producer and/or Exporter: North Enderby Timber Ltd.
Case Number: A-122-857-168

Producer and/or Exporter: Olympic Industries ULC
Case Number: A-122-857-170

Producer and/or Exporter: Olympic Industries Inc.
Case Number: A-122-857-173

Producer and/or Exporter: Pacific Western Wood Works Ltd.

Case Number: A-122-857-176

Producer and/or Exporter: Parallel Wood Products Ltd.
Case Number: A-122-857-177

Producer and/or Exporter: Phoenix Forest Products Inc.
Case Number: A-122-857-179

Producer and/or Exporter: Pine Ideas Ltd.
Case Number: A-122-857-180

Producer and/or Exporter: Pioneer Pallet & Lumber Ltd.
Case Number: A-122-857-181

Producer and/or Exporter: Porcupine Wood Products Ltd.
Case Number: A-122-857-182

Producer and/or Exporter: Power Wood Corp.
Case Number: A-122-857-183

Producer and/or Exporter: Precision Cedar Products Corp.
Case Number: A-122-857-184

Producer and/or Exporter: Produits Forestiers Petit Paris Inc.
Case Number: A-122-857-186

Producer and/or Exporter: Produits Matra Inc.
Case Number: A-122-857-188

Producer and/or Exporter: Promobois G.D.S. Inc.
Case Number: A-122-857-189

Producer and/or Exporter: GreenFirst Forest Products (QC) Inc.
Case Number: A-122-857-190

Producer and/or Exporter: Rembos Inc.
Case Number: A-122-857-191

Producer and/or Exporter: Rene Bernard Inc.
Case Number: A-122-857-192

Producer and/or Exporter: Rielly Industrial Lumber Inc.

Case Number: A-122-857-194

Producer and/or Exporter: S&R Sawmills Ltd.
Case Number: A-122-857-197

Producer and/or Exporter: San Industries Ltd.
Case Number: A-122-857-199

Producer and/or Exporter: Sawarne Lumber Co. Ltd.
Case Number: A-122-857-200

Producer and/or Exporter: Scierie Alexandre Lemay & Fils Inc.
Case Number: A-122-857-201

Producer and/or Exporter: Scierie St-Michel Inc.
Case Number: A-122-857-202

Producer and/or Exporter: Scierie West Brome Inc.
Case Number: A-122-857-203

Producer and/or Exporter: Sechoirs de Beauce Inc.
Case Number: A-122-857-205

Producer and/or Exporter: Sigurdson Forest Products Ltd.
Case Number: A-122-857-209

Producer and/or Exporter: Silvaris Corporation
Case Number: A-122-857-210

Producer and/or Exporter: Sinclar Group Forest Products Ltd.
Case Number: A-122-857-212

Producer and/or Exporter: Skana Forest Products Ltd.
Case Number: A-122-857-213

Producer and/or Exporter: South Beach Trading Inc.
Case Number: A-122-857-216

Producer and/or Exporter: Specialiste du Bardeau de Cedre Inc.; Specialiste du Bardeau de Cedre
Inc. (SBC)
Case Number: A-122-857-217

Producer and/or Exporter: Surrey Cedar Ltd.
Case Number: A-122-857-219

Producer and/or Exporter: Taan Forest Limited Partnership; Taan Forest Products
Case Number: A-122-857-221

Producer and/or Exporter: Taiga Building Products Ltd.
Case Number: A-122-857-222

Producer and/or Exporter: Tall Tree Lumber Company
Case Number: A-122-857-223

Producer and/or Exporter: Terminal Forest Products Ltd.
Case Number: A-122-857-226

Producer and/or Exporter: The Wood Source Inc.
Case Number: A-122-857-228

Producer and/or Exporter: Trans-Pacific Trading Ltd.
Case Number: A-122-857-229

Producer and/or Exporter: Triad Forest Products Ltd.
Case Number: A-122-857-230

Producer and/or Exporter: Twin Rivers Paper Co. Inc.
Case Number: A-122-857-231

Producer and/or Exporter: Tyee Timber Products Ltd.
Case Number: A-122-857-232

Producer and/or Exporter: Universal Lumber Sales Ltd.
Case Number: A-122-857-233

Producer and/or Exporter: Usine Sartigan Inc.
Case Number: A-122-857-234

Producer and/or Exporter: Vaagen Fibre Canada ULC
Case Number: A-122-857-235

Producer and/or Exporter: Vancouver Specialty Cedar Products Ltd.
Case Number: A-122-857-238

Producer and/or Exporter: Visscher Lumber Inc.
Case Number: A-122-857-239

Producer and/or Exporter: W.I. Woodtone Industries Inc.
Case Number: A-122-857-240

Producer and/or Exporter: West Bay Forest Products Ltd.
Case Number: A-122-857-243

Producer and/or Exporter: Western Forest Products Inc.
Case Number: A-122-857-246

Producer and/or Exporter: Western Lumber Sales Limited
Case Number: A-122-857-247

Producer and/or Exporter: Weston Forest Products Inc.
Case Number: A-122-857-249

Producer and/or Exporter: Westrend Exteriors Inc.
Case Number: A-122-857-250

Producer and/or Exporter: Weyerhaeuser Co.
Case Number: A-122-857-251

Producer and/or Exporter: White River Forest Products L.P.
Case Number: A-122-857-252

Producer and/or Exporter: Woodline Forest Products Ltd.
Case Number: A-122-857-254

Producer and/or Exporter: Woodtone Specialties Inc.
Case Number: A-122-857-256

Producer and/or Exporter: Brink Forest Products Ltd.
Case Number: A-122-857-261

Producer and/or Exporter: Carter Forest Products Inc.
Case Number: A-122-857-263

Producer and/or Exporter: Central Alberta Pallet Supply
Case Number: A-122-857-264

Producer and/or Exporter: Central Forest Products Inc.
Case Number: A-122-857-265

Producer and/or Exporter: FraserWood Industries Ltd.
Case Number: A-122-857-268

Producer and/or Exporter: Jasco Forest Products Ltd.
Case Number: A-122-857-269

Producer and/or Exporter: Portbec Forest Products Ltd.; Les Produits Forestiers Portbec Ltee
Case Number: A-122-857-274

Producer and/or Exporter: Sundher Timber Products Inc.
Case Number: A-122-857-277

Producer and/or Exporter: Vanderhoof Specialty Wood Products Ltd.
Case Number: A-122-857-278

Producer and/or Exporter: Adwood Manufacturing Ltd.
Case Number: A-122-857-281

Producer and/or Exporter: Coulson Manufacturing Ltd.
Case Number: A-122-857-288

Producer and/or Exporter: Deep Cove Forest Products, Inc.
Case Number: A-122-857-289

Producer and/or Exporter: Greenwell Resources Inc.
Case Number: A-122-857-293

Producer and/or Exporter: Halo Sawmill, a division of Delta Cedar Specialties Ltd.; Halo Sawmill
Manufacturing Limited Partnership
Case Number: A-122-857-295

Producer and/or Exporter: Hampton Tree Farms, LLC; Hampton Lumber Sales Canada
Case Number: A-122-857-296

Producer and/or Exporter: Hy Mark Wood Products Inc.
Case Number: A-122-857-298

Producer and/or Exporter: Kelfor Industries Ltd.
Case Number: A-122-857-301

Producer and/or Exporter: Kermode Forest Products Ltd.
Case Number: A-122-857-302

Producer and/or Exporter: Les Industries P.F. Inc.
Case Number: A-122-857-304

Producer and/or Exporter: Lonestar Lumber Inc.
Case Number: A-122-857-305

Producer and/or Exporter: Monterra Lumber Mills Limited
Case Number: A-122-857-308

Producer and/or Exporter: Morwood Forest Products Inc.
Case Number: A-122-857-309

Producer and/or Exporter: Norsask Forest Products Inc.
Case Number: A-122-857-311

Producer and/or Exporter: Northland Forest Products Ltd.
Case Number: A-122-857-312

Producer and/or Exporter: River City Remanufacturing Inc.
Case Number: A-122-857-316

Producer and/or Exporter: Shakertown Corp.
Case Number: A-122-857-319

Producer and/or Exporter: Westminster Industries Ltd.
Case Number: A-122-857-328

Producer and/or Exporter: 10104704 Manitoba Ltd.; Woodstock Forest Products
Case Number: A-122-857-346

Producer and/or Exporter: CLG Enterprises Inc.
Case Number: A-122-857-348

Producer and/or Exporter: Columbia River Shake & Shingle Ltd.; Teal Cedar Products Ltd.; The Teal Jones Group
Case Number: A-122-857-349

Producer and/or Exporter: Peak Industries (Cranbrook) Ltd.
Case Number: A-122-857-355

Producer and/or Exporter: San Group
Case Number: A-122-857-356

Producer and/or Exporter: Tenryu Canada Corporation
Case Number: A-122-857-359

Producer and/or Exporter: Top Quality Lumber Ltd.
Case Number: A-122-857-361

Producer and/or Exporter: Bois Weedon Inc.
Case Number: A-122-857-363

Producer and/or Exporter: Canadian Bavarian Millwork & Lumber Ltd.
Case Number: A-122-857-364

Producer and/or Exporter: Fort St. James Forest Products Limited Partnership
Case Number: A-122-857-365

Producer and/or Exporter: La Crete Sawmills Ltd.
Case Number: A-122-857-366

Producer and/or Exporter: Oakwood Manufacturing A Division of Weston Forest Products Inc.
Case Number: A-122-857-368

Producer and/or Exporter: Pacific NorthWest Lumber Ltd.
Case Number: A-122-857-369

Producer and/or Exporter: Partap Forest Products Ltd.
Case Number: A-122-857-370

Producer and/or Exporter: R.A. Green Lumber Ltd.
Case Number: A-122-857-372

Producer and/or Exporter: Smart Wood Forest Products Ltd.
Case Number: A-122-857-373

Producer and/or Exporter: Vanderwell Contractors (1971) Ltd.
Case Number: A-122-857-374

Producer and/or Exporter: West Coast Panel Cutters
Case Number: A-122-857-375

4.  Liquidation instructions for entries affected by this message have not yet been issued.

5.  Effective immediately, CPB is instructed to prevent liquidation of any entries subject to the above. Any entries of the above merchandise which may be set for liquidation are to be unset immediately.

6.  If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984. CBP ports should submit their inquiries through authorized CBP channels only. (This message was generated by OIV:JJ.)

7.  There are no restrictions on the release of this information.

Alexander Amdur

# EXHIBIT 11

submitted within 30 days of the publication of this notice on the following website *www.reginfo.gov/public/do/PRAMain.* Find this particular information collection by selecting ''Currently under 30-day Review—Open for Public Comments'' or by using the search function and entering either the title of the collection or the OMB Control Number 0625–0125.

**Sheleen Dumas,**

*Department PRA Clearance Officer, Office of the Under Secretary for Economic Affairs, Commerce Department.*

[FR Doc. 2024–18499 Filed 8–16–24; 8:45 am]

**BILLING CODE 3510–DR–P**

---

## DEPARTMENT OF COMMERCE

**International Trade Administration**

[A–122–857]

**Certain Softwood Lumber Products From Canada: Final Results of Antidumping Duty Administrative Review, Partial Rescission of Administrative Review, and Final Determination of No Shipments; 2022**

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The U.S. Department of Commerce (Commerce) determines that producers and/or exporters subject to this administrative review made sales of subject merchandise at less than normal value during the period of review (POR), January 1, 2022, through December 31, 2022.

**DATES:** Applicable August 19, 2024.

**FOR FURTHER INFORMATION CONTACT:** Jeff Pedersen and Maisha Cryor, Office IV, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–2769 and (202) 482–5831, respectively.

**SUPPLEMENTARY INFORMATION:**

### Background

Commerce published the *Preliminary Results* on February 6, 2024.[1] This review covers 243 producers/exporters of subject merchandise, including two mandatory respondents, Canfor and West Fraser.[2] The final weighted-

average dumping margins are listed below in the ''Final Results of Review'' section of this notice. Commerce conducted this administrative review in accordance with section 751(a) of the Tariff Act of 1930, as amended (the Act). For a detailed description of the events that occurred since the *Preliminary Results, see* the Issues and Decision Memorandum.[3]

### Scope of the Order

The product covered by this review is softwood lumber from Canada. For a full description of the scope, *see* the Issues and Decision Memorandum.

### Partial Rescission of Administrative Review

Pursuant to 19 CFR 351.213(d)(1), Commerce will rescind an administrative review, in whole or in part, if the party that requested a review withdraws its request within 90 days of the date of publication of the notice of initiation. The requests for an administrative review of the companies identified in Appendix III were timely withdrawn within 90 days of the publication of the initiation notice for this review.[4] As a result, Commerce is rescinding this review with respect to the companies in Appendix III in accordance with 19 CFR 351.213(d)(1).[5]

Additionally, pursuant to 19 CFR 351.213(d)(3), Commerce will rescind an administrative review when there are no entries of subject merchandise during the POR for which liquidation is suspended. Normally, upon completion of an administrative review, the suspended entries are liquidated at the antidumping duty assessment rate calculated for the review period.[6] Therefore, for an administrative review of a company to be conducted, there must be a suspended entry that Commerce can instruct and U.S. Customs and Border Protection (CBP) to liquidate at the antidumping duty assessment rate calculated for the POR.[7]

In the *Preliminary Results,* we notified parties of our intent to rescind this administrative review, in part, with respect to Smartlam LLC because there were no suspended entries of subject merchandise produced or exported by these companies during the POR and invited interested parties to comment. No parties commented on our intent to rescind the review, in part. In the absence of any suspended entries of subject merchandise from Smartlam LLC during the POR, or any comment on this issue, we are rescinding the administrative review for Smartlam LLC, in accordance with 19 CFR 351.213(d)(3).[8]

### Analysis of Comments Received

All issues raised in the case briefs filed in this administrative review are addressed in the Issues and Decision Memorandum. A list of the topics discussed in the Issues and Decision Memorandum is included in Appendix I of this notice. The Issues and Decision Memorandum is a public document and is available electronically via Enforcement and Compliance's Antidumping and Countervailing Duty Centralized Electronic Services System (ACCESS). ACCESS is available to registered users at *https://access.trade.gov.* In addition, a complete version of the Issues and Decision Memorandum is also accessible on the internet at *https://access.trade.gov/public/FRNoticesListLayout.aspx.*

### Changes Since the Preliminary Results

Based on our review of the record and comments received from interested parties, we rescinded this review with regard to 66 companies for which all review requests were withdrawn, and have rescinded the review of Smartlam LLC, as we stated was our intent in the *Preliminary Results.* In addition, we revised the names of certain

---

[1] *See Certain Softwood Lumber Products from Canada: Preliminary Results of Antidumping Duty Administrative Review,* 89 FR 8156 (February 6, 2024) (*Preliminary Results*), and accompanying Preliminary Decision Memorandum (PDM).

[2] As described in the *Preliminary Results* PDM, we have treated West Fraser Mills Ltd., Blue Ridge Lumber Inc., Manning Forest Products Ltd., and Sundre Forest Products Inc. (collectively, West

Fraser) and we have treated Canfor Corporation, Canadian Forest Products Ltd., and Canfor Wood Products Marketing Ltd., Canfor Fox Creek Ltd. and Canfor Whitecourt Ltd. (collectively, Canfor) as a single entities. *See Preliminary Results* PDM at 5–6.

[3] *See* Memorandum, ''Issues and Decision Memorandum for the Final Results of the 2022 Administrative Review of the Antidumping Duty Order on Certain Softwood Lumber Products from Canada,'' dated concurrently with, and hereby adopted by, this notice (Issues and Decision Memorandum).

[4] *See* Petitioner's Letter, ''Partial Withdrawal of Request for Administrative Review,'' dated May 17, 2023.

[5] Appendix III identifies all companies on which we have rescinded this review.

[6] *See* 19 CFR 351.212(b)(1).

[7] *See, e.g., Shanghai Sunbeauty Trading Co.* v. *United States,* 380 F. Supp. 3d 1343, 1335–36 (CIT

2019), at 12 (referring to section 751(a) of the Act, the U.S. Court of International Trade held that: ''While the statute does not explicitly require that an entry be suspended as a prerequisite for establishing entitlement to a review, it does explicitly state the determined rate will be used as the liquidation rate for the reviewed entries. This result can only obtain if the liquidation of entries has been suspended . . .''; *see also Certain Frozen Fish Fillets from the Socialist Republic of Vietnam: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2018–2019,* 86 FR 36102, and accompanying Issues and Decision Memorandum at Comment 4; and *Solid Fertilizer Grade Ammonium Nitrate from the Russian Federation: Notice of Rescission of Antidumping Duty Administrative Review,* 77 FR 65532 (October 29, 2012) (noting that ''for an administrative review to be conducted, there must be a reviewable, suspended entry to be liquidated at the newly calculated assessment rate'').

[8] Appendix III identifies all companies on which we have rescinded this review.

respondents as identified in the *Preliminary Results,* and made certain changes to the dumping margin calculations for Canfor and West Fraser. For a discussion of these changes, *see* the Issues and Decision Memorandum.

**Rate for Non-Selected Companies**

Generally, when calculating margins for non-selected respondents, Commerce looks to section 735(c)(5) of the Act for guidance, which provides instructions for calculating the all-others rate in an investigation. Section 735(c)(5)(A) of the Act provides that when calculating the all-others rate, Commerce will exclude any zero and *de minimis* weighted-average dumping margins, as well as any weighted-average dumping margins based on total facts available. Accordingly, Commerce's usual practice has been to average the margins for selected respondents, excluding margins that are zero, *de minimis,* or based entirely on facts available.

In this review, we calculated a weighted-average dumping margin of 10.44 percent for Canfor and 5.32 percent for West Fraser. In accordance with section 735(c)(5)(A) of the Act, Commerce assigned the weighted-average of these two calculated weighted-average dumping margins to the non-selected companies in these final results, based on their publicly ranged sales data.[9] Accordingly, we have applied a rate of 7.80 percent to the non-selected companies.[10] A list of all non-selected companies is included in Appendix II.

**Final Results of Review**

As a result of this administrative review, we are assigning the following weighted-average dumping margins to the manufacturers/exporters listed below for the POR, January 1, 2022, through December 31, 2022:

| Exporter/producer | Weighted-average dumping margin (percent) |
| --- | --- |
| Canfor Corporation/Canadian Forest Products Ltd./Canfor Wood Products Marketing Ltd./Canfor Fox Creek Ltd./Canfor Whitecourt Ltd. | 10.44 |
| West Fraser Mills Ltd./Blue Ridge Lumber Inc./Manning Forest Products Ltd./Sundre Forest Products Inc. | 5.32 |
| Non-Selected Companies[11] | 7.80 |

**Assessment Rates**

Pursuant to section 751(a)(2)(C) of the Act and 19 CFR 351.212(b)(1), Commerce shall determine, and U.S. Customs and Border Protection (CBP) shall assess, antidumping duties on all appropriate entries of subject merchandise in accordance with the final results of this review.

We intend to calculate importer- (or customer-) specific assessment rates on the basis of the ratio of the total amount of antidumping duties calculated for each importer's (or customer's) examined sales and the total entered value of the sales in accordance with 19 CFR 351.212(b)(1). Where an importer- (or customer-) specific rate is zero or *de minimis* within the meaning of 19 CFR 351.106(c)(1), we will instruct CBP to liquidate the appropriate entries without regard to antidumping duties.

Commerce's "reseller policy" will apply to entries of subject merchandise during the POR produced by companies included in these final results of review for which the reviewed companies did not know that the merchandise they sold to the intermediary (*e.g.,* a reseller, trading company, or exporter) was destined for the United States. In such instances, we will instruct CBP to liquidate unreviewed entries at the all-others rate if there is no rate for the intermediate company(ies) involved in the transaction.[12]

The final results of this administrative review shall be the basis for the assessment of antidumping duties on entries of merchandise under review and for future cash deposits of estimated duties, where applicable. Commerce intends to issue assessment instructions to CBP no earlier than 41 days after the date of publication of the final results of this review in the **Federal Register**, in accordance with 19 CFR 356.8(a).

**Cash Deposit Requirements**

The following cash deposit requirements will be effective for all shipments of subject merchandise entered, or withdrawn from warehouse, for consumption on or after the publication date of these final results, as provided by section 751(a)(2)(C) of the Act: (1) the cash deposit rate for the companies under review will be equal to the weighted-average dumping margin listed above in the "Final Results of Review" section; (2) for merchandise exported by producers or exporters not covered in this review but covered in a previously completed segment of this proceeding, the cash deposit rate will continue to be the company-specific rate published in the final results for the most recent period in which that producer or exporter participated; (3) if the exporter is not a firm covered in this review or in any previous segment of this proceeding, but the producer is, then the cash deposit rate will be that established for the producer of the merchandise in these final results of review or in the final results for the most recent period in which that producer participated; and (4) if neither the exporter nor the producer is a firm covered in this review or in any previously completed segment of this proceeding, then the cash deposit rate will be 6.04 percent *ad valorem,* the all-others rate established in the less than fair value investigation.[13] These cash deposit requirements, when imposed, shall remain in effect until further notice.

**Notification to Importers**

This notice serves as a final reminder to importers of their responsibility under 19 CFR 351.402(f)(2) to file a certificate regarding the reimbursement of antidumping and/or countervailing duties prior to liquidation of the relevant entries during this review period. Failure to comply with this requirement could result in Commerce's presumption that reimbursement of antidumping and/or countervailing duties occurred and the subsequent assessment of doubled antidumping duties, and/or an increase in the amount

---

[9] *See* Memorandum, "Calculation of the Rate for Non-Selected Respondents," dated concurrently with this notice. A list of the non-selected companies under review is included in Appendix II.

[10] *Id.*

[11] *See* Appendix II of this notice for a list of the non-selected respondent companies.

[12] For a full discussion of this practice, *see Antidumping and Countervailing Duty Proceedings: Assessment of Antidumping Duties,* 68 FR 23954 (May 6, 2003).

[13] *See Certain Softwood Lumber Products from Canada: Final Affirmative Determination of Sales at Less Than Fair Value and Affirmative Final Determination of Critical Circumstances,* 82 FR 51806 (November 8, 2017).

of antidumping duties by the amount of countervailing duties.

## Administrative Protective Order

This notice is the only reminder to parties subject to the administrative protective order (APO) of their responsibility concerning the return or destruction of proprietary information disclosed under the APO in accordance with 19 CFR 351.305(a)(3), which continues to govern business proprietary information in this segment of the proceeding. Timely written notification of the return or destruction of APO materials, or conversion to judicial protective order, is hereby requested. Failure to comply with the regulations and the terms of an APO is a violation subject to sanction.

## Notification to Interested Parties

We are issuing and publishing these final results and this notice in accordance with sections 751(a)(1) and 777(i)(1) of the Act, and 19 CFR 351.213(h).

Dated: August 12, 2024.

**Ryan Majerus,**

*Deputy Assistant Secretary for Policy and Negotiations, performing the non-exclusive functions and duties of the Assistant Secretary for Enforcement and Compliance.*

## Appendix I

**List of Topics Discussed in the Issues and Decision Memorandum**

I. Summary
II. Background
III. Scope of the Order
IV. Changes Since the *Preliminary Results*
V. Discussion of the Issues

Comment 1: Whether Commerce Used the Proper Market Price for Canfor's Wood Chip Sales

Comment 2: Whether Commerce Should Adjust the Reported Cost of Electricity at Canfor's Grand Prairie (PG) Sawmill

Comment 3: Whether Commerce Should Adjust the Reported Cost of Electricity at Canfor's Prince George Sawmill

Comment 4: Whether Commerce Properly Determined Canfor's General and Administrative (G&A) Expense Ratio

Comment 5: Whether Commerce Should Apply the Transactions Disregarded Provision to Canfor's Transactions With Affiliated Seed Suppliers

Comment 6: Whether Commerce Should Include Restructuring Costs Associated with the Mackenzie Mill

Comment 7: Whether Commerce Should Include Devaluation Losses in Canfor's G&A Calculation

Comment 8: Whether Commerce Should Deduct Countervailing Duties (CVD) from U.S. Price

Comment 9: Whether Commerce Should Rescind the Review of Companies for which all Review Requests Were Withdrawn

Comment 10: Whether Commerce Should Revise the Names of Certain Respondents

Comment 11: Whether Commerce Should Revise the Application of West Fraser's By-Product Offset

Comment 12: Whether Commerce Should Adjust West Fraser's Log Prices

Comment 13: Whether Commerce Should Adjust West Fraser's G&A Expenses for Inventory Valuation Loss

Comment 14: Whether Commerce Double Counted Billing Adjustments

Comment 15: Whether Commerce Correctly Applied Surrogate Costs

Comment 16: Whether Commerce's Application of the Differential Pricing Analysis Is Contrary to Law and in Violation of the Assumptions Articulated in *Stupp*

Comment 17: Whether West Fraser's Pricing Over the POR Was Inconsistent with the Targeted Dumping for Which Congress Authorized Commerce to Utilize the Average-to-Transaction (A–T) Method

Comment 18: Whether Commerce Improperly Applied the A–T Methodology with Zeroing

Comment 19: Whether Commerce Properly Applied its Differential Pricing Methodology to Address Targeted Dumping

Comment 20: Whether Commerce's Use of Simple Average Standard Deviations in the Cohen's *d* Denominator Disregards Comparative Sizes of Test and Control Groups

Comment 21: Whether Commerce's Methodology and Explanation for Calculating the Denominator of the *d* Coefficient Are Unreasonable

Comment 22: Whether Commerce Erred in Finding a Pattern of U.S. Prices That Differ Significantly Among Purchasers, Regions, or Periods of Time

Comment 23: Whether Commerce Failed to Consider Qualitative Factors in Determining Whether Prices Were Significant

VI. Recommendation

## Appendix II

**Non-Selected Exporters/Producers**

1. 0752615 B.C Ltd; Fraserview Remanufacturing Inc; Fraserview Cedar Products [14]
2. 10104704 Manitoba Ltd.; Woodstock Forest Products [15]
3. 1074712 BC Ltd.; Quadra Cedar
4. 5214875 Manitoba Ltd.
5. Absolute Lumber Products Ltd.
6. Adwood Manufacturing Ltd.
7. AJ Forest Products Ltd.
8. Aler Forest Products Ltd.
9. Alpa Lumber Mills Inc.
10. Andersen Pacific Forest Products Ltd.
11. Antrim Cedar Corporation
12. Aquila Cedar Products Ltd.
13. Arbec Lumber Inc.; Arbec Bois Doeuvre Inc.
14. Aspen Pacific Industries Inc.
15. Aspen Planers Ltd.
16. B&L Forest Products Ltd.
17. B.B. Pallets Inc.; Les Palettes B.B.Inc.
18. Babine Forest Products Limited
19. Bakerview Forest Products Inc.
20. Barrette-Chapais Ltee
21. BarretteWood Inc.
22. Benoît & Dionne Produits Forestiers Ltee; Benoît & Dionne Forest Products Ltd.
23. Blanchet Multi Concept Inc.
24. Blanchette & Blanchette Inc.
25. Bois Aise de Montreal Inc.
26. Bois Bonsaï Inc.
27. Bois Daaquam Inc.; Daaquam Lumber Inc.
28. Bois D'oeuvre Cedrico Inc.; Cedrico Lumber Inc.
29. Bois et Solutions Marketing SPEC, Inc.; SPEC Wood & Marketing Solution; SPEC Wood and Marketing Solutions Inc.
30. Bois Weedon Inc.
31. Boisaco Inc.
32. Boscus Canada Inc.
33. Boucher Bros. Lumber Ltd.
34. BPWood Ltd.
35. Bramwood Forest Inc.
36. Brink Forest Products Ltd.
37. Brunswick Valley Lumber Inc.
38. Burrows Lumber (CD) Ltd., Theo A. Burrows Lumber Company Limited
39. Busque & Laflamme Inc.
40. Canadian Bavarian Millwork & Lumber Ltd.
41. Canyon Lumber Company Ltd.
42. Carrier & Begin Inc.
43. Carrier Forest Products Ltd.
44. Carrier Lumber Ltd.
45. Carter Forest Products Inc.
46. Cedarland Forest Products Ltd.
47. Cedarline Industries Ltd.
48. Central Alberta Pallet Supply
49. Central Cedar Ltd.
50. Central Forest Products Inc.
51. Centurion Lumber Ltd.
52. Chaleur Forest Products Inc.
53. Chaleur Forest Products LP
54. Channel-ex Trading Corporation
55. Clair Industrial Development Corp. Ltd.
56. Clermond Hamel Ltee
57. CLG Enterprises Inc.
58. Columbia River Shake & Shingle Ltd.; Teal Cedar Products Ltd.; [16] The Teal Jones Group [17]
59. Commonwealth Plywood Co. Ltd.
60. Conifex Fibre Marketing Inc.
61. Coulson Manufacturing Ltd.

---

[14] "DBA" has been removed from the name 0752615 B.C Ltd; Fraserview Remanufacturing Inc; DBA Fraserview Cedar Products referred to in the *Preliminary Results*, at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

[15] "O/A" has been removed from the name 10104704 Manitoba Ltd O/A Woodstock Forest Product referred to in the *Preliminary Results*, at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

[16] "DBA" has been removed from the name Columbia River Shake & Shingle Ltd./Teal Cedar Products Ltd., DBA the Teal Jones Group referred to in the *Preliminary Results* at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

[17] Because we are now treating the three companies as one entity for customs purposes, we have removed from the Automated Commercial Environment (ACE) module case number individual company case numbers for Teal Cedar Products Ltd. (A–122–857–224) and The Teal Jones Group (A–122–857–227) and have instructed CBP to enter all entries for all three companies under the ACE module case number A–122–857–349.

62. Cowichan Lumber Ltd.
63. CS Manufacturing Inc.; Cedarshed [18]
64. CWP—Industriel Inc.
65. D & D Pallets Ltd.
66. Dakeryn Industries Ltd.
67. Decker Lake Forest Products Ltd.
68. Deep Cove Forest Products, Inc.
69. Delco Forest Products Ltd.
70. Delta Cedar Specialties Ltd.
71. Devon Lumber Co. Ltd.
72. Doubletree Forest Products Ltd.
73. Downie Timber Ltd.
74. Dunkley Lumber Ltd.
75. EACOM Timber Corporation
76. East Fraser Fiber Co. Ltd.
77. Edgewood Forest Products Inc.
78. ER Probyn Export Ltd.
79. Falcon Lumber Ltd.
80. Fontaine Inc.
81. Foothills Forest Products Inc.
82. Forest Products Mauricie LP; Societe en commandite Scierie Opitciwan; Resolute Growth Canada Inc.; Resolute FP Canada Inc.; Resolute-LP Engineered Wood Larouche Inc.; Resolute-LP Engineered Wood St-Prime Limited Partnership
83. Fort St. James Forest Products Limited Partnership
84. Fraser Specialty Products Ltd.
85. FraserWood Industries Ltd.
86. Furtado Forest Products Ltd.
87. Galloway Lumber Company Ltd.
88. Goldwood Industries Ltd.
89. Goodfellow Inc.
90. Gorman Bros. Lumber Ltd.
91. Greendale Industries Inc.
92. GreenFirst Forest Products (QC) Inc.
93. Greenwell Resources Inc.
94. Griff Building Supplies Ltd.
95. Groupe Crete Chertsey Inc.
96. Groupe Crete Division St-Faustin Inc.
97. Groupe Lebel Inc.
98. H.J. Crabbe & Sons Ltd.
99. Haida Forest Products Ltd.
100. Halo Sawmill, a division of Delta Cedar Specialties Ltd.; Halo Sawmill Manufacturing Limited Partnership
101. Hampton Tree Farms, LLC; Hampton Lumber Sales Canada [19]
102. Hornepayne Lumber LP
103. Hy Mark Wood Products Inc.
104. Independent Building Materials Distribution Inc.
105. Interfor Corporation; Interfor Sales & Marketing Ltd.[20]

106. Ivor Forest Products Ltd.
107. J&G Log Works Ltd.
108. J.D. Irving, Limited
109. J.H. Huscroft Ltd.
110. Jan Woodlands (2001) Inc.
111. Jasco Forest Products Ltd.
112. Jazz Forest Products Ltd.
113. Jhaji Lumber Corporation
114. Kalesnikoff Lumber Co. Ltd.
115. Kan Wood Ltd.
116. Kebois Ltee; Kebois Ltd.
117. Kelfor Industries Ltd.
118. Kermode Forest Products Ltd.
119. Keystone Timber Ltd.
120. La Crete Sawmills Ltd.
121. Lafontaine Lumber Inc.
122. Langevin Forest Products Inc.
123. Lecours Lumber Co. Limited
124. Leisure Lumber Ltd.
125. Les Bois d'oeuvre Beaudoin Gauthier Inc.
126. Les Bois Martek Lumber
127. Les Chantiers de Chibougamau Ltee; Les Chantiers de Chibougamau Ltd.
128. Les Industries P.F. Inc.
129. Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.
130. Leslie Forest Products Ltd.
131. Lignum Forest Products LLP
132. Linwood Homes Ltd.
133. Lonestar Lumber Inc.
134. Lulumco Inc.
135. Madera Forest Products INC
136. Magnum Forest Products Ltd.
137. Maibec Inc.
138. Manitou Forest Products Ltd.
139. Marcel Lauzon Inc.
140. Marwood Ltd.
141. Materiaux Blanchet Inc.
142. Mid Valley Lumber Specialties Ltd.
143. Midway Lumber Mills Ltd.
144. Mill & Timber Products Ltd.
145. Millar Western Forest Products Ltd.
146. Mirax Lumber Products Ltd.
147. Mobilier Rustique (Beauce) Inc.
148. Monterra Lumber Mills Limited
149. Morwood Forest Products Inc.
150. Multicedre Ltee
151. Murray Brothers Lumber Company Ltd.
152. Nakina Lumber Inc.
153. National Forest Products Ltd.
154. Nicholson and Cates Ltd.
155. Norsask Forest Products Inc.
156. Norsask Forest Products Limited Partnership
157. North American Forest Products Ltd. (located in Abbotsford, British Columbia)
158. North American Forest Products Ltd. (located in Saint-Quentin, New Brunswick)
159. North Enderby Timber Ltd.
160. Northland Forest Products Ltd.
161. Oakwood Manufacturing A Division of Weston Forest Products Inc.
162. Olympic Industries Inc.
163. Olympic Industries ULC
164. Oregon Canadian Forest Products; Oregon Canadian Forest Products Inc.
165. Pacific NorthWest Lumber Ltd.
166. Pacific Western Wood Works Ltd.
167. PalletSource Inc.
168. Parallel Wood Products Ltd.
169. Partap Forest Products Ltd.
170. Partap Industries

171. Peak Industries (Cranbrook) Ltd.
172. Phoenix Forest Products Inc.
173. Pine Ideas Ltd.
174. Pioneer Pallet & Lumber Ltd.
175. Porcupine Wood Products Ltd.
176. Portbec Forest Products Ltd.; Les Produits Forestiers Portbec Ltee
177. Power Wood Corp.
178. Precision Cedar Products Corp.
179. Produits Forestiers Petit Paris Inc.
180. Produits Matra Inc.
181. Promobois G.D.S. Inc.
182. R.A. Green Lumber Ltd.
183. Rembos Inc.
184. Rene Bernard Inc.
185. Rielly Industrial Lumber Inc.
186. River City Remanufacturing Inc.
187. S&R Sawmills Ltd.
188. San Group
189. San Industries Ltd.
190. Sawarne Lumber Co. Ltd.
191. Scierie Alexandre Lemay & Fils Inc.
192. Scierie St-Michel Inc.
193. Scierie West Brome Inc.
194. Scott Lumber Sales; Scott Lumber Sales Ltd.
195. Sechoirs de Beauce Inc.
196. Shakertown Corp.
197. Sigurdson Forest Products Ltd.
198. Silvaris Corporation
199. Sinclar Group Forest Products Ltd.
200. Skana Forest Products Ltd.
201. Skeena Sawmills Ltd.
202. Smart Wood Forest Products Ltd.
203. South Beach Trading Inc.
204. Specialiste du Bardeau de Cedre Inc.; Specialiste du Bardeau de Cedre Inc. (SBC)
205. Spruceland Millworks Inc.
206. Suncoast Industries Inc.
207. Sundher Timber Products Inc.
208. Surrey Cedar Ltd.
209. T.G. Wood Products Ltd.[21]
210. Taan Forest Limited Partnership; Taan Forest Products [22]
211. Taiga Building Products Ltd.
212. Tall Tree Lumber Company
213. Tenryu Canada Corporation
214. Terminal Forest Products Ltd.
215. The Wood Source Inc.
216. Tolko Industries Ltd.; Tolko Marketing and Sales Ltd.; Gilbert Smith Forest Products Ltd.
217. Top Quality Lumber Ltd.
218. Trans-Pacific Trading Ltd.

---

[18] "dba" has been removed from the name CS Manufacturing Inc. (dba Cedarshed) referred to in the *Preliminary Results* at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

[19] "dba" has been removed from the name Hampton Tree Farms, LLC (dba Hampton Lumber Sales Canada) referred to in the *Preliminary Results* at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

[20] In *Softwood Lumber from Canada AR4*, we determined that it was appropriate to treat Interfor Corporation and Interfor Sales & Marketing Ltd. as one entity. *See Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021,* 88 FR 50106 (August 1, 2023) (*Softwood Lumber from Canada AR4*), at Appendix II. Thus, we have removed from the ACE module case number for Interfor Sales & Marketing Ltd. (A–122–857–299) and have instructed CBP to enter all entries for Interfor Corporation and Interfor Sales & Marketing Ltd. under the ACE module case

for Interfor Corporation and Interfor Sales & Marketing Ltd. (A–122–857–118)

[21] The ACE module contains separate case numbers for T.G. Wood Products Ltd. (A–122–857–220) and TG Wood Products (A–122–857–360), which was caused by data entry errors and we have never treated T.G. Wood Products and TG Wood Products as separate companies; rather we named T.G. Wood Products Ltd. as the sole respondent in the first and second administrative reviews of this proceeding and TG Wood Products. *See Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review; 2017–2018,* 85 FR 76519 (November 30, 2020); *Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review; 2019,* 86 FR 68471 (December 2, 2021); and *Softwood Lumber from Canada AR4.* We have removed TG Wood Products (A–122–857–360) from the module and instructed CBP to enter all entries under the case number A–122–857–220.

[22] "aka" has been removed from the name Taan Forest Limited Partnership (aka Taan Forest Products) referred to in at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

219. Triad Forest Products Ltd.
220. Twin Rivers Paper Co. Inc.
221. Tyee Timber Products Ltd.
222. Universal Lumber Sales Ltd.
223. Usine Sartigan Inc.
224. Vaagen Fibre Canada ULC
225. Vancouver Specialty Cedar Products Ltd.
226. Vanderhoof Specialty Wood Products Ltd.
227. Vanderwell Contractors (1971) Ltd.
228. Visscher Lumber Inc.
229. W.I. Woodtone Industries Inc.
230. Waldun Forest Product Sales Ltd.
231. West Bay Forest Products Ltd.
232. West Coast Panel Cutters
233. Western Forest Products Inc.
234. Western Lumber Sales Limited
235. Westminster Industries Ltd.
236. Weston Forest Products Inc.
237. Westrend Exteriors Inc
238. Weyerhaeuser Co.
239. White River Forest Products L.P.
240. Woodline Forest Products Ltd.
241. Woodtone Specialties Inc.

## Appendix III

### List of Companies Rescinded From the Review

1. 54 Reman
2. 9224–5737 Quebec Inc.; A.G. Bois [23]
3. AA Trading Ltd.
4. All American Forest Products Inc.
5. Anglo American Cedar Products Ltd.; Anglo-American Cedar Products Ltd.
6. Bardobec Inc.
7. Best Quality Cedar Products Ltd.
8. Campbell River Shake & Shingle Co. Ltd.
9. Canada Pallet Corp.
10. Canasia Forest Industries Ltd.
11. Careau Bois inc.
12. CarlWood Lumber Ltd.[24]
13. Cedar Island Forest Products Ltd.
14. Cedar Valley Holdings Ltd.
15. Cedarcoast Lumber Products
16. CHAP Alliance, Inc.
17. CNH Products Inc.
18. Coast Clear Wood Ltd.
19. Coast Mountain Cedar Products Ltd.
20. Comox Valley Shakes Ltd. (2019); Comox Valley Shakes (2019) Ltd.[25]
21. CWP—Montreal Inc.
22. DH Manufacturing Inc.
23. Direct Cedar Supplies Ltd.
24. Distribution Rioux Inc.
25. Elrod Cartage Ltd.
26. Glandell Enterprises Inc.
27. Goldband Shake & Shingle Ltd.
28. GreenFirst Forest Products Inc.
29. Groupe Lignarex Inc.
30. Hudson Mitchell & Sons Lumber Inc.
31. Imperial Cedar Products Ltd.

32. Intertran Holdings Ltd.; Richmond Terminal [26]
33. Island Cedar Products Ltd.
34. Les Bardeaux Lajoie Inc.
35. Les Bois Traites M.G. Inc.
36. Les Produits Forestiers Sitka Inc.; Sitka Forest Products Inc.[27]
37. Lumber Assets Holding LP
38. Mainland Sawmill, a division of Terminal Forest Products
39. Metrie Canada Ltd.
40. Modern Terminal Ltd.
41. Nagaard Sawmill Ltd.
42. Nickel Lake Lumber
43. NSC Lumber Ltd.
44. Pacific Coast Cedar Products Ltd.
45. Pacific Lumber Remanufacturing Inc.
46. Pacific Pallet Ltd.
47. Pat Power Forest Products Corporation
48. Rick Dubois
49. S&W Forest Products Ltd.
50. Sapphire Lumber Company
51. Smartlam LLC
52. Sonora Logging Ltd.
53. Source Forest Products
54. South Coast Reman Ltd.; Southcoast Millwork Ltd.
55. South Fraser Container Terminals
56. Star Lumber Canada Ltd.
57. Suncoh Custom Lumber Ltd.
58. Surplus G Rioux
59. Swiftwood Forest Products Ltd.
60. T&P Trucking Ltd.
61. Temrex Forest Products LP; Produits Forestiers Temrex SEC.
62. Valley Cedar 2 Inc.
63. Watkins Sawmills Ltd.
64. Western Timber Products, Inc.
65. Winton Homes Ltd.
66. Woodstock Forest Products
67. WWW Timber Products Ltd.

[FR Doc. 2024–18443 Filed 8–16–24; 8:45 am]

**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

### International Trade Administration

**[A–570–979]**

### Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results and Final Partial Rescission of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2021–2022; Correction

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**ACTION:** Notice; correction.

**SUMMARY:** The U.S. Department of Commerce (Commerce) published in the **Federal Register** of July 5, 2024, notice of the final results of the 2021–2022 administrative review of the antidumping duty (AD) order on crystalline silicon photovoltaic cells, whether or not assembled into modules (solar cells), from the People's Republic of China (China). In that notice, Commerce incorrectly identified the companies which it found were not entitled to a separate rate.

**FOR FURTHER INFORMATION CONTACT:** Dakota Potts or Paola Aleman Ordaz, AD/CVD Operations, Office IV, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–0223 and (202) 482–4031, respectively.

**SUPPLEMENTARY INFORMATION:**

### Background

On July 5, 2024, Commerce published in the **Federal Register** notice of the final results of the 2021–2022 administrative review of the AD order on solar cells from China.[1] In that notice, Commerce incorrectly identified the companies which it found were not entitled to a separate rate. Commerce preliminarily found that only four companies did not qualify for a separate rate.[2] Commerce did not change that determination in the final results of the review. Yet, in the final results of review **Federal Register** notice, Commerce inadvertently stated that: {i}n the *Preliminary Results,* Commerce found that 35 companies for which a review was initiated did not establish their eligibility for a separate rate. No parties contested this finding (*see* discussion regarding the Yingli single entity below). As such, we continue to determine these 35 companies identified in Appendix III are part of the China-wide entity.[3]

In the *Preliminary Results,* Commerce did not determine that the 31 companies that it incorrectly added to Appendix III

---

[23] "aka" has been removed from the name 224–5737 Quebec Inc. (aka A.G. Bois) referred to in the Preliminary Results, at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

[24] CarlWood Lumber Ltd. is referred to in the ACE module as Carl Wood Lumber Ltd.

[25] "AKA" has been removed from the name Comox Valley Shakes Ltd. (2019); AKA Comox Valley Shakes (2019) Ltd. referred to in the *Preliminary Results,* at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

[26] "dba" has been removed from the name Intertran Holdings Ltd. (dba Richmond Terminal) referred to in the *Preliminary Results* at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

[27] "aka" has been removed from the name Les Produits Forestiers Sitka Inc. (aka Sitka Forest Products Inc.) referred to in the *Preliminary Results,* at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

[1] *See Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China: Final Results and Final Partial Rescission of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2021–2022,* 89 FR 55562 (July 5, 2024) (*Final Results*).

[2] *See Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China: Preliminary Results of Antidumping Duty Administrative Review, Partial Rescission of Antidumping Administrative Review, and Preliminary Determination of No Shipments; 2021–2022,* 89 FR 457, 458–59 (January 4, 2024) (*Preliminary Results*), and accompanying Preliminary Decision Memorandum.

[3] *See Final Results,* 89 FR at 55563.

# EXHIBIT 12

service of documents in 19 CFR 351.303(f).[14]

Pursuant to 19 CFR 351.310(c), interested parties who wish to request a hearing must submit a written request to the Assistant Secretary for Enforcement and Compliance, U.S. Department of Commerce, filed electronically via ACCESS. Requests should contain: (1) the party's name, address, and telephone number; (2) the number of participants and whether any participant is a foreign national; and (3) a list of the issues to be discussed. Issues raised in the hearing will be limited to those raised in the respective case briefs. An electronically filed hearing request must be received successfully in its entirety via ACCESS by 5 p.m. Eastern Time within 30 days after the date of publication of this notice.

## Final Determination

Section 735(a)(1) of the Act and 19 CFR 351.210(b)(1) provide that Commerce will issue the final determination within 75 days after the date of its preliminary determination. Accordingly, Commerce will make its final determination no later than 75 days after the signature date of this preliminary determination.

## U.S. International Trade Commission Notification

In accordance with section 733(f) of the Act, Commerce will notify the U.S. International Trade Commission (ITC) of its preliminary determination. If the final determination is affirmative, the ITC will determine before the later of 120 days after the date of this preliminary determination or 45 days after the final determination whether these imports of melamine from Qatar are materially injuring, or threaten material injury to, the U.S. industry.

## Notification to Interested Parties

This preliminary determination is issued and published in accordance with sections 733(f) and 777(i)(1) of the Act and 19 CFR 351.205(c).

Dated: September 18, 2024.

**Ryan Majerus,**
*Deputy Assistant Secretary for Policy and Negotiations, performing the non-exclusive functions and duties of the Assistant Secretary for Enforcement and Compliance.*

## Appendix I

### Scope of the Investigation

The merchandise subject to this investigation is melamine (Chemical Abstracts Service (CAS) registry number 108–78–01, molecular formula $C_3 H_6 N_6$). Melamine is also known as 2,4,6-triamino-s-triazine; 1,3,5-Triazine-2,4,6-triamine; Cyanurotriamide; Cyanurotriamine; Cyanuramide; and by various brand names. Melamine is a crystalline powder or granule. All melamine is covered by the scope of this investigation irrespective of purity, particle size, or physical form. Melamine that has been blended with other products is included within this scope when such blends include constituent parts that have been intermingled, but that have not been chemically reacted with each other to produce a different product. For such blends, only the melamine component of the mixture is covered by the scope of this investigation. Melamine that is otherwise subject to this investigation is not excluded when commingled with melamine from sources not subject to this investigation. Only the subject component of such commingled products is covered by the scope of this investigation.

The subject merchandise is provided for in subheading 2933.61.0000 of the Harmonized Tariff Schedule of the United States (HTSUS). Although the HTSUS subheading and CAS registry number are provided for convenience and customs purposes, the written description of the scope is dispositive.

## Appendix II

### List of Topics Discussed in the Preliminary Decision Memorandum

I. Summary
II. Background
III. Period of Investigation
IV. Affiliation and Single Entity Treatment
V. Discussion of the Methodology
VI. Particular Market Situation
VII. Currency Conversion
VIII. Recommendation

[FR Doc. 2024–21828 Filed 9–23–24; 8:45 am]

**BILLING CODE 3510–DS–P**

---

# DEPARTMENT OF COMMERCE

## International Trade Administration

[A–122–857]

## Certain Softwood Lumber Products From Canada: Amended Final Results of Antidumping Duty Administrative Review in Part; 2022

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The U.S. Department of Commerce (Commerce) is amending the final results of the administrative review of the antidumping duty (AD) order on certain softwood lumber products (softwood lumber) from Canada to correct certain ministerial errors. The period of review (POR) is January 1, 2022, through December 31, 2022.

**DATES:** Applicable September 24, 2024.

**FOR FURTHER INFORMATION CONTACT:**
Maisha Cryor, AD/CVD Operations, Office IV, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–5831.

**SUPPLEMENTARY INFORMATION:**

## Background

On August 19, 2024, Commerce published, in the **Federal Register**, the final results of the administrative review of the AD order on softwood lumber from Canada for the POR.[1] On August 21, 2024, we received a timely submitted ministerial error allegation from West Fraser Mills, Ltd. (West Fraser), a mandatory respondent in this administrative review.[2] We are amending the *Final Results* to correct the ministerial error alleged by West Fraser.[3]

## Legal Framework

Section 751(h) of the Tariff Act of 1930, as amended (the Act), defines a "ministerial error" as including "errors in addition, subtraction, or other arithmetic function, clerical errors resulting from inaccurate copying, duplication, or the like, and any other unintentional error which the administering authority considers ministerial."[4] With respect to final results of administrative reviews, 19 CFR 351.224(e) provides that Commerce "will analyze any comments received and, if appropriate, correct any . . . ministerial error by amending the final results of review . . . ."

## Ministerial Errors

In the *Final Results,* we made certain revisions to our preliminary results calculations for West Fraser, including setting the stage of the proceeding in the comparison market program to final.[5] In its ministerial error comments, West Fraser alleged that Commerce failed to make the same adjustment in the corresponding margin calculation

---

[14] *See Administrative Protective Order, Service, and Other Procedures in Antidumping and Countervailing Duty Proceedings; Final Rule,* 88 FR 67069 (September 29, 2023).

[1] *See Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review, Partial Rescission of Administrative Review and Final Determination of No Shipments; 2022,* 89 FR 67067 (August 19, 2024) (*Final Results*), and accompanying Issues and Decision Memorandum (IDM).

[2] *See* West Fraser's Letter, "Request for Correction of Ministerial Errors in the Antidumping Duty Administrative Review Calculations," dated August 21, 2024, at Attachment I (West Fraser Ministerial Error Allegation).

[3] *See* Memorandum, "Antidumping Duty Administrative Review of Certain Softwood Lumber Products from Canada: Analysis of Ministerial Error Allegations," dated concurrently with this notice (Ministerial Error Memorandum).

[4] *See* 19 CFR 351.224(f).

[5] *See* Memorandum, "Analysis for the Final Results of the Fifth Antidumping Duty Administrative Review—West Fraser Mills Ltd.," dated August 12, 2024, at Attachment I.

program, *i.e.,* setting the stage of the review segment in the margin program to ''final.''[6] West Fraser alleged that by failing to set the stage of the review segment to final (instead of preliminary) in the margin calculation program, Commerce inadvertently accessed certain databases from the preliminary results margin program.[7] West Fraser also alleged that the preliminary results margin program databases at issue did not incorporate the calculation changes that Commerce made for the *Final Results.*[8]

We agree with West Fraser that we made a ministerial error in the *Final Results,* pursuant to section 751(h) of the Act and 19 CFR 351.224(f), and have amended our calculations to correct the stage of the review segment section of the margin program.[9] As a result, we also revised our calculation of the dumping margin for the non-selected companies.[10]

Pursuant to 19 CFR 351.224(e), we are amending the *Final Results* to correct this ministerial error in the calculation of the weighted-average dumping margin for West Fraser, which changes from 5.32 percent to 5.04 percent.[11] Furthermore, we are also amending the rate for the companies not selected for individual examination in this review based on the weighted-average dumping margins calculated for the mandatory respondents,[12] which changes from 7.80 percent to 7.66 percent.[13] For a complete discussion of the ministerial error allegation, as well as Commerce's analysis, *see* the accompanying Ministerial Error Memorandum.[14] The Ministerial Error Memorandum is a public document and is on file electronically via Enforcement and Compliance's Antidumping and Countervailing Duty Centralized Electronic Service System (ACCESS).

ACCESS is available to registered users at *https://access.trade.gov.*

**Amended Final Results of Review**

As a result of correcting the ministerial errors described above, we determine the following estimated weighted-average dumping margins for the period January 1, 2022, through December 31, 2022:

| Exporter or producer | Weighted-average dumping margin (percent) |
| --- | --- |
| West Fraser Mills, Ltd ................. | 5.04 |
| Companies Not Selected for Individual Review[15] ....................... | 7.66 |

**Disclosure**

We intend to disclose the calculations performed in connection with these amended final results of review to parties in this review within five days of the date of publication of this notice in the **Federal Register**, in accordance with 19 CFR 351.224(b).

**Assessment Rates**

Pursuant to section 751(a)(2)(C) of the Act, and 19 CFR 351.212(b)(1), Commerce has determined, and U.S. Customs and Border Protection (CBP) shall assess, antidumping duties on all appropriate entries of subject merchandise in accordance with the amended final results of this review.

We intend to calculate importer- (or customer-) specific assessment rates on the basis of the ratio of the total amount of antidumping duties calculated for each importer's (or customer's) examined sales and the total entered value of the sales in accordance with 19 CFR 351.212(b)(1). Where an importer- (or customer-) specific rate is zero or *de minimis* within the meaning of 19 CFR 351.106(c)(1), we will instruct CBP to liquidate the appropriate entries without regard to antidumping duties.

For the companies not selected for individual review, we used an assessment rate based on the weighted average dumping margins of the mandatory respondents, based on their publicly ranged sales data.[16] The amended final results of this review shall be the basis for the assessment of antidumping duties on entries of merchandise covered by the amended final results of this review and for the future deposits of estimated duties where applicable.[17]

Commerce's ''reseller policy'' will apply to entries of subject merchandise during the POR produced by companies included in these final results of review for which the reviewed companies did not know that the merchandise they sold to the intermediary (*e.g.,* a reseller, trading company, or exporter) was destined for the United States. In such instances, we will instruct CBP to liquidate unreviewed entries at the all-others rate if there is no rate for the intermediate company(ies) involved in the transaction.[18]

Commerce intends to issue assessment instructions to CBP no earlier than 41 days after the date of publication of the amended final results of this review in the **Federal Register** in accordance with 19 CFR 356.8(a). If a timely summons is filed at the U.S. Court of International Trade, the assessment instructions will direct CBP not to liquidate relevant entries until the time for parties to file a request for a statutory injunction has expired (*i.e.,* within 90 days of publication).

**Cash Deposit Requirements**

The following amended cash deposit requirements will be effective for all shipments of the subject merchandise entered, or withdrawn from warehouse, for consumption on or after August 19, 2024, the publication date of the *Final Results,* as provided by section 751(a)(2)(C) of the Act: (1) the amended cash deposit rate for the companies listed above will be equal to the weighted-average dumping margin established in these amended final results of review; (2) for merchandise exported by producers or exporters not covered in this review but covered in a prior completed segment of the proceeding, the cash deposit rate will continue to be the company-specific rate published in the completed segment for the most recent period; (3) if the exporter is not a firm covered in this review, a prior review, or the original investigation but the producer has been covered in a prior completed segment of this proceeding, then the cash deposit rate will be the rate established in the completed segment for the most recent period for the producer of the merchandise; and (4) the cash deposit rate for all other manufacturers or exporters will continue to be 6.04 percent *ad valorem,* the all-others rate established in the less-than-fair-value

---

[6] *See* West Fraser Ministerial Error Allegation.

[7] *Id.*

[8] *Id.*

[9] *See* Ministerial Error Memorandum; *see also* Memorandum, ''West Fraser Amended Final Calculation Memorandum,'' dated concurrently with this notice (WF Amended Final Calculation Memorandum).

[10] *See* Memorandum, ''Calculation of the Rate for Non-Selected Respondents,'' dated concurrently with this notice (Non-Selected Rate Analysis Memorandum). A list of the non-selected companies under review is included here as an appendix.

[11] *See* Ministerial Error Memorandum; *see also* WF Amended Final Calculation Memorandum.

[12] The margin for the other mandatory respondent, Canfor Corporation, remains unchanged from the *Final Results* and continues to be 10.44 percent.

[13] *See* Non-Selected Rate Analysis Memorandum.

[14] *See* Ministerial Error Memorandum; *see also* WF Amended Final Calculation Memorandum.

[15] *See* Appendix.

[16] *See* Non-Selected Rate Analysis Memorandum.

[17] *See* section 751(a)(2)(C) of the Act.

[18] For a full discussion of this practice, *see* *Antidumping and Countervailing Duty Proceedings: Assessment of Antidumping Duties,* 68 FR 23954 (May 6, 2003).

investigation.[19] These cash deposit requirements, when imposed, shall remain in effect until further notice.

**Notification to Importers**

This notice also serves as a final reminder to importers of their responsibility under 19 CFR 351.402(f)(2) to file a certificate regarding the reimbursement of antidumping and/or countervailing duties prior to liquidation of the relevant entries during this review period. Failure to comply with this requirement could result in Commerce's presumption that reimbursement of antidumping and/or countervailing duties occurred and the subsequent assessment of double antidumping duties, and/or an increase in the amount of antidumping duties by the amount of the countervailing duties.

**Notice Regarding Administrative Protective Order**

This notice serves as the only reminder to parties subject to administrative protective order (APO) of their responsibility concerning the disposition of proprietary information disclosed under APO in accordance with 19 CFR 351.305(a)(3), which continues to govern business proprietary information in this segment of the proceeding. Timely written notification of return/destruction of APO materials or conversion to judicial protective order is hereby requested. Failure to comply with the regulations and the terms of an APO is a sanctionable violation.

**Notification to Interested Parties**

We are issuing and publishing these amended final results of review in accordance with sections 751(h) and 777(i) of the Act and 19 CFR 351.224(e).

Dated: September 18, 2024.

**Ryan Majerus,**

*Deputy Assistant Secretary for Policy and Negotiations performing the non-exclusive functions and duties of the Assistant Secretary for Enforcement and Compliance.*

**Appendix**

**Non-Selected Exporters/Producers**

1. 0752615 B.C Ltd; Fraserview Remanufacturing Inc; Fraserview Cedar Products [20]

2. 10104704 Manitoba Ltd.; Woodstock Forest Products [21]
3. 1074712 BC Ltd.; Quadra Cedar
4. 5214875 Manitoba Ltd.
5. Absolute Lumber Products Ltd.
6. Adwood Manufacturing Ltd.
7. AJ Forest Products Ltd.
8. Aler Forest Products Ltd.
9. Alpa Lumber Mills Inc.
10. Andersen Pacific Forest Products Ltd.
11. Antrim Cedar Corporation
12. Aquila Cedar Products Ltd.
13. Arbec Lumber Inc.; Arbec Bois Doeuvre Inc.
14. Aspen Pacific Industries Inc.
15. Aspen Planers Ltd.
16. B&L Forest Products Ltd.
17. B.B. Pallets Inc.; Les Palettes B.B.Inc.
18. Babine Forest Products Limited
19. Bakerview Forest Products Inc.
20. Barrette-Chapais Ltee
21. BarretteWood Inc.
22. Benoît & Dionne Produits Forestiers Ltee; Benoît & Dionne Forest Products Ltd.
23. Blanchet Multi Concept Inc.
24. Blanchette & Blanchette Inc.
25. Bois Aise de Montreal Inc.
26. Bois Bonsaï Inc.
27. Bois Daaquam Inc.; Daaquam Lumber Inc.
28. Bois D'oeuvre Cedrico Inc.; Cedrico Lumber Inc.
29. Bois et Solutions Marketing SPEC, Inc.; SPEC Wood & Marketing Solution; SPEC Wood and Marketing Solutions Inc.
30. Bois Weedon Inc.
31. Boisaco Inc.
32. Boscus Canada Inc.
33. Boucher Bros. Lumber Ltd.
34. BPWood Ltd.
35. Bramwood Forest Inc.
36. Brink Forest Products Ltd.
37. Brunswick Valley Lumber Inc.
38. Burrows Lumber (CD) Ltd., Theo A. Burrows Lumber Company Limited
39. Busque & Laflamme Inc.
40. Canadian Bavarian Millwork & Lumber Ltd.
41. Canyon Lumber Company Ltd.
42. Carrier & Begin Inc.
43. Carrier Forest Products Ltd.
44. Carrier Lumber Ltd.
45. Carter Forest Products Inc.
46. Cedarland Forest Products Ltd.
47. Cedarline Industries Ltd.
48. Central Alberta Pallet Supply
49. Central Cedar Ltd.
50. Central Forest Products Inc.
51. Centurion Lumber Ltd.
52. Chaleur Forest Products Inc.
53. Chaleur Forest Products LP
54. Channel-ex Trading Corporation
55. Clair Industrial Development Corp. Ltd.
56. Clermond Hamel Ltee
57. CLG Enterprises Inc.

58. Columbia River Shake & Shingle Ltd.; Teal Cedar Products Ltd.; [22] The Teal Jones Group [23]
59. Commonwealth Plywood Co. Ltd.
60. Conifex Fibre Marketing Inc.
61. Coulson Manufacturing Ltd.
62. Cowichan Lumber Ltd.
63. CS Manufacturing Inc.; Cedarshed [24]
64. CWP—Industriel Inc.
65. D & D Pallets Ltd.
66. Dakeryn Industries Ltd.
67. Decker Lake Forest Products Ltd.
68. Deep Cove Forest Products, Inc.
69. Delco Forest Products Ltd.
70. Delta Cedar Specialties Ltd.
71. Devon Lumber Co. Ltd.
72. Doubletree Forest Products Ltd.
73. Downie Timber Ltd.
74. Dunkley Lumber Ltd.
75. EACOM Timber Corporation
76. East Fraser Fiber Co. Ltd.
77. Edgewood Forest Products Inc.
78. ER Probyn Export Ltd.
79. Falcon Lumber Ltd.
80. Fontaine Inc.
81. Foothills Forest Products Inc.
82. Forest Products Mauricie LP; Societe en commandite Scierie Opitciwan; Resolute Growth Canada Inc.; Resolute FP Canada Inc.; Resolute-LP Engineered Wood Larouche Inc.; Resolute-LP Engineered Wood St-Prime Limited Partnership
83. Fort St. James Forest Products Limited Partnership
84. Fraser Specialty Products Ltd.
85. FraserWood Industries Ltd.
86. Furtado Forest Products Ltd.
87. Galloway Lumber Company Ltd.
88. Goldwood Industries Ltd.
89. Goodfellow Inc.
90. Gorman Bros. Lumber Ltd.
91. Greendale Industries Inc.
92. GreenFirst Forest Products (QC) Inc.
93. Greenwell Resources Inc.
94. Griff Building Supplies Ltd.
95. Groupe Crete Chertsey Inc.
96. Groupe Crete Division St-Faustin Inc.
97. Groupe Lebel Inc.
98. H.J. Crabbe & Sons Ltd.
99. Haida Forest Products Ltd.
100. Halo Sawmill, a division of Delta Cedar Specialties Ltd.; Halo Sawmill Manufacturing Limited Partnership
101. Hampton Tree Farms, LLC; Hampton Lumber Sales Canada [25]

---

[19] *See Certain Softwood Lumber Products from Canada: Final Affirmative Determination of Sales at Less Than Fair Value and Affirmative Final Determination of Critical Circumstances,* 82 FR 51806 (November 8, 2017).

[20] ''DBA'' has been removed from the name 0752615 B.C Ltd; Fraserview Remanufacturing Inc; DBA Fraserview Cedar Products referred to in the *Preliminary Results,* at the request of CBP. *See Final Results* IDM at Comment 10.

[21] ''O/A'' has been removed from the name 10104704 Manitoba Ltd O/A Woodstock Forest Product referred to in the *Preliminary Results,* at the request of CBP. *See Final Results* IDM at Comment 10.

[22] ''DBA'' has been removed from the name Columbia River Shake & Shingle Ltd./Teal Cedar Products Ltd., DBA the Teal Jones Group referred to in the *Preliminary Results* at the request of CBP. *See Final Results* IDM at Comment 10.

[23] Because we are now treating the three companies as one entity for customs purposes, we have removed from the Automated Commercial Environment (ACE) module case number individual company case numbers for Teal Cedar Products Ltd. (A–122–857–224) and The Teal Jones Group (A–122–857–227) and have instructed CBP to enter all entries for all three companies under the ACE module case number A–122–857–349.

[24] ''dba'' has been removed from the name CS Manufacturing Inc. (dba Cedarshed) referred to in the *Preliminary Results* at the request of CBP. *See Final Results* IDM at Comment 10.

[25] ''dba'' has been removed from the name Hampton Tree Farms, LLC (dba Hampton Lumber Sales Canada) referred to in the *Preliminary Results* at the request of CBP. *See Final Results* IDM at Comment 10.

102. Hornepayne Lumber LP
103. Hy Mark Wood Products Inc.
104. Independent Building Materials Distribution Inc.
105. Interfor Corporation; Interfor Sales & Marketing Ltd.[26]
106. Ivor Forest Products Ltd.
107. J&G Log Works Ltd.
108. J.D. Irving, Limited
109. J.H. Huscroft Ltd.
110. Jan Woodlands (2001) Inc.
111. Jasco Forest Products Ltd.
112. Jazz Forest Products Ltd.
113. Jhajj Lumber Corporation
114. Kalesnikoff Lumber Co. Ltd.
115. Kan Wood Ltd.
116. Kebois Ltee; Kebois Ltd.
117. Kelfor Industries Ltd.
118. Kermode Forest Products Ltd.
119. Keystone Timber Ltd.
120. La Crete Sawmills Ltd.
121. Lafontaine Lumber Inc.
122. Langevin Forest Products Inc.
123. Lecours Lumber Co. Limited
124. Leisure Lumber Ltd.
125. Les Bois d'oeuvre Beaudoin Gauthier Inc.
126. Les Bois Martek Lumber
127. Les Chantiers de Chibougamau Ltee; Les Chantiers de Chibougamau Ltd.
128. Les Industries P.F. Inc.
129. Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.
130. Leslie Forest Products Ltd.
131. Lignum Forest Products LLP
132. Linwood Homes Ltd.
133. Lonestar Lumber lnc.
134. Lulumco Inc.
135. Madera Forest Products INC
136. Magnum Forest Products Ltd.
137. Maibec Inc.
138. Manitou Forest Products Ltd.
139. Marcel Lauzon Inc.
140. Marwood Ltd.
141. Materiaux Blanchet Inc.
142. Mid Valley Lumber Specialties Ltd.
143. Midway Lumber Mills Ltd.
144. Mill & Timber Products Ltd.
145. Millar Western Forest Products Ltd.
146. Mirax Lumber Products Ltd.
147. Mobilier Rustique (Beauce) Inc.
148. Monterra Lumber Mills Limited
149. Morwood Forest Products Inc.
150. Multicedre Ltee
151. Murray Brothers Lumber Company Ltd.
152. Nakina Lumber Inc.
153. National Forest Products Ltd.
154. Nicholson and Cates Ltd.
155. Norsask Forest Products Inc.
156. Norsask Forest Products Limited Partnership

157. North American Forest Products Ltd. (located in Abbotsford, British Columbia)
158. North American Forest Products Ltd. (located in Saint-Quentin, New Brunswick)
159. North Enderby Timber Ltd.
160. Northland Forest Products Ltd.
161. Oakwood Manufacturing A Division of Weston Forest Products Inc.
162. Olympic Industries Inc.
163. Olympic Industries ULC
164. Oregon Canadian Forest Products; Oregon Canadian Forest Products Inc.
165. Pacific NorthWest Lumber Ltd.
166. Pacific Western Wood Works Ltd.
167. PalletSource Inc.
168. Parallel Wood Products Ltd.
169. Partap Forest Products Ltd.
170. Partap Industries
171. Peak Industries (Cranbrook) Ltd.
172. Phoenix Forest Products Inc.
173. Pine Ideas Ltd.
174. Pioneer Pallet & Lumber Ltd.
175. Porcupine Wood Products Ltd.
176. Portbec Forest Products Ltd.; Les Produits Forestiers Portbec Ltee
177. Power Wood Corp.
178. Precision Cedar Products Corp.
179. Produits Forestiers Petit Paris Inc.
180. Produits Matra Inc.
181. Promobois G.D.S. Inc.
182. R.A. Green Lumber Ltd.
183. Rembos Inc.
184. Rene Bernard Inc.
185. Rielly Industrial Lumber Inc.
186. River City Remanufacturing Inc.
187. S&R Sawmills Ltd.
188. San Group
189. San Industries Ltd.
190. Sawarne Lumber Co. Ltd.
191. Scierie Alexandre Lemay & Fils Inc.
192. Scierie St-Michel Inc.
193. Scierie West Brome Inc.
194. Scott Lumber Sales; Scott Lumber Sales Ltd.
195. Sechoirs de Beauce Inc.
196. Shakertown Corp.
197. Sigurdson Forest Products Ltd.
198. Silvaris Corporation
199. Sinclar Group Forest Products Ltd.
200. Skana Forest Products Ltd.
201. Skeena Sawmills Ltd.
202. Smart Wood Forest Products Ltd.
203. South Beach Trading Inc.
204. Specialiste du Bardeau de Cedre Inc.; Specialiste du Bardeau de Cedre Inc. (SBC)
205. Spruceland Millworks Inc.
206. Suncoast Industries Inc.
207. Sundher Timber Products Inc.
208. Surrey Cedar Ltd.
209. T.G. Wood Products Ltd.[27]

210. Taan Forest Limited Partnership; Taan Forest Products[28]
211. Taiga Building Products Ltd.
212. Tall Tree Lumber Company
213. Tenryu Canada Corporation
214. Terminal Forest Products Ltd.
215. The Wood Source Inc.
216. Tolko Industries Ltd.; Tolko Marketing and Sales Ltd.; Gilbert Smith Forest Products Ltd.
217. Top Quality Lumber Ltd.
218. Trans-Pacific Trading Ltd.
219. Triad Forest Products Ltd.
220. Twin Rivers Paper Co. Inc.
221. Tyee Timber Products Ltd.
222. Universal Lumber Sales Ltd.
223. Usine Sartigan Inc.
224. Vaagen Fibre Canada ULC
225. Vancouver Specialty Cedar Products Ltd.
226. Vanderhoof Specialty Wood Products Ltd.
227. Vanderwell Contractors (1971) Ltd.
228. Visscher Lumber Inc.
229. W.I. Woodtone Industries Inc.
230. Waldun Forest Product Sales Ltd.
231. West Bay Forest Products Ltd.
232. West Coast Panel Cutters
233. Western Forest Products Inc.
234. Western Lumber Sales Limited
235. Westminster Industries Ltd.
236. Weston Forest Products Inc.
237. Westrend Exteriors Inc
238. Weyerhaeuser Co.
239. White River Forest Products L.P.
240. Woodline Forest Products Ltd.
241. Woodtone Specialties Inc.

[FR Doc. 2024–21819 Filed 9–23–24; 8:45 am]

**BILLING CODE 3510-DS-P**

---

# DEPARTMENT OF COMMERCE

## International Trade Administration

### [A–421–817]

### Melamine From the Netherlands: Preliminary Affirmative Determination of Sales at Less Than Fair Value

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The U.S. Department of Commerce (Commerce) preliminarily determines that melamine from the Netherlands is being, or is likely to be, sold in the United States at less than fair value (LTFV). The period of investigation is January 1, 2023, through December 31, 2023. Interested parties are invited to comment on this preliminary determination.

**DATES:** Applicable September 24, 2024.

**FOR FURTHER INFORMATION CONTACT:** Fred Baker, AD/CVD Operations,

---

[26] In *Softwood Lumber from Canada AR4,* we determined that it was appropriate to treat Interfor Corporation and Interfor Sales & Marketing Ltd. as one entity. *See Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021,* 88 FR 50106 (August 1, 2023) (*Softwood Lumber from Canada AR4*), at Appendix II. Thus, we have maintained from the ACE module case number for Interfor Sales & Marketing Ltd. (A–122–857–299) and have instructed CBP to enter all entries for Interfor Corporation and Interfor Sales & Marketing Ltd. under the ACE module case number for Interfor Corporation and Interfor Sales & Marketing Ltd. (A–122–857–118).

[27] The ACE module contains separate case numbers for T.G. Wood Products Ltd. (A–122–857–220) and TG Wood Products (A–122–857–360), which was caused by data entry errors and we have never treated T.G. Wood Products and TG Wood Products as separate companies; rather we named T.G. Wood Products Ltd. as the sole respondent in the first and second administrative reviews of this proceeding and TG Wood Products. *See Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review; 2017–2018,* 85 FR 76519 (November 30, 2020); *Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review; 2019,* 86 FR 68471 (December 2, 2021); and *Softwood Lumber from Canada AR4.* We have removed TG Wood Products

(A–122–857–360) from the module and instructed CBP to enter all entries under the case number A–122–857–220.

[28] "aka" has been removed from the name Taan Forest Limited Partnership (aka Taan Forest Products) referred to in at the request of CBP. *See* Issues and Decision Memorandum at Comment 10.

# EXHIBIT 13

Barcode:4678468-01 A-122-857 REV8 - Admin Review - 12/31/23

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-122-857
POR: 1/1/2023-12/31/2023
Public Document
O4: MC

December 9, 2024

**MEMORANDUM TO:**     The Record

**FROM:**     Abdelali Elouaradia
Deputy Assistant Secretary
 for Enforcement and Compliance

**SUBJECT:**     Tolling of Deadlines for Antidumping and Countervailing Duty
Proceedings

---

After careful consideration, in light of the U.S. Department of Commerce's (Commerce) conduct of antidumping duty (AD) and countervailing duty (CVD) proceedings as described below, Enforcement and Compliance (E&C) has decided to toll administrative deadlines in AD/CVD proceedings on which this memorandum has been filed. Specifically, the filing of this memorandum on E&C's Antidumping and Countervailing Duty Centralized Electronic Service System (ACCESS) indicates that E&C has decided to toll certain statutory and regulatory deadlines in this proceeding, by a total of 90 days.

This determination applies <u>only</u> to deadlines for preliminary and final results in administrative and new shipper reviews that are ongoing and where the opportunity notice for administrative reviews predates[1] this memorandum; this determination does not apply to pending deadlines for actions by parties in these segments (such as the submission of AD/CVD questionnaire responses, supplemental questionnaire responses, and case and rebuttal briefs). Accordingly, the day on which any submission to E&C is due should be calculated under the regulations as usual. Further, any deadlines tied to the date for the preliminary or final results in administrative and new shipper reviews will key off the tolled preliminary or final deadline, as appropriate (*e.g.*, submission of factual information to value factors of production). Commerce will continue to consider timely extension requests for individual submissions on a case-by-case basis. However, the Department's tolling of deadlines by 90 days should not be construed as an opportunity to request longer extensions, as the Department intends to continue to complete these reviews as expeditiously as possible.

This determination does not apply to deadlines for court-ordered redeterminations and the associated administrative (remand) proceedings, which will continue on the deadlines established

---

[1] *See Antidumping or Countervailing Duty Order, Finding, or Suspended Investigation; Opportunity to Request Administrative Review and Join Annual Inquiry Service List*, 89 FR 95737 (December 3, 2024); and *Antidumping or Countervailing Duty Order, Finding, or Suspended Investigation; Opportunity To Request Administrative Review and Join Annual Inquiry Service List*, 89 FR 87338 (November 1, 2024).

by the court and by Commerce. Thus, AD/CVD remand proceedings are continuing on schedule.

In fiscal year (FY) 2024, E&C received 117 petitions from domestic industries requesting new investigations into imports alleged to be unfairly dumped and/or subsidized under the AD/CVD laws, exceeding the previous all-time high number of petitions filed in FY2020. Further, in the first two months of FY2025, E&C has already received 25 additional petitions. Given this unprecedented number of petitions for investigations, tolling administrative and new shipper review deadlines will allow E&C to make available sufficient staff for in-person verifications, and address complex and novel issues in less-than-fair-value and countervailing duty investigations. Thus, by tolling deadlines in the administrative and new shipper review segments identified above by 90 days, E&C is responding to operational adjustments required by current circumstances.

Interested parties should contact the E&C staff assigned to a specific proceeding if there are further questions.

2

# EXHIBIT 14

| | | | |
|---|---|---|---|
| **MESSAGE NO.** | 4101404 | **MESSAGE DATE** | 04/10/2024 |
| **STATUS** | Active | **INACTIVATED DATE** | |
| **TYPE** | ALIWE-Auto Liq with Exception | **FR CITE** | 89 FR 15827 |
| **SUB-TYPE** | ADMIN RVW-Administrative Rvw | **FR DATE** | 03/05/2024 |
| **CATEGORY ACCESS** | AD | **EFFECTIVE DATE** | 03/05/2024 |

**TYPE**  Public [✓]  Non-Public [ ]

**POI/POR DATE**  01/01/2023 - 12/31/2023

**Notice of lifting of Suspension Date**  03/05/2024

**PERIOD COVERED**  -

**SHORT CASE NAME**

Certain Softwood Lumber

**COURT CASE #s**

**REF MESSAGE #s**

**PRINCIPAL CASE #s**

A122857

**3rd Country CASE #s**

**RE:** Automatic liquidation instructions for certain softwood lumber products from Canada for the period 01/01/2023 through 12/31/2023 (A-122-857)

1. Commerce does not automatically conduct administrative reviews of antidumping duty orders. Instead, reviews must be requested pursuant to section 751(a)(1) of the Tariff Act of 1930, as amended, and in accordance with 19 CFR 351.213.

2. Commerce has not received a request for an administrative review of the antidumping duty order for the period and on the merchandise identified below except for the firms listed in paragraph 3. Therefore, in accordance with 19 CFR 351.212(c), you are to liquidate all entries for all firms except those listed in paragraph 3 and assess antidumping duties on merchandise entered, or withdrawn from warehouse, for consumption at the cash deposit rate in effect on the date of entry:

Product: Certain Softwood Lumber Products
Country: Canada
Case number: A-122-857
Period: 01/01/2023 through 12/31/2023

3. Entries of merchandise of the firms listed below should not be liquidated until specific instructions are issued. Continue to suspend liquidation of all entries of merchandise produced and/or exported by the listed firms entered, or withdrawn from warehouse, for consumption during the period 01/01/2023 through 12/31/2023:

Company: Canadian Forest Products Ltd.; Canfor Wood Products Marketing Ltd.; Canfor Corporation
Case Number: A-122-857-001

Company: Forest Products Mauricie LP; Societe en commandite Scierie Opitciwan; Resolute Growth Canada Inc.; Resolute FP Canada Inc.; Resolute-LP Engineered Wood Larouche Inc.; Resolute-LP Engineered Wood St-Prime Limited Partnership
Case Number: A-122-857-002

Company: Tolko Industries Ltd.; Tolko Marketing and Sales Ltd.; Gilbert Smith Forest Products Ltd.
Case Number: A-122-857-003

Company: Manning Forest Products Ltd.; Sundre Forest Products Inc.; Blue Ridge Lumber Inc.; West Fraser Mills Ltd.
Case Number: A-122-857-004

Company: 1074712 BC Ltd.; Quadra Cedar
Case Number: A-122-857-005

Company: 5214875 Manitoba Ltd.
Case Number: A-122-857-006

Company: 0752615 B.C. Ltd.; Fraserview Remanufacturing Inc.; Fraserview Cedar Products.

Case Number: A-122-857-007

Company: 9224-5737 Quebec inc.; A.G. Bois
Case Number: A-122-857-008

Company: Absolute Lumber Products Ltd.
Case Number: A-122-857-010

Company: AJ Forest Products Ltd.
Case Number: A-122-857-011

Company: Aler Forest Products Ltd.
Case Number: A-122-857-013

Company: Alpa Lumber Mills Inc.
Case Number: A-122-857-014

Company: Andersen Pacific Forest Products Ltd.
Case Number: A-122-857-017

Company: Anglo American Cedar Products Ltd.; Anglo-American Cedar Products Ltd.
Case Number: A-122-857-018

Company: Antrim Cedar Corporation
Case Number: A-122-857-020

Company: Aquila Cedar Products Ltd.
Case Number: A-122-857-021

Company: Arbec Lumber Inc.; Arbec Bois Doeuvre Inc.
Case Number: A-122-857-022

Company: Aspen Planers Ltd.
Case Number: A-122-857-023

Company: B&L Forest Products Ltd.
Case Number: A-122-857-024

Company: B.B. Pallets Inc.; Les Palettes B.B.Inc.
Case Number: A-122-857-025

Company: Babine Forest Products Limited

Case Number: A-122-857-026

Company: Bakerview Forest Products Inc.
Case Number: A-122-857-027

Company: Bardobec Inc.
Case Number: A-122-857-028

Company: Barrette-Chapais Ltee
Case Number: A-122-857-029

Company: BarretteWood Inc.
Case Number: A-122-857-030

Company: Benoît & Dionne Produits Forestiers Ltee; Benoît & Dionne Forest Products Ltd.
Case Number: A-122-857-031

Company: Best Quality Cedar Products Ltd.
Case Number: A-122-857-032

Company: Blanchet Multi Concept Inc.
Case Number: A-122-857-033

Company: Blanchette & Blanchette Inc.
Case Number: A-122-857-034

Company: Bois Aise de Montreal Inc.
Case Number: A-122-857-035

Company: Bois Bonsaï Inc.
Case Number: A-122-857-036

Company: Bois D'oeuvre Cedrico Inc.; Cedrico Lumber Inc.
Case Number: A-122-857-037

Company: Bois Daaquam Inc.; Daaquam Lumber Inc.
Case Number: A-122-857-038

Company: Bois et Solutions Marketing SPEC, Inc.; SPEC Wood & Marketing Solution; SPEC Wood and Marketing Solutions Inc.
Case Number: A-122-857-039

Company: Boisaco Inc.
Case Number: A-122-857-040

Company: Boscus Canada Inc.
Case Number: A-122-857-041

Company: Boucher Bros. Lumber Ltd.
Case Number: A-122-857-042

Company: BPWood Ltd.
Case Number: A-122-857-043

Company: Bramwood Forest Inc.
Case Number: A-122-857-044

Company: Brunswick Valley Lumber Inc.
Case Number: A-122-857-045

Company: Busque & Laflamme Inc.
Case Number: A-122-857-046

Company: Campbell River Shake & Shingle Co. Ltd.
Case Number: A-122-857-049

Company: Canyon Lumber Company Ltd.
Case Number: A-122-857-053

Company: Careau Bois inc.
Case Number: A-122-857-054

Company: Carrier & Begin Inc.
Case Number: A-122-857-055

Company: Carrier Forest Products Ltd.
Case Number: A-122-857-056

Company: Carrier Lumber Ltd.
Case Number: A-122-857-057

Company: Cedar Valley Holdings Ltd.
Case Number: A-122-857-058

Company: Cedarline Industries Ltd.
Case Number: A-122-857-059

Company: Central Cedar Ltd.
Case Number: A-122-857-060

Company: Centurion Lumber Ltd.
Case Number: A-122-857-061

Company: Chaleur Forest Products LP
Case Number: A-122-857-062

Company: Channel-ex Trading Corporation
Case Number: A-122-857-063

Company: Clair Industrial Development Corp. Ltd.
Case Number: A-122-857-064

Company: Clermond Hamel Ltee
Case Number: A-122-857-065

Company: Coast Clear Wood Ltd.
Case Number: A-122-857-066

Company: Coast Mountain Cedar Products Ltd.
Case Number: A-122-857-067

Company: Commonwealth Plywood Co. Ltd.
Case Number: A-122-857-068

Company: Comox Valley Shakes Ltd. (2019); Comox Valley Shakes (2019) Ltd.
Case Number: A-122-857-069

Company: Conifex Fibre Marketing Inc.
Case Number: A-122-857-070

Company: Cowichan Lumber Ltd.
Case Number: A-122-857-071

Company: CS Manufacturing Inc.; Cedarshed
Case Number: A-122-857-072

Company: CWP - Industriel Inc.
Case Number: A-122-857-073

Company: CWP - Montreal Inc.
Case Number: A-122-857-074

Company: D & D Pallets Ltd.
Case Number: A-122-857-075

Company: Dakeryn Industries Ltd.
Case Number: A-122-857-076

Company: Decker Lake Forest Products Ltd.
Case Number: A-122-857-077

Company: Delco Forest Products Ltd.
Case Number: A-122-857-078

Company: Delta Cedar Specialties Ltd.
Case Number: A-122-857-079

Company: Devon Lumber Co. Ltd.
Case Number: A-122-857-080

Company: DH Manufacturing Inc.
Case Number: A-122-857-081

Company: Direct Cedar Supplies Ltd.
Case Number: A-122-857-082

Company: Doubletree Forest Products Ltd.
Case Number: A-122-857-083

Company: Downie Timber Ltd.
Case Number: A-122-857-084

Company: Dunkley Lumber Ltd.
Case Number: A-122-857-085

Company: EACOM Timber Corporation
Case Number: A-122-857-086

Company: East Fraser Fiber Co. Ltd.
Case Number: A-122-857-087

Company: Edgewood Forest Products Inc.
Case Number: A-122-857-088

Company: ER Probyn Export Ltd.
Case Number: A-122-857-089

Company: Falcon Lumber Ltd.
Case Number: A-122-857-091

Company: Fontaine Inc.
Case Number: A-122-857-092

Company: Foothills Forest Products Inc.
Case Number: A-122-857-093

Company: Chaleur Forest Products Inc.
Case Number: A-122-857-094

Company: Fraser Specialty Products Ltd.
Case Number: A-122-857-095

Company: Furtado Forest Products Ltd.
Case Number: A-122-857-097

Company: Galloway Lumber Company Ltd.
Case Number: A-122-857-099

Company: Glandell Enterprises Inc.
Case Number: A-122-857-100

Company: Goldband Shake & Shingle Ltd.
Case Number: A-122-857-102

Company: Goldwood Industries Ltd.
Case Number: A-122-857-104

Company: Goodfellow Inc.
Case Number: A-122-857-105

Company: Gorman Bros. Lumber Ltd.
Case Number: A-122-857-106

Company: Groupe Crete Chertsey Inc.
Case Number: A-122-857-107

Company: Groupe Crete Division St-Faustin Inc.
Case Number: A-122-857-108

Company: Groupe Lebel Inc.
Case Number: A-122-857-109

Company: Groupe Lignarex Inc.
Case Number: A-122-857-110

Company: H.J. Crabbe & Sons Ltd.
Case Number: A-122-857-111

Company: Haida Forest Products Ltd.
Case Number: A-122-857-112

Company: Hornepayne Lumber LP
Case Number: A-122-857-114

Company: Imperial Cedar Products Ltd.
Case Number: A-122-857-115

Company: Independent Building Materials Distribution Inc.
Case Number: A-122-857-117

Company: Interfor Corporation; Interfor Sales & Marketing Ltd.
Case Number: A-122-857-118

Company: Island Cedar Products Ltd.
Case Number: A-122-857-119

Company: Ivor Forest Products Ltd.
Case Number: A-122-857-120

Company: J&G Log Works Ltd.
Case Number: A-122-857-121

Company: J.D. Irving, Limited
Case Number: A-122-857-122

Company: J.H. Huscroft Ltd.
Case Number: A-122-857-123

Company: Jan Woodlands (2001) Inc.
Case Number: A-122-857-124

Company: Jhajj Lumber Corporation
Case Number: A-122-857-125

Company: Kalesnikoff Lumber Co. Ltd.
Case Number: A-122-857-126

Company: Kan Wood Ltd.
Case Number: A-122-857-127

Company: Kebois Ltee; Kebois Ltd.
Case Number: A-122-857-128

Company: Keystone Timber Ltd.
Case Number: A-122-857-129

Company: Lafontaine Lumber Inc.
Case Number: A-122-857-131

Company: Langevin Forest Products Inc.
Case Number: A-122-857-132

Company: Lecours Lumber Co. Limited
Case Number: A-122-857-133

Company: Leisure Lumber Ltd.
Case Number: A-122-857-135

Company: Les Bois d'oeuvre Beaudoin Gauthier Inc.
Case Number: A-122-857-136

Company: Les Bois Martek Lumber
Case Number: A-122-857-137

Company: Les Bois Traites M.G. Inc.
Case Number: A-122-857-138

Company: Les Chantiers de Chibougamau Ltee; Les Chantiers de Chibougamau Ltd.
Case Number: A-122-857-139

Company: Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.
Case Number: A-122-857-140

Company: Leslie Forest Products Ltd.
Case Number: A-122-857-141

Company: Lignum Forest Products LLP
Case Number: A-122-857-142

Company: Linwood Homes Ltd.
Case Number: A-122-857-143

Company: Lulumco Inc.
Case Number: A-122-857-145

Company: Magnum Forest Products Ltd.
Case Number: A-122-857-146

Company: Maibec Inc.
Case Number: A-122-857-147

Company: Manitou Forest Products Ltd.
Case Number: A-122-857-148

Company: Marcel Lauzon Inc.
Case Number: A-122-857-149

Company: Marwood Ltd.
Case Number: A-122-857-150

Company: Materiaux Blanchet Inc.
Case Number: A-122-857-151

Company: Metrie Canada Ltd.
Case Number: A-122-857-153

Company: Mid Valley Lumber Specialties Ltd.
Case Number: A-122-857-154

Company: Midway Lumber Mills Ltd.
Case Number: A-122-857-155

Company: Mill & Timber Products Ltd.
Case Number: A-122-857-156

Company: Millar Western Forest Products Ltd.
Case Number: A-122-857-157

Company: Mobilier Rustique (Beauce) Inc.
Case Number: A-122-857-158

Company: Multicedre Ltee
Case Number: A-122-857-160

Company: Nakina Lumber Inc.
Case Number: A-122-857-161

Company: National Forest Products Ltd.
Case Number: A-122-857-162

Company: Nicholson and Cates Ltd.
Case Number: A-122-857-164

Company: Norsask Forest Products Limited Partnership
Case Number: A-122-857-165

Company: North American Forest Products Ltd. (located in Abbotsford, British Columbia)
Case Number: A-122-857-166

Company: North American Forest Products Ltd. (located in Saint-Quentin, New Brunswick)
Case Number: A-122-857-167

Company: North Enderby Timber Ltd.
Case Number: A-122-857-168

Company: Olympic Industries ULC
Case Number: A-122-857-170

Company: Olympic Industries Inc.
Case Number: A-122-857-173

Company: Pacific Coast Cedar Products Ltd.
Case Number: A-122-857-174

Company: Pacific Pallet Ltd.
Case Number: A-122-857-175

Company: Pacific Western Wood Works Ltd.
Case Number: A-122-857-176

Company: Parallel Wood Products Ltd.
Case Number: A-122-857-177

Company: Pat Power Forest Products Corporation
Case Number: A-122-857-178

Company: Phoenix Forest Products Inc.
Case Number: A-122-857-179

Company: Pine Ideas Ltd.
Case Number: A-122-857-180

Company: Pioneer Pallet & Lumber Ltd.
Case Number: A-122-857-181

Company: Porcupine Wood Products Ltd.
Case Number: A-122-857-182

Company: Power Wood Corp.
Case Number: A-122-857-183

Company: Precision Cedar Products Corp.
Case Number: A-122-857-184

Company: Produits Forestiers Petit Paris Inc.
Case Number: A-122-857-186

Company: Temrex Forest Products LP; Produits Forestiers Temrex S.E.C.
Case Number: A-122-857-187

Company: Produits Matra Inc.
Case Number: A-122-857-188

Company: Promobois G.D.S. Inc.
Case Number: A-122-857-189

Company: GreenFirst Forest Products (QC) Inc.
Case Number: A-122-857-190; A-122-857-350

Company: Rembos Inc.
Case Number: A-122-857-191

Company: Rene Bernard Inc.
Case Number: A-122-857-192

Company: Rielly Industrial Lumber Inc.
Case Number: A-122-857-194

Company: S&R Sawmills Ltd.
Case Number: A-122-857-197

Company: S&W Forest Products Ltd.
Case Number: A-122-857-198

Company: San Industries Ltd.
Case Number: A-122-857-199

Company: Sawarne Lumber Co. Ltd.
Case Number: A-122-857-200

Company: Scierie Alexandre Lemay & Fils Inc.
Case Number: A-122-857-201

Company: Scierie St-Michel Inc.
Case Number: A-122-857-202

Company: Scierie West Brome Inc.
Case Number: A-122-857-203

Company: Sechoirs de Beauce Inc.
Case Number: A-122-857-205

Company: Sigurdson Forest Products Ltd.
Case Number: A-122-857-209

Company: Silvaris Corporation
Case Number: A-122-857-210

Company: Sinclar Group Forest Products Ltd.
Case Number: A-122-857-212

Company: Skana Forest Products Ltd.
Case Number: A-122-857-213

Company: Skeena Sawmills Ltd.
Case Number: A-122-857-214

Company: South Beach Trading Inc.
Case Number: A-122-857-216

Company: Specialiste du Bardeau de Cedre Inc.; Specialiste du Bardeau de Cedre Inc. (SBC)
Case Number: A-122-857-217

Company: Spruceland Millworks Inc.
Case Number: A-122-857-218

Company: Surrey Cedar Ltd.
Case Number: A-122-857-219

Company: TG Wood Products Ltd.
Case Number: A-122-857-220; A-122-857-360

Company: Taan Forest Limited Partnership; Taan Forest Products
Case Number: A-122-857-221

Company: Taiga Building Products Ltd.
Case Number: A-122-857-222

Company: Tall Tree Lumber Company
Case Number: A-122-857-223

Company: Mainland Sawmill, a division of Terminal Forest Products; Terminal Forest Products Ltd.
Case Number: A-122-857-226; A-122-857-306

Company: The Wood Source Inc.
Case Number: A-122-857-228

Company: Trans-Pacific Trading Ltd.
Case Number: A-122-857-229

Company: Triad Forest Products Ltd.
Case Number: A-122-857-230

Company: Twin Rivers Paper Co. Inc.
Case Number: A-122-857-231

Company: Tyee Timber Products Ltd.
Case Number: A-122-857-232

Company: Universal Lumber Sales Ltd.
Case Number: A-122-857-233

Company: Usine Sartigan Inc.
Case Number: A-122-857-234

Company: Vaagen Fibre Canada ULC
Case Number: A-122-857-235

Company: Valley Cedar 2 Inc.
Case Number: A-122-857-236

Company: Vancouver Specialty Cedar Products Ltd.
Case Number: A-122-857-238

Company: Visscher Lumber Inc.
Case Number: A-122-857-239

Company: W.I. Woodtone Industries Inc.
Case Number: A-122-857-240

Company: Waldun Forest Product Sales Ltd.
Case Number: A-122-857-241

Company: Watkins Sawmills Ltd.
Case Number: A-122-857-242

Company: West Bay Forest Products Ltd.
Case Number: A-122-857-243

Company: Western Forest Products Inc.
Case Number: A-122-857-246

Company: Western Lumber Sales Limited
Case Number: A-122-857-247

Company: Weston Forest Products Inc.
Case Number: A-122-857-249

Company: Westrend Exteriors Inc.
Case Number: A-122-857-250

Company: Weyerhaeuser Co.
Case Number: A-122-857-251

Company: White River Forest Products L.P.
Case Number: A-122-857-252

Company: Winton Homes Ltd.
Case Number: A-122-857-253

Company: Woodline Forest Products Ltd.
Case Number: A-122-857-254

Company: Woodtone Specialties Inc.
Case Number: A-122-857-256

Company: CHAP Alliance, Inc.
Case Number: A-122-857-258

Company: Brink Forest Products Ltd.
Case Number: A-122-857-261

Company: Canasia Forest Industries Ltd.
Case Number: A-122-857-262

Company: Carter Forest Products Inc.
Case Number: A-122-857-263

Company: Central Alberta Pallet Supply
Case Number: A-122-857-264

Company: Central Forest Products Inc.
Case Number: A-122-857-265

Company: CNH Products Inc.
Case Number: A-122-857-266

Company: FraserWood Industries Ltd.
Case Number: A-122-857-268

Company: Jasco Forest Products Ltd.
Case Number: A-122-857-269

Company: Jazz Forest Products Ltd.
Case Number: A-122-857-270

Company: Murray Brothers Lumber Company Ltd.
Case Number: A-122-857-271

Company: Oregon Canadian Forest Products; Oregon Canadian Forest Products Inc.
Case Number: A-122-857-273

Company: Portbec Forest Products Ltd.; Les Produits Forestiers Portbec Ltee
Case Number: A-122-857-274

Company: Star Lumber Canada Ltd.
Case Number: A-122-857-276

Company: Sundher Timber Products Inc.
Case Number: A-122-857-277

Company: Vanderhoof Specialty Wood Products Ltd.
Case Number: A-122-857-278

Company: 54 Reman
Case Number: A-122-857-279

Company: AA Trading Ltd.
Case Number: A-122-857-280

Company: Adwood Manufacturing Ltd
Case Number: A-122-857-281

Company: All American Forest Products Inc.
Case Number: A-122-857-282

Company: Burrows Lumber (CD) Ltd., Theo A. Burrows Lumber Company Limited
Case Number: A-122-857-283

Company: Canada Pallet Corp.
Case Number: A-122-857-284

Company: Cedar Island Forest Products Ltd.
Case Number: A-122-857-285

Company: Cedarcoast Lumber Products
Case Number: A-122-857-286

Company: Cedarland Forest Products Ltd.
Case Number: A-122-857-287

Company: Coulson Manufacturing Ltd.
Case Number: A-122-857-288

Company: Deep Cove Forest Products, Inc.
Case Number: A-122-857-289

Company: Distribution Rioux Inc.
Case Number: A-122-857-290

Company: Elrod Cartage Ltd.
Case Number: A-122-857-291

Company: Greendale Industries Inc.
Case Number: A-122-857-292

Company: Greenwell Resources Inc.
Case Number: A-122-857-293

Company: Griff Building Supplies Ltd.
Case Number: A-122-857-294

Company: Halo Sawmill, a division of Delta Cedar Specialties Ltd.; Halo Sawmill Manufacturing
Limited Partnership
Case Number: A-122-857-295

Company: Hampton Tree Farms, LLC; Hampton Lumber Sales Canada
Case Number: A-122-857-296

Company: Hudson Mitchell & Sons Lumber Inc.
Case Number: A-122-857-297

Company: Hy Mark Wood Products Inc.
Case Number: A-122-857-298

Company: Intertran Holdings Ltd.; Richmond Terminal
Case Number: A-122-857-300

Company: Kelfor Industries Ltd.
Case Number: A-122-857-301

Company: Kermode Forest Products Ltd.
Case Number: A-122-857-302

Company: Les Bardeaux Lajoie Inc.
Case Number: A-122-857-303

Company: Les Industries P.F. Inc.
Case Number: A-122-857-304

Company: Lonestar Lumber Inc.
Case Number: A-122-857-305

Company: Mirax Lumber Products Ltd.
Case Number: A-122-857-307

Company: Monterra Lumber Mills Limited
Case Number: A-122-857-308

Company: Morwood Forest Products Inc.
Case Number: A-122-857-309

Company: Nickel Lake Lumber
Case Number: A-122-857-310

Company: Norsask Forest Products Inc.
Case Number: A-122-857-311

Company: Northland Forest Products Ltd.
Case Number: A-122-857-312

Company: Pacific Lumber Remanufacturing Inc.
Case Number: A-122-857-313

Company: PalletSource Inc.
Case Number: A-122-857-314

Company: Rick Dubois
Case Number: A-122-857-315

Company: River City Remanufacturing Inc.
Case Number: A-122-857-316

Company: Sapphire Lumber Company
Case Number: A-122-857-317

Company: Scott Lumber Sales; Scott Lumber Sales Ltd.
Case Number: A-122-857-318

Company: Shakertown Corp.
Case Number: A-122-857-319

Company: Sonora Logging Ltd.
Case Number: A-122-857-320

Company: Source Forest Products
Case Number: A-122-857-321

Company: South Coast Reman Ltd.; Southcoast Millwork Ltd.
Case Number: A-122-857-322

Company: South Fraser Container Terminals
Case Number: A-122-857-323

Company: Suncoast Industries Inc.
Case Number: A-122-857-324

Company: Suncoh Custom Lumber Ltd.
Case Number: A-122-857-325

Company: Surplus G Rioux
Case Number: A-122-857-326

Company: Western Timber Products, Inc.
Case Number: A-122-857-327

Company: Westminster Industries Ltd.
Case Number: A-122-857-328

Company: WWW Timber Products Ltd.
Case Number: A-122-857-329

Company: 10104704 Manitoba Ltd; Woodstock Forest Product
Case Number: A-122-857-346; A-122-857-255

Company: Columbia River Shake & Shingle Ltd.; Teal Cedar Products Ltd.; The Teal Jones Group
Case Number: A-122-857-224; A-122-857-227; A-122-857-349

Company: Carl Wood Lumber Ltd.
Case Number: A-122-857-347
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: CLG Enterprises Inc.
Case Number: A-122-857-348
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: Les Produits Forestiers Sitka Inc.; Sitka Forest Products Inc.
Case Number: A-122-857-351
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: Modern Terminal Ltd.
Case Number: A-122-857-352
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: Nagaard Sawmill Ltd.

Case Number: A-122-857-353
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: NSC Lumber Ltd.
Case Number: A-122-857-354
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: Peak Industries (Cranbrook) Ltd.
Case Number: A-122-857-355
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: San Group
Case Number: A-122-857-356
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: Swiftwood Forest Products Ltd.
Case Number: A-122-857-357
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: T&P Trucking Ltd.
Case Number: A-122-857-358
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: Tenryu Canada Corporation
Case Number: A-122-857-359
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

Company: Top Quality Lumber Ltd.
Case Number: A-122-857-361
This case number was in place during only a portion of the period. Entries may also have been made under A-570-970-000

No case number was in place during the period of review for the companies listed below. Entries may have been made under A-122-857-000 or other company-specific numbers.

Aspen Pacific Industries Inc.

Bois Weedon Inc.

Canadian Bavarian Millwork & Lumber Ltd.

Chinook Wood Products Ltd.

Fort St. James Forest Products Limited Partnership

Kings Wood Products Inc.

Kirkland Lake Forest Products Inc.

La Crete Sawmills Ltd.

Madera Forest Products INC

Oakwood Manufacturing A Division of Weston Forest Products Inc.

Pacific NorthWest Lumber Ltd.

Partap Forest Products Ltd.

Partap Industries

Plaster Rock Lumber Corporation

R.A. Green Lumber Ltd.

RBC Timber Products

Riverside Forest Products Inc.

Smart Wood Forest Products Ltd.

Smartlam LLC

Vancouver Urban Timberworks Ltd.; Van Urban

Vanderwell Contractors (1971) Ltd.

West Coast Panel Cutters

CBP officers must also examine entries under A-122-857-000 and all existing company-specific case numbers to ensure the continued suspension of liquidation of entries during the applicable period of review for the producers and/or exporters listed above.

4. There are no injunctions applicable to the entries covered by this instruction.

5. Notice of the lifting of suspension of liquidation of entries of subject merchandise covered by paragraph 2 occurred with the publication of the notice of initiation of administrative review for the 01/2024 anniversary month (89 FR 15827, 03/05/2024). Unless instructed otherwise, for all other shipments of certain softwood lumber products from Canada, you shall continue to collect cash deposits of estimated antidumping duties for the merchandise at the current rates.

6. The assessment of antidumping duties by CBP on shipments or entries of this merchandise is subject to the provisions of section 778 of the Tariff Act of 1930, as amended. Section 778 requires that CBP pay interest on overpayments or assess interest on underpayments of the required amounts deposited as estimated antidumping duties. The interest provisions are not applicable to cash posted as estimated antidumping duties before the date of publication of the antidumping duty order. Interest shall be calculated from the date payment of estimated antidumping duties is required through the date of liquidation. The rate at which such interest is payable is the rate in effect under section 6621 of

the Internal Revenue Code of 1954 for such period.

7. Upon assessment of antidumping duties, CBP shall require that the importer provide a reimbursement certification in accordance with 19 CFR 351.402(f)(2) and as described under this paragraph:

a. The importer must certify with CBP prior to liquidation (except as provided below) whether the importer has or has not been reimbursed or entered into any agreement or understanding for the payment or for the refunding to the importer by the manufacturer, producer, seller, or exporter for all or any part of the antidumping and/or countervailing duties, as appropriate. Such certification should identify the commodity and country and contain the information necessary to link the certification to the relevant entry or entry line number(s).

b. The certification may be filed either electronically or in paper in accordance with CBP's requirements, as applicable.

c. If an importer does not provide its certification prior to liquidation, CBP may accept the certification in accordance with its protest procedures under 19 U.S.C. 1514, unless otherwise directed.

d. Certifications are required for entries of the relevant commodity that have been imported on or after the date of publication of the antidumping notice in the Federal Register that first suspended liquidation in that proceeding.

e. Consistent with 19 CFR 351.402(f)(3), if an importer fails to file the certification, Commerce may presume that the importer was paid or reimbursed the antidumping or countervailing duties. Therefore, if the importer does not provide the certification prior to liquidation (or as provided above), reimbursement of the duties shall be presumed. Accordingly, if there is no certification with respect to the antidumping duty, CBP shall increase the antidumping duty by the amount of the antidumping duty. In addition, if there is no certification with respect to any applicable countervailing duty, CBP shall increase the antidumping duty by the amount of the countervailing duty. Further, if the importer certifies that it has an agreement with the manufacturer, producer, seller, or exporter, to be reimbursed antidumping duties, CBP shall increase the antidumping duty by the amount of the antidumping duty. In addition, if the importer certifies that it has an agreement with the manufacturer, producer, seller, or exporter, to be reimbursed any applicable countervailing duties, CBP shall increase the antidumping duty by the amount of the countervailing duty.

8. This instruction to liquidate entries covered by this message does not limit CBP's independent authority, including its authority to suspend, continue to suspend, or extend liquidation of entries addressed by this message. Accordingly, CBP should examine all entries for which this message directs liquidation to determine whether any such entries are subject to suspension, continued suspension, or extension of liquidation pursuant to CBP's independent authority (e.g., Enforce and Protect Act under section 517 of the Tariff Act of 1930, as amended). If entries of subject merchandise

covered by this message are subject to suspension, continued suspension, or extension of liquidation pursuant to CBP's own authority, CBP port officials should follow CBP's internal procedures with respect to continuing any suspension, the lifting of suspension, and/or continuing any extension of liquidation for such entries.

9. If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984. CBP ports should submit their inquiries through authorized CBP channels only. (This message was generated by OIV:JDP.)

10. There are no restrictions on the release of this information.

Alexander Amdur

# EXHIBIT 15

BILLING CODE:  3510-DS-P

DEPARTMENT OF COMMERCE

International Trade Administration

[A-122-857]

Certain Softwood Lumber Products from Canada:  Preliminary Results of the Administrative
Review; 2023

AGENCY:    Enforcement and Compliance, International Trade Administration, Department of
Commerce.

SUMMARY:  The U.S. Department of Commerce (Commerce) is conducting an administrative

review of the antidumping duty order on certain softwood lumber products (softwood lumber)

from Canada.  The period of review (POR) is January 1, 2023, through December 31, 2023.

Commerce preliminarily determines that the producers/exporters subject to this review made

sales of subject merchandise at less than normal value.

DATES:  Applicable [Insert date of publication in the *Federal Register*].

FOR FURTHER INFORMATION CONTACT:  Jeff Pedersen (Canfor) and Maisha Cryor (West

Fraser), AD/CVD Operations, Office IV, Enforcement and Compliance, International Trade

Administration, U.S. Department of Commerce, 1401 Constitution Avenue, NW, Washington,

DC 20230; telephone:  (202) 482-2769 and (202) 482-5831, respectively.

SUPPLEMENTARY INFORMATION:

Background

On January 3, 2018, Commerce published in the *Federal Register* the antidumping duty

order on softwood lumber from Canada.[1]  On March 5, 2024, based on timely requests for

administrative reviews, Commerce initiated an administrative review covering 309 companies

---

[1] *See Certain Softwood Lumber Products from Canada:  Antidumping Duty Order and Partial Amended Final
Determination*, 83 FR 350 (January 3, 2018) (*Order*).

and has not rescinded the review of any of these companies.[2]  Thus, the review covers 309

producers/exporters of the subject merchandise, including mandatory respondents Canfor[3] and

West Fraser, as identified in Appendix II of this notice.[4]  On July 22, 2024, Commerce tolled

certain deadlines in this administrative proceeding by seven days.[5]  On September 6, 2024, we

extended the deadline to issue these preliminary results by 120 days.[6]  On December 9, 2024,

Commerce tolled certain deadlines in this administrative proceeding by 90 days.[7]  The current

deadline for the preliminary results is May 7, 2025.[8]

Scope of the *Order*

The product covered by this *Order* is softwood lumber from Canada.  For a full

description of the scope, *see* the Preliminary Decision Memorandum.[9]

Methodology

Commerce is conducting this review in accordance with section 751(a)(1)(B) of the

Tariff Act of 1930, as amended (the Act).  For a full description of the methodology underlying

our conclusions, *see* the Preliminary Decision Memorandum.  A list of the topics discussed in the

Preliminary Decision Memorandum is included as Appendix I to this notice.  The Preliminary

---

[2] *See Initiation of Antidumping and Countervailing Duty Administrative Reviews*, 89 FR 15827 (March 5, 2024).
[3] As described in the Preliminary Decision Memorandum, we have treated Canfor Corporation, Canadian Forest Products Ltd., Canfor Wood Products Marketing Ltd., Canfor Fox Creek Ltd., and Canfor Whitecourt Ltd. (collectively, Canfor) as a single entity.  *See* Memorandum, "Decision Memorandum for Preliminary Results of the Antidumping Duty Administrative Review of Certain Softwood Lumber Products from Canada; 2023," dated concurrently with, and hereby adopted by, this notice (Preliminary Decision Memorandum), at 5-6.
[4] As described in the Preliminary Decision Memorandum, we have treated West Fraser Mills Ltd., Blue Ridge Lumber Inc., Manning Forest Products Ltd., and Sundre Forest Products Inc. (collectively, West Fraser) as a single entity.  *See* Preliminary Decision Memorandum at 6.
[5] *See* Memorandum, "Tolling of Deadlines for Antidumping and Countervailing Duty Proceedings," dated July 22, 2024.
[6] *See* Memorandum, "Extension of Deadline for Preliminary Results of Antidumping Duty Administrative Review; 2023," dated September 6, 2024.
[7] *See* Memorandum, "Tolling of Deadlines for Antidumping and Countervailing Duty Proceedings," dated December 9, 2024.
[8] *See* Memorandum, "Deadlines for New Factual Information and Pre-Preliminary Comments," dated January 17, 2025.
[9] *See* Preliminary Decision Memorandum at 2-4.

Decision Memorandum is a public document and is made available to the public via Enforcement and Compliance's Antidumping and Countervailing Duty Centralized Electronic Service System (ACCESS). ACCESS is available to registered users at https://access.trade.gov. In addition, a complete version of the Preliminary Decision Memorandum can be accessed directly at https://access.trade.gov/public/FRNoticesListLayout.aspx.

Rate for Non-Individually Examined Companies

Generally, when calculating margins for non-selected respondents, Commerce looks to section 735(c)(5) of the Act for guidance, which provides instructions for calculating the all-others rate in a less-than-fair-value (LTVF) investigation. Section 735(c)(5)(A) of the Act provides that when calculating the all-others rate, Commerce will exclude any zero and *de minimis* weighted-average dumping margins, as well as any weighted-average dumping margins based entirely on facts available. Accordingly, Commerce's practice has been to average the margins for selected respondents, excluding margins that are zero, *de minimis*, or based entirely on facts available.

In this review, we calculated a weighted-average dumping margin of 34.61 percent for Canfor and 9.48 percent for West Fraser. In accordance with section 735(c)(5)(A) of the Act, Commerce has preliminarily assigned the weighted-average of these two calculated weighted-average dumping margins based on their publicly ranged sales data, 20.07 percent, to the non-selected companies.[10]

Preliminary Results of Review

We preliminarily determine that the following estimated weighted-average dumping margins exist for the period January 1, 2023, through December 31, 2023:

---

[10] *See* Memorandum, "Calculation of the Rate for Non-Selected Respondents," dated concurrently with this notice, and Attachment II (containing a list of the non-selected companies under review).

3

| Exporter/Producer | Weighted-Average Dumping Margin (percent) |
|---|---|
| Canfor Corporation / Canadian Forest Products Ltd. / Canfor Wood Products Marketing Ltd. / Canfor Fox Creek Ltd. / Canfor Whitecourt Ltd. | 34.61 |
| West Fraser Mills Ltd. / Blue Ridge Lumber Inc. / Manning Forest Products Ltd. / Sundre Forest Products Inc. | 9.48 |
| Review-Specific Rate for Non-Selected Companies | 20.07 |

Disclosure

Commerce intends to disclose its calculations and analysis performed to interested parties in these preliminary results within five days of any public announcement or, if there is no public announcement, within five days of the date of publication of this notice in accordance with 19 CFR 351.224(b).

Public Comment

Pursuant to 19 CFR 351.309(c), interested parties may submit case briefs to the Assistant Secretary for Enforcement and Compliance not later than 21 days after the date of publication of this notice, unless Commerce alters the time limit. Rebuttal briefs, limited to issues raised in the case briefs, may be filed not later than five days after the date for filing case briefs.[11] Interested parties who submit case or rebuttal briefs in this proceeding must submit: (1) a table of contents listing each issue; and (2) a table of authorities.[12]

As provided under 19 CFR 351.309(c)(2) and (d)(2), in prior proceedings we have encouraged interested parties to provide an executive summary of their brief that should be limited to five pages total, including footnotes. In this administrative review, we instead request

---

[11] *See* 19 CFR 351.309(d); *see also Administrative Protective Order, Service, and Other Procedures in Antidumping and Countervailing Duty Proceedings*, 88 FR 67069, 67077 (September 29, 2023).
[12] *See* 19 CFR 351.309(c)(2) and (d)(2).

that interested parties provide at the beginning of their briefs a public, executive summary for each issue raised in their briefs.[13]  Further, we request that interested parties limit their executive summary of each issue to no more than 450 words, not including citations.  We intend to use the executive summaries as the basis of the comment summaries included in the issues and decision memorandum that will accompany the final results in this administrative review.  We request that interested parties include footnotes for relevant citations in the executive summary of each issue.  Note that Commerce has amended certain of its requirements pertaining to the service of documents in 19 CFR 351.303(f).[14]

Pursuant to 19 CFR 351.310(c), interested parties who wish to request a hearing, must submit a written request to the Assistant Secretary for Enforcement and Compliance, filed electronically via ACCESS.  An electronically filed document must be received successfully in its entirety via ACCESS by 5:00 p.m. Eastern Time within 30 days after the date of publication of this notice.[15]  Requests should contain:  (1) the party's name, address, and telephone number; (2) the number of participants; and (3) a list of issues to be discussed.  Issues raised in the hearing will be limited to those raised in the respective case briefs.  Commerce intends to issue the final results of this administrative review, including the results of its analysis of the issues raised in any written briefs, not later than 120 days after the date of publication of these preliminary results in the *Federal Register*, pursuant to section 751(a)(3)(A) of the Act, unless extended.

---

[13] We use the term "issue" here to describe an argument that Commerce would normally address in a comment of the Issues and Decision Memorandum.
[14] *See Administrative Protective Order, Service, and Other Procedures in Antidumping and Countervailing Duty Proceedings; Final Rule*, 88 FR 67069 (September 29, 2023).
[15] *See* 19 CFR 351.310(c).

Assessment Rate

Upon issuance of the final results, Commerce will determine, and U.S. Customs and Border Protection (CBP) shall assess, antidumping duties on all appropriate entries covered by this review.[16]  If a respondent's weighted-average dumping margin is above *de minimis* in the final results of this review, we will calculate an importer-specific assessment rate based on the ratio of the total amount of dumping calculated for each importer's examined sales and the total entered value of the sales in accordance with 19 CFR 351.212(b)(1).[17]  If a respondent's weighted-average dumping margin or an importer-specific assessment rate is zero or *de minimis* in the final results of review, we will instruct CBP to liquidate the appropriate entries without regard to antidumping duties in accordance with the *Final Modification for Reviews*.[18]  The final results of this administrative review shall be the basis for the assessment of antidumping duties on entries of merchandise under review and for future deposits of estimated duties, where applicable.  Commerce intends to issue assessment instructions to CBP no earlier than 41 days after the date of publication of the final results of this review in the *Federal Register*, in accordance with 19 CFR 356.8(a).  If a timely summons is filed at the U.S. Court of International Trade, the assessment instructions will direct CBP not to liquidate relevant entries until the time

---

[16] *See* 19 CFR 351.212(b).
[17] In these preliminary results, Commerce applied the assessment rate calculation method adopted in *Antidumping Proceedings:  Calculation of the Weighted-Average Dumping Margin and Assessment Rate in Certain Antidumping Duty Proceedings; Final Modification*, 77 FR 8101 (February 14, 2012) (*Final Modification for Reviews*).
[18] *See Final Modification for Reviews*, 77 FR at 8103; *see also* 19 CFR 351.106(c)(2).

for parties to file a request for statutory injunction has expired (*i.e.*, within 90 days of publication).

Cash Deposit Requirements

The following cash deposit requirements for estimated antidumping duties will be effective upon publication of the notice of final results of this review for all shipments of softwood lumber from Canada entered, or withdrawn from warehouse, for consumption on or after the date of publication as provided by section 751(a)(2)(C) of the Act:  (1) the cash deposit rate for companies subject to this review will be equal to the dumping margin established in the final results of the review; (2) for merchandise exported by companies not covered in this review but covered in a prior segment of this proceeding, the cash deposit rate will continue to be the company-specific rate published for the most recent period; (3) if the exporter is not a firm covered in this review, a prior review, or the less-than-fair-value (LTFV) investigation but the producer is, the cash deposit rate will be the rate established for the most recently completed segment for the producer of the merchandise; (4) the cash deposit rate for all other producers or exporters will continue to be the 6.04 percent, the all-others rate established in the LTFV investigation.[19]  These cash deposit requirements, when imposed, shall remain in effect until further notice.

Notification to Importers

This notice serves as a preliminary reminder to importers of their responsibility under 19 CFR 351.402(f)(2) to file a certificate regarding the reimbursement of antidumping duties and/or countervailing duties prior to liquidation of the relevant entries during this period of review. Failure to comply with this requirement could result in Commerce's presumption that

---

[19] *See Certain Softwood Lumber Products from Canada:  Antidumping Duty Order and Partial Amended Final Determination*, 83 FR 350 (January 3, 2018).

reimbursement of antidumping duties and/or countervailing duties occurred and the subsequent

assessment of double antidumping duties, and/or an increase in the amount of antidumping duties

by the amount of the countervailing duties.

<u>Notification to Interested Parties</u>

Commerce is issuing and publishing these preliminary results in accordance with sections

751(a)(1) and 777(i) of the Act, and 19 CFR 351.221(b)(4).

Dated:  February 27, 2025.

*/S/ Christopher Abbott*
_____
Christopher Abbott,
Deputy Assistant Secretary
  for Policy and Negotiations,
  performing the non-exclusive functions and duties
  of the Assistant Secretary for Enforcement and Compliance.

8

Barcode:4723888-01 A-122-857 REV - Admin Review 1/1/23 - 12/31/23

**Appendix I**

**List of Topics Discussed in the Preliminary Decision Memorandum**

I.      Summary
II.     Background
III.    Scope of the *Order*
IV.     Affiliation and Collapsing Determination
V.      Non-Examined Respondents
VI.     Discussion of the Methodology
VII.    Recommendation

9

## Appendix II

## Companies Under Review

1. 10104704 Manitoba Ltd O/A Woodstock Forest Product
2. 1074712 BC Ltd.; Quadra Cedar
3. 5214875 Manitoba Ltd.
4. 54 Reman
5. 752615 B.C Ltd, Fraserview Remanufacturing Inc, DBA Fraserview Cedar Products.
6. 9224-5737 Quebec Inc. (aka A.G. Bois)
7. AA Trading Ltd.
8. Absolute Lumber Products Ltd.
9. Adwood Manufacturing Ltd.
10. AJ Forest Products Ltd.
11. Aler Forest Products Ltd.
12. All American Forest Products Inc.
13. Alpa Lumber Mills Inc.
14. Andersen Pacific Forest Products Ltd.
15. Anglo American Cedar Products Ltd.; Anglo-American Cedar Products Ltd.
16. Antrim Cedar Corporation
17. Aquila Cedar Products Ltd.
18. Arbec Lumber Inc.; Arbec Bois Doeuvre Inc.
19. Aspen Pacific Industries Inc.
20. Aspen Planers Ltd.
21. B&L Forest Products Ltd.
22. B.B. Pallets Inc.; Les Palettes B.B.Inc.
23. Babine Forest Products Limited
24. Bakerview Forest Products Inc.
25. Bardobec Inc.
26. Barrette-Chapais Ltee
27. BarretteWood Inc.
28. Benoît & Dionne Produits Forestiers Ltee; Benoît & Dionne Forest Products Ltd.
29. Best Quality Cedar Products Ltd.
30. Blanchet Multi Concept Inc.
31. Blanchette & Blanchette Inc.
32. Bois Aise de Montreal Inc.
33. Bois Bonsaï Inc.
34. Bois Daaquam Inc.; Daaquam Lumber Inc.
35. Bois D'oeuvre Cedrico Inc.; Cedrico Lumber Inc.
36. Bois et Solutions Marketing SPEC, Inc.; SPEC Wood & Marketing Solution; SPEC Wood and Marketing Solutions Inc.
37. Bois Weedon Inc.
38. Boisaco Inc.
39. Boscus Canada Inc.
40. Boucher Bros. Lumber Ltd.
41. BPWood Ltd.

42. Bramwood Forest Inc.
43. Brink Forest Products Ltd.
44. Brunswick Valley Lumber Inc.
45. Burrows Lumber (CD) Ltd., Theo A. Burrows Lumber Company Limited
46. Busque & Laflamme Inc.
47. Campbell River Shake & Shingle Co. Ltd.
48. Canada Pallet Corp.
49. Canadian Bavarian Millwork & Lumber Ltd.
50. Canadian Forest Products Ltd.; Canfor Wood Products Marketing Ltd.; Canfor
    Corporation; Canfor Fox Creek Ltd.; Canfor Whitecourt Ltd.
51. Canasia Forest Industries Ltd.
52. Canyon Lumber Company Ltd.
53. Careau Bois inc.
54. CarlWood Lumber Ltd.
55. Carrier & Begin Inc.
56. Carrier Forest Products Ltd.
57. Carrier Lumber Ltd.
58. Carter Forest Products Inc.
59. Cedar Island Forest Products Ltd.
60. Cedar Valley Holdings Ltd.
61. Cedarcoast Lumber Products
62. Cedarland Forest Products Ltd.
63. Cedarline Industries Ltd.
64. Central Alberta Pallet Supply
65. Central Cedar Ltd.
66. Central Forest Products Inc.
67. Centurion Lumber Ltd.
68. Chaleur Forest Products Inc.
69. Chaleur Forest Products LP
70. Channel-ex Trading Corporation
71. CHAP Alliance, Inc.
72. Clair Industrial Development Corp. Ltd.
73. Clermond Hamel Ltee
74. CLG Enterprises Inc.
75. CNH Products Inc.
76. Coast Clear Wood Ltd.
77. Coast Mountain Cedar Products Ltd.
78. Columbia River Shake & Shingle Ltd./Teal Cedar Products Ltd., DBA the Teal Jones
    Group.
79. Commonwealth Plywood Co. Ltd.
80. Comox Valley Shakes Ltd. (2019); AKA Comox Valley Shakes (2019) Ltd.
81. Conifex Fibre Marketing Inc.
82. Coulson Manufacturing Ltd.
83. Cowichan Lumber Ltd.
84. CS Manufacturing Inc. (dba Cedarshed)
85. CWP - Industriel Inc.

11

86. CWP - Montreal Inc.
87. D & D Pallets Ltd.
88. Dakeryn Industries Ltd.
89. Decker Lake Forest Products Ltd.
90. Deep Cove Forest Products, Inc.
91. Delco Forest Products Ltd.
92. Delta Cedar Specialties Ltd.
93. Devon Lumber Co. Ltd.
94. DH Manufacturing Inc.
95. Direct Cedar Supplies Ltd.
96. Distribution Rioux Inc.
97. Doubletree Forest Products Ltd.
98. Downie Timber Ltd.
99. Dunkley Lumber Ltd.
100. EACOM Timber Corporation
101. East Fraser Fiber Co. Ltd.
102. Edgewood Forest Products Inc.
103. Elrod Cartage Ltd.
104. ER Probyn Export Ltd.
105. Falcon Lumber Ltd.
106. Fontaine Inc.
107. Foothills Forest Products Inc.
108. Forest Products Mauricie LP; Societe en commandite Scierie Opitciwan; Resolute Growth Canada Inc.; Resolute FP Canada Inc.; Resolute-LP Engineered Wood Larouche Inc.; Resolute-LP Engineered Wood St-Prime Limited Partnership
109. Fort St. James Forest Products Limited Partnership
110. Fraser Specialty Products Ltd.
111. FraserWood Industries Ltd.
112. Furtado Forest Products Ltd.
113. Galloway Lumber Company Ltd.
114. Glandell Enterprises Inc.
115. Goldband Shake & Shingle Ltd.
116. Goldwood Industries Ltd.
117. Goodfellow Inc.
118. Gorman Bros. Lumber Ltd.
119. Greendale Industries Inc.
120. GreenFirst Forest Products (QC) Inc.
121. GreenFirst Forest Products Inc.
122. Greenwell Resources Inc.
123. Griff Building Supplies Ltd.
124. Groupe Crete Chertsey Inc.
125. Groupe Crete Division St-Faustin Inc.
126. Groupe Lebel Inc.
127. Groupe Lignarex Inc.
128. H.J. Crabbe & Sons Ltd.
129. Haida Forest Products Ltd.

130. Halo Sawmill, a division of Delta Cedar Specialties Ltd.; Halo Sawmill Manufacturing Limited Partnership
131. Hampton Tree Farms, LLC (dba Hampton Lumber Sales Canada)
132. Hornepayne Lumber LP
133. Hudson Mitchell & Sons Lumber Inc.
134. Hy Mark Wood Products Inc.
135. Imperial Cedar Products Ltd.
136. Independent Building Materials Distribution Inc.
137. Interfor Corporation
138. Interfor Sales & Marketing Ltd.
139. Intertran Holdings Ltd. (dba Richmond Terminal)
140. Island Cedar Products Ltd.
141. Ivor Forest Products Ltd.
142. J&G Log Works Ltd.
143. J.D. Irving, Limited
144. J.H. Huscroft Ltd.
145. Jan Woodlands (2001) Inc.
146. Jasco Forest Products Ltd.
147. Jazz Forest Products Ltd.
148. Jhajj Lumber Corporation
149. Kalesnikoff Lumber Co. Ltd.
150. Kan Wood Ltd.
151. Kebois Ltee; Kebois Ltd.
152. Kelfor Industries Ltd.
153. Kermode Forest Products Ltd.
154. Keystone Timber Ltd.
155. La Crete Sawmills Ltd.
156. Lafontaine Lumber Inc.
157. Langevin Forest Products Inc.
158. Lecours Lumber Co. Limited
159. Leisure Lumber Ltd.
160. Les Bardeaux Lajoie Inc.
161. Les Bois d'oeuvre Beaudoin Gauthier Inc.
162. Les Bois Martek Lumber
163. Les Bois Traites M.G. Inc.
164. Les Chantiers de Chibougamau Ltee; Les Chantiers de Chibougamau Ltd.
165. Les Industries P.F. Inc.
166. Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.
167. Les Produits Forestiers Sitka Inc. (aka Sitka Forest Products Inc.)
168. Leslie Forest Products Ltd.
169. Lignum Forest Products LLP
170. Linwood Homes Ltd.
171. Lonestar Lumber lnc.
172. Lulumco Inc.
173. Lumber Assets Holding LP
174. Madera Forest Products INC

175. Magnum Forest Products Ltd.
176. Maibec Inc.
177. Mainland Sawmill, a division of Terminal Forest Products
178. Manitou Forest Products Ltd.
179. Manning Forest Products Ltd.; Sundre Forest Products Inc.; Blue Ridge Lumber Inc.; West Fraser Mills Ltd.
180. Marcel Lauzon Inc.
181. Marwood Ltd.
182. Materiaux Blanchet Inc.
183. Metrie Canada Ltd.
184. Mid Valley Lumber Specialties Ltd.
185. Midway Lumber Mills Ltd.
186. Mill & Timber Products Ltd.
187. Millar Western Forest Products Ltd.
188. Mirax Lumber Products Ltd.
189. Mobilier Rustique (Beauce) Inc.
190. Modern Terminal Ltd.
191. Monterra Lumber Mills Limited
192. Morwood Forest Products Inc.
193. Multicedre Ltee
194. Murray Brothers Lumber Company Ltd.
195. Nagaard Sawmill Ltd.
196. Nakina Lumber Inc.
197. National Forest Products Ltd.
198. Nicholson and Cates Ltd.
199. Nickel Lake Lumber
200. Norsask Forest Products Inc.
201. Norsask Forest Products Limited Partnership
202. North American Forest Products Ltd. (located in Abbotsford, British Columbia)
203. North American Forest Products Ltd. (located in Saint-Quentin, New Brunswick)
204. North Enderby Timber Ltd.
205. Northland Forest Products Ltd.
206. NSC Lumber Ltd.
207. Oakwood Manufacturing A Division of Weston Forest Products Inc.
208. Olympic Industries Inc.
209. Olympic Industries ULC
210. Oregon Canadian Forest Products; Oregon Canadian Forest Products Inc.
211. Pacific Coast Cedar Products Ltd.
212. Pacific Lumber Remanufacturing Inc.
213. Pacific NorthWest Lumber Ltd.
214. Pacific Pallet Ltd.
215. Pacific Western Wood Works Ltd.
216. PalletSource Inc.
217. Parallel Wood Products Ltd.
218. Partap Forest Products Ltd.
219. Partap Industries

220. Pat Power Forest Products Corporation
221. Peak Industries (Cranbrook) Ltd.
222. Phoenix Forest Products Inc.
223. Pine Ideas Ltd.
224. Pioneer Pallet & Lumber Ltd.
225. Porcupine Wood Products Ltd.
226. Portbec Forest Products Ltd.; Les Produits Forestiers Portbec Ltee
227. Power Wood Corp.
228. Precision Cedar Products Corp.
229. Produits Forestiers Petit Paris Inc.
230. Produits Matra Inc.; Sechoirs de Beauce Inc.
231. Promobois G.D.S. Inc.
232. R.A. Green Lumber Ltd.
233. Rembos Inc.
234. Rene Bernard Inc.
235. Rick Dubois
236. Rielly Industrial Lumber Inc.
237. River City Remanufacturing Inc.
238. S&R Sawmills Ltd.
239. S&W Forest Products Ltd.
240. San Group
241. San Industries Ltd.
242. Sapphire Lumber Company
243. Sawarne Lumber Co. Ltd.
244. Scierie Alexandre Lemay & Fils Inc.
245. Scierie St-Michel Inc.
246. Scierie West Brome Inc.
247. Scott Lumber Sales; Scott Lumber Sales Ltd.
248. Shakertown Corp.
249. Sigurdson Forest Products Ltd.
250. Silvaris Corporation
251. Sinclar Group Forest Products Ltd.
252. Skana Forest Products Ltd.
253. Skeena Sawmills Ltd.
254. Smart Wood Forest Products Ltd.
255. Sonora Logging Ltd.
256. Source Forest Products
257. South Beach Trading Inc.
258. South Coast Reman Ltd.; Southcoast Millwork Ltd.
259. South Fraser Container Terminals
260. Specialiste du Bardeau de Cedre Inc.; Specialiste du Bardeau de Cedre Inc. (SBC)
261. Spruceland Millworks Inc.
262. Star Lumber Canada Ltd.
263. Suncoast Industries Inc.
264. Suncoh Custom Lumber Ltd.
265. Sundher Timber Products Inc.

15

266. Surplus G Rioux
267. Surrey Cedar Ltd.
268. Swiftwood Forest Products Ltd.
269. T&P Trucking Ltd.
270. T.G. Wood Products
271. Taan Forest Limited Partnership (aka Taan Forest Products)
272. Taiga Building Products Ltd.
273. Tall Tree Lumber Company
274. Temrex Forest Products LP; Produits Forestiers Temrex S.E.C.
275. Tenryu Canada Corporation
276. Terminal Forest Products Ltd.
277. The Wood Source Inc.
278. Tolko Industries Ltd.; Tolko Marketing and Sales Ltd.; Gilbert Smith Forest Products
     Ltd.
279. Top Quality Lumber Ltd.
280. Trans-Pacific Trading Ltd.
281. Triad Forest Products Ltd.
282. Twin Rivers Paper Co. Inc.
283. Tyee Timber Products Ltd.
284. Universal Lumber Sales Ltd.
285. Usine Sartigan Inc.
286. Vaagen Fibre Canada ULC
287. Valley Cedar 2 Inc.
288. Vancouver Specialty Cedar Products Ltd.
289. Vanderhoof Specialty Wood Products Ltd.
290. Vanderwell Contractors (1971) Ltd.
291. Visscher Lumber Inc.
292. W.I. Woodtone Industries Inc.
293. Waldun Forest Product Sales Ltd.
294. Watkins Sawmills Ltd.
295. West Bay Forest Products Ltd.
296. West Coast Panel Cutters
297. Western Forest Products Inc.
298. Western Lumber Sales Limited
299. Western Timber Products, Inc.
300. Westminster Industries Ltd.
301. Weston Forest Products Inc.
302. Westrend Exteriors Inc
303. Weyerhaeuser Co.
304. White River Forest Products L.P.
305. Winton Homes Ltd.
306. Woodline Forest Products Ltd.
307. Woodstock Forest Products
308. Woodtone Specialties Inc.
309. WWW Timber Products Ltd.

Filed By: Jeffrey Pedersen, Filed Date: 3/3/25 11:02 AM, Submission Status: Approved

# EXHIBIT 16

| | | | |
|---|---|---|---|
| **MESSAGE NO.** | 3325401 | **MESSAGE DATE** | 11/21/2023 |
| **STATUS** | Active | **INACTIVATED DATE** | |
| **TYPE** | INJ/TRO-Stat Injunction/ TRO | **FR CITE** | 88 FR 50106 |
| **SUB-TYPE** | ADMIN RVW-Administrative Rvw | **FR DATE** | 08/01/2023 |
| **CATEGORY ACCESS** | AD | **EFFECTIVE DATE** | 11/17/2023 |
| **TYPE** | Public ☑   Non-Public ☐ | **POI/POR DATE** | 01/01/2021  -  12/31/2021 |
| **Notice of lifting of Suspension Date** | | **PERIOD COVERED** | - |

**SHORT CASE NAME**

Certain Softwood Lumber

**COURT CASE #s**

23-00206

**REF MESSAGE #s**

**PRINCIPAL CASE #s**

A122857

**3rd Country CASE #s**

**RE:** Statutory injunction on certain softwood lumber products from Canada for the parties specified below for the period 01/01/2021 through 12/31/2021 (A-122-857), court number 23-00206

Notice of the lifting of suspension occurred on the message date of these instructions. See paragraph 5 below.

1. On 11/20/2023, the CIT issued an order in the case of Committee Overseeing Action for Lumber International Trade Investigations or Negotiations v. United States, et. al. (Slip Op. 23-163, Consol. Ct. No. 19-00122). The CIT ordered the discontinuation of suspension of liquidation and collection of cash deposits for all shipments of softwood lumber produced and exported by the producer/exporter combinations identified below, entered, or withdrawn from warehouse, for consumption on or after 08/28/2021, and to liquidate all suspended entries of shipments of softwood lumber produced and exported by the producer/exporter combinations.

2. As a result of the CIT's decision, CBP should discontinue the suspension of liquidation for all shipments of softwood lumber produced and exported by the producer/exporter combinations identified below, and entered, or withdrawn from warehouse, for consumption on or after 08/28/2021, and liquidate such entries without regard to countervailing duties (i.e., refund all cash deposits).

Producer: Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.; Le Groupe Gesco-Star Ltee; Les Produits Forestiers Portbec Ltee; Les Produits Forestiers Startrees Ltee
Exporter: Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.; Le Groupe Gesco-Star Ltee; Les Produits Forestiers Portbec Ltee; Les Produits Forestiers Startrees Ltee
Case Number: C-122-858-009. Entries may have also been made under C-122-858-255, C-122-858-311, or C-122-858-000.

Producer: Marcel Lauzon Inc.; Placements Marcel Lauzon Ltee; Investissements LRC Inc.
Exporter: Marcel Lauzon Inc.; Placements Marcel Lauzon Ltee; Investissements LRC Inc.
Case Number: C-122-858-010. Entries may have also been made under C-122-858-256 or C-122-858-000.

Producer: North American Forest Products Ltd.; Parent-Violette Gestion Ltee; Le Groupe Parent Ltee
Exporter: North American Forest Products Ltd.; Parent-Violette Gestion Ltee; Le Groupe Parent Ltee
Case Number: C-122-858-011. Entries may have also been made under C-122-858-257 or C-122-858-000.
Note to CBP: North American Forest Products Ltd. is located in Saint-Quentin, New Brunswick.

Producer: Scierie Alexandre Lemay & Fils Inc.; Bois Lemay Inc.; Industrie Lemay Inc.
Exporter: Scierie Alexandre Lemay & Fils Inc.; Bois Lemay Inc.; Industrie Lemay Inc.
Case Number: C-122-858-013. Entries may have also been made under C-122-858-259 or C-122-858-000.

3. This notice of lifting of suspension of liquidation does not apply to entries of merchandise:

(i) produced by a producer identified in the producer/exporter combinations above, that is exported by

any company other than the exporter identified in the producer/exporter combinations above;
(ii) exported by an exporter identified in the producer/exporter combinations above, that is produced by any company other than the producer identified in the producer/exporter combinations above; or
(iii) exported by a company that sourced from any of the producer/exporter combinations above.

Accordingly, unless instructed otherwise, suspension of liquidation should continue for shipments of subject merchandise not covered by paragraph 2 of this message.  See message 4018402, dated 01/18/2024.

4.  The CIT's order of reinstatement of exclusion from the countervailing duty order supersedes the suspension of liquidation related to the Binational Panel (USMCA Secretariat File No.: USA-CDA-2023-10.12-01) review of the final results of the fourth administrative review covering the period 1/01/2021 through 12/31/2021 and nullifies the continued suspension of liquidation instruction with respect to the companies identified in paragraph 2.  See Message 3258406, dated 09/15/2023. Thus, there are no injunctions applicable to the entries covered by this instruction.

5.  These instructions constitute notice of the lifting of suspension of liquidation of entries of subject merchandise covered by paragraph 2.  Accordingly, notice of the lifting of suspension occurred on the message date of these instructions.  Unless instructed otherwise, for all other shipments of softwood lumber from Canada you shall continue to collect cash deposits of estimated countervailing duties for the merchandise at the current rates.  The all-others rate for softwood lumber from Canada is 14.19 percent.

6.  The assessment of countervailing duties by CBP on entries of this merchandise is subject to the provisions of Section 778 of the Tariff Act of 1930, as amended.  Section 778 requires that CBP pay interest on overpayments and assess interest on underpayments of the required amounts deposited as estimated countervailing duties.  The interest provisions are not applicable to cash posted as estimated countervailing duties before the date of publication of the countervailing duty order.  Interest shall be calculated from the date payment of estimated countervailing duties through the date of liquidation.  The rate at which such interest is payable is the rate in effect under Section 6621 of the Internal Revenue Code of 1954 for such period.

7.  This instruction to liquidate entries covered by this message does not limit CBP's independent authority, including its authority to suspend, continue to suspend, or extend liquidation of entries addressed by this message. Accordingly, CBP should examine all entries for which this message directs liquidation to determine whether any such entries are subject to suspension, continued suspension, or extension of liquidation pursuant to CBP's independent authority (e.g., Enforce and Protect Act under section 517 of the Tariff Act of 1930, as amended).  If entries of subject merchandise covered by this message are subject to suspension, continued suspension, or extension of liquidation pursuant to CBP's own authority, CBP port officials should follow CBP's internal procedures with respect to continuing any suspension, the lifting of suspension, and/or continuing any extension of liquidation for such entries.

8.  If there are any questions by the public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, at (202) 482-0984.  CBP ports should submit their inquiries through authorized CBP channels only.  (This message was generated by OIII:KJ.)

9.  There are no restrictions on release of this information.

Alexander Amdur

# EXHIBIT 17

| | | | |
|---|---|---|---|
| **MESSAGE NO.** | 4018402 | **MESSAGE DATE** | 01/18/2024 |
| **STATUS** | Active | **INACTIVATED DATE** | |
| **TYPE** | CD-Cash Deposit | **FR CITE** | 88 FR 85225 |
| **SUB-TYPE** | CT DECIS-Court Decision | **FR DATE** | 12/07/2023 |
| **CATEGORY ACCESS** | CVD | **EFFECTIVE DATE** | 08/28/2021 |

**TYPE**   Public [✓]   Non-Public [ ]

**POI/POR DATE**   -

**Notice of lifting
of Suspension Date**

**PERIOD COVERED**   -

**SHORT CASE NAME**

Certain Softwood Lumber

**COURT CASE #s**

19-00122

**REF MESSAGE #s**

9214302;1244401;4018411

**PRINCIPAL CASE #s**

C122858

**3rd Country CASE #s**

**RE:** Notice of Reinstatement of Exclusion from the countervailing duty order on certain softwood lumber products from Canada (C-122-858)

1. On 07/05/2019 (84 FR 32121), Commerce published in the Federal Register its final results of the expedited review of the countervailing duty order on certain softwood lumber products (softwood lumber) from Canada.  In the final results, Commerce established individual cash deposit rates for certain companies as a result of the expedited review.  See Message 9214302, dated 08/02/2019. Further, Commerce determined a de minimis countervailing duty rate for certain producer/exporter combinations.  As a result of this determination, all subject merchandise produced and exported by these producer/exporter combinations were excluded from the countervailing duty order.  See Message 9214302, dated 08/02/2019.

2. On 08/18/2021, the U.S. Court of International Trade (CIT) sustained the final results of redetermination issued by Commerce in the case of Committee Overseeing Action for Lumber International Trade Investigations or Negotiations, et al. v. United States, et al. (Slip Op. 21-104, Consol. Court No. 19-00122).  As a result of this decision, on 08/30/2021, Commerce published in the Federal Register (86 FR 48396), with an effective date of 08/28/2021, its Notice of Court Decision Not in Harmony with the Final Results of Countervailing Duty Expedited Review; Notice of Recission of Final Results of Expedited Review; Notice of Amended Cash Deposit Rates.  Commerce rescinded the final results of the expedited review, reinstating prospectively into the countervailing duty order the certain producer/exporter combinations that were previously excluded from the order.  See Message 1244401, dated 09/01/2021.

3. On 11/20/2023, the CIT issued an order in the case of Committee Overseeing Action for Lumber International Trade Investigations or Negotiations v. United States, et. al. (Slip Op. 23-163, Consol. Ct. No. 19-00122), reinstating the exclusion of the producer/exporter combinations previously excluded from the order.  As a result of the court's decision, on 12/07/2023, Commerce published in the Federal Register (88 FR 85225) its Notice of Reinstatement of Exclusion from the Countervailing Duty Order with an effective date of 08/28/2021.  The CIT ordered the discontinuation of collection of cash deposits for all shipments of softwood lumber produced and exported by the producer/exporter combinations identified below, entered, or withdrawn from warehouse, for consumption on or after 08/28/2021.  Accordingly, CBP is directed not to suspend liquidation of imports of shipments, and not to collect cash deposits, from the producer exporter combination identified below as they are excluded from this order:

Producer:  Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.; Le Groupe Gesco-Star Ltee; Portbec Forest Products Ltd; Les Produits Forestiers Portbec Ltee; Les Produits Forestiers Startrees Ltee
Exporter:  Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.; Le Groupe Gesco-Star Ltee; Portbec Forest Products Ltd; Les Produits Forestiers Portbec Ltee; Les Produits Forestiers Startrees Ltee
Case Number:  C-122-858-009

Producer:  Marcel Lauzon Inc.; Placements Marcel Lauzon Ltee; Investissements LRC Inc.
Exporter:  Marcel Lauzon Inc.; Placements Marcel Lauzon Ltee; Investissements LRC Inc.

Case Number: C-122-858-010

Producer:  North American Forest Products Ltd.; Parent-Violette Gestion Ltee; Le Groupe Parent Ltee
Exporter:  North American Forest Products Ltd.; Parent-Violette Gestion Ltee; Le Groupe Parent Ltee
Note:  North American Forest Products Ltd. is located in Saint-Quentin, New Brunswick.
Case Number: C-122-858-011

Producer:  Scierie Alexandre Lemay & Fils Inc.; Bois Lemay Inc.; Industrie Lemay Inc.
Exporter:  Scierie Alexandre Lemay & Fils Inc.; Bois Lemay Inc.; Industrie Lemay Inc.
Case Number: C-122-858-013

4.  As a result of the reinstatement of the exclusion, the following company-specific case numbers have been deactivated:

Producer and/or Exporter:  Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.;  Le Groupe Gesco-Star Ltee; Les Produits Forestiers Portbec Ltee; Les Produits Forestiers Startrees Ltee
Case Number:  C-122-858-255

Producer and/or Exporter:  Marcel Lauzon Inc.; Placements Marcel Lauzon Ltee; Investissements LRC Inc.
Case Number:  C-122-858-256

Producer and/or Exporter:  North American Forest Products Ltd.; Parent-Violette Gestion Ltee; Le Groupe Parent Ltee
Note:  North American Forest Products Ltd. is located in Saint-Quentin, New Brunswick.
Case Number: C-122-858-257

Producer and/or Exporter:  Scierie Alexandre Lemay & Fils Inc.; Bois Lemay Inc.; Industrie Lemay Inc.
Case Number: C-122-858-259

Producer and/or Exporter:  Portbec Forest Products Ltd; Les Produits Forestiers Portbec Ltee
Case number: C-122-858-311

5.  The exclusion from suspension of liquidation and collection of cash deposits applies only to the producer/exporter combinations identified in paragraph 3 of this message.  Imports of merchandise where a company named in a producer/exporter combination was either the producer or the exporter, but not both, are subject to this countervailing duty order.  Accordingly, for shipments of subject merchandise entered, or withdrawn from warehouse, for consumption on or after 08/28/2021, produced or exported by the companies identified below, CBP shall collect a cash deposit of estimated countervailing duties at the percentages of the entered value that are currently in effect, as listed below.

Producer:  Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.; Le Groupe Gesco-Star Ltee; Portbec Forest Products Ltd; Les Produits Forestiers Portbec Ltee; Les Produits Forestiers Startrees Ltee

Exporter:  Any Company Other than Les Produits Forestiers D&G Ltee, D&G Forest Products Ltd., Le Groupe Gesco-Star Ltee, Portbec Forest Products Ltd, Les Produits Forestiers Portbec Ltee, Les Produits Forestiers Startrees Ltee

Case Number:  C-122-858-336

Case deposit rate:  1.79%


Producer:  Any Company Other than Les Produits Forestiers D&G Ltee, D&G Forest Products Ltd., Le Groupe Gesco-Star Ltee, Portbec Forest Products Ltd, Les Produits Forestiers Portbec Ltee, Les Produits Forestiers Startrees Ltee

Exporter:  Les Produits Forestiers D&G Ltee; D&G Forest Products Ltd.; Le Groupe Gesco-Star Ltee; Portbec Forest Products Ltd; Les Produits Forestiers Portbec Ltee; Les Produits Forestiers Startrees Ltee

Case Number: C-122-858-337

Case deposit rate:  1.79%


Producer:  Marcel Lauzon Inc.; Placements Marcel Lauzon Ltee; Investissements LRC Inc.

Exporter:  Any Company Other than Marcel Lauzon Inc., Placements Marcel Lauzon Ltee, Investissements LRC Inc.

Case Number:  C-122-858-338

Case deposit rate:  1.79%


Producer:  Any Company Other than Marcel Lauzon Inc., Placements Marcel Lauzon Ltee, Investissements LRC Inc.

Exporter:  Marcel Lauzon Inc.; Placements Marcel Lauzon Ltee; Investissements LRC Inc.

Case Number:  C-122-858-339

Case deposit rate:  1.79%


Producer: North American Forest Products Ltd.; Parent-Violette Gestion Ltee; Le Groupe Parent Ltee

Exporter: Any Company Other than North American Forest Products Ltd., Parent-Violette Gestion Ltee, Le Groupe Parent Ltee

Case Number:  C-122-858-340

Case deposit rate:  14.19%

Note:  North American Forest Products Ltd. is located in Saint-Quentin, New Brunswick.


Producer:  Any Company Other than North American Forest Products Ltd., Parent-Violette Gestion Ltee, Le Groupe Parent Ltee

Exporter:  North American Forest Products Ltd.; Parent-Violette Gestion Ltee; Le Groupe Parent Ltee

Case Number:  C-122-858-341

Case deposit rate:  14.19%

Note:  North American Forest Products Ltd. is located in Saint-Quentin, New Brunswick.

Producer:  Scierie Alexandre Lemay & Fils Inc.; Bois Lemay Inc.; Industrie Lemay Inc.
Exporter:  Any Company Other than Scierie Alexandre Lemay & Fils Inc., Bois Lemay Inc., Industrie Lemay Inc.
Case Number:  C-122-858-342
Case deposit rate:  1.79%

Producer:   Any Company Other than Scierie Alexandre Lemay & Fils Inc., Bois Lemay Inc., Industrie Lemay Inc.
Exporter:  Scierie Alexandre Lemay & Fils Inc.; Bois Lemay Inc.; Industrie Lemay Inc.
Case Number:  C-122-858-343
Case deposit rate:  1.79%

6.  These cash deposit requirements shall remain in effect until further notice.  Do not liquidate any entries of subject merchandise until specific assessment instructions are issued.

7.  If there are any questions by the public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, at (202) 482-0984.  CBP ports should submit their inquiries through authorized CBP channels only.  (This message was generated by OIII:KJ.)

8.  There are no restrictions on the release of this information.

Alexander Amdur