| | |
|---|---|
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, | ) |
| | ) |
| *Plaintiff*, | ) |
| UNITED STATES, | ) Consol. Court No. 19-00122 |
| *Defendant*, | ) |
| and | ) |
| FONTAINE, ET AL., | ) |
| *Defendant-Intervenors*. | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Rule 75 of the Rules of the United States Court of International Trade, Davis Price Shugrue, who entered an appearance on behalf of Defendant-Intervenors Les Produits Forestiers D&G Ltée and Les Produits Forestiers Portbec Ltée ("D&G/Portbec"), has left the employment of Haynes and Boone, LLP and is no longer involved in this case.

Haynes and Boone, LLP remains as counsel for D&G/Portbec and Edward M. Lebow will continue as the lead attorney.

Respectfully Submitted,

/s/ Edward M. Lebow

Edward M. Lebow

Haynes and Boone, LLP

**NOTICE OF WITHDRAWAL**

888 16th Street NW, Suite 300
Washington, DC 20006
(202) 654-4514
*Counsel to Les Produits Forestiers D&G Ltée
and Les Produits Forestiers Portbec Ltée*

Dated: May 19, 2026

**NOTICE OF WITHDRAWAL**