IN THE UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE:

HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS,<br><br>Plaintiff,<br><br>and<br><br>MOBILIER RUSTIQUE (BEAUCE) INC., ET AL.,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>FONTAINE INC., ET AL.,<br><br>Defendant-Intervenors | Consol. Ct. No. 19-00122 |

**CONSOLIDATED PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Mobilier Rustique (Beauce) Inc. ("Rustique"), a consolidated plaintiff in the above-captioned action, appeals to the United States Court of Appeals for the Federal Circuit from the opinion and order entered in this action on April 22, 2024, *Committee Overseeing Action for Lumber International Trade Investigations or Negotiations v. United States* (Ct. Int'l Trade April 22, 2024), as finalized in *Committee Overseeing Action for Lumber*

*International Trade Investigations or Negotiations v. United States*, Slip Op. 26-77 (Ct. Int'l Trade July 21, 2026), and from all underlying opinions, rulings, and orders adverse to Rustique.

MARK B. LEHNARDT
Davis & Leiman
1050 Connecticut Ave. NW #1012
Washington DC, 20036
tel.: (202) 642 4850
email: MLehnardt@DLTrade.com

JOHN R. MAGNUS
TradeWins LLC
1330 Connecticut Ave. NW
Washington, DC 20036
tel.: (202) 744-0368
email: jmagnus@tradewinsllc.net

*Attorneys for Consolidated Plaintiff*

September 2, 2026