# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 8, 2026

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2026-2240

**Federal Circuit Short Caption:** Committee Overseeing Action for Lumber International Trade Investigations or Negotiations v. US

**Date of Docketing:** September 8, 2026

**Originating Tribunal:** United States Court of International Trade

**Originating Case No.:** 1:19-cv-00122-MAB

**Appellant:** Mobilier Rustique (Beauce) Inc.

A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

**FEE PAYMENT:** The filing fee has been paid or in forma pauperis status has been granted.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. (Fed. Cir. R. 47.6 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)

- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid.

**FILING DOCUMENTS:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Parties represented by counsel must make all filings through the court's electronic filing system.

Unrepresented parties may choose to submit case filings to the court either in paper or through the court's electronic filing system; electronic filing will only be permitted for unrepresented parties after successful registration for the court's electronic filing system and submission of a completed Notice of Unrepresented Person Appearance. Fed. Cir. R. 25(a). The court's Electronic Filing Procedures may be accessed at www.cafc.uscourts.gov/contact/clerks-office/filing-resources.

**CONTACT INFORMATION:** Electronic filers, or unrepresented parties registered to receive electronic service, must update their contact information in their PACER service center profile whenever their contact information changes. Counsel must file an amended Entry of Appearance and unrepresented parties must file an amended Notice of Unrepresented Person Appearance whenever contact information changes. Fed. Cir. R. 25(a)(5).

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.

Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of Forms (to unrepresented parties only):
  - Notice of Unrepresented Person Appearance
  - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to filers owing the docketing fee)
  - Supplemental in Forma Pauperis Form for Prisoners (only to filers in a correctional institution)

**cc:** United States Court of International Trade

**Official Caption**

**COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS,**
*Plaintiff*

**MOBILIER RUSTIQUE (BEAUCE) INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, FONTAINE INC., GOVERNMENT OF CANADA, MARCEL LAUZON INC., LES PRODUITS FORESTIERS D&G LTEE, NORTH AMERICAN FOREST PRODUCTS LTD., PARENT-VIOLETTE GESTION LTEE, LE GROUPE PARENT LTEE, SCIERIE ALEXANDRE LEMAY & FILS INC., GOVERNMENT OF QUEBEC, GOVERNMENT OF THE PROVINCE OF NEW BRUNSWICK,**
*Defendants-Appellees*

**Short Caption**

Committee Overseeing Action for Lumber International Trade Investigations or Negotiations v. US