**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

| | | |
|---|---|---|
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS, | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Consol. *Court* No. 19-00122 |
| UNITED STATES, | ) | |
| *Defendant*, | ) | |
| and | ) | |
| FONTAINE, ET AL., | ) | |
| *Defendant-Intervenors*. | ) | |
| | ) | |
| | ) | |

**DEFENDANT-INTERVENORS D&G/PORTBEC'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Defendant-Intervenors Les Produits Forestiers D&G Ltée and its affiliate Les Produits Forestiers Portbec Ltée hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this consolidated action on July 21, 2026 (ECF No. 359), and from all opinions, orders, findings, rulings, and determinations that merge into or underlie that Judgment, including the Court's opinion issued on July 21, 2026, Slip Op. 26-77 (ECF No. 358).

[*Signature page follows*]

Respectfully submitted,

s/ Edward M. Lebow
Edward M. Lebow
Haynes and Boone, LLP
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 654-4514

*Counsel to Les Produits Forestiers D&G Ltée and Les Produits Forestiers Portbec Ltée*

Dated September 17, 2026