# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| COMMITTEE OVERSEEING ACTION FOR LUMBER INTERNATIONAL TRADE INVESTIGATIONS OR NEGOTIATIONS<br><br>Plaintiff,<br><br>and<br><br>FONTAINE INC., ET AL.,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>FONTAINE INC. ET AL.,<br><br>Defendant-Intervenors | Before: Mark A. Barnett, Chief Judge<br>Consol. Court No. 19-00122 |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that the Government of Canada and the Government of Québec hereby appeal to the United States Court of Appeals for the Federal Circuit from the opinion and order entered in this action on April 22, 2024, *Committee Overseeing Action for Lumber International Trade Investigations or Negotiations v. United States* (Ct. Int'l Trade April 22, 2024), as finalized in *Committee Overseeing Action for Lumber*

*International Trade Investigations or Negotiations v. United States*, Slip Op. 26-77 (Ct. Int'l Trade July 21, 2026), and from all underlying opinions, rulings, and orders adverse to the Government of Canada and the Government of Québec.

Date: September 17, 2026

*/s/ Eric S. Parnes*

Eric S. Parnes
Blank Rome LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: (202) 420-5479
Email: eric.parnes@blankrome.com
*Counsel for Government of Canada*

*/s/ Nancy A. Noonan*

Nancy A. Noonan
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6479
Email: nancy.noonan@afslaw.com
*Counsel for Government of Québec*